JAN LAWRENCE HANDZLIK, APC
Jan L. Handzlik (Bar No. 047959)
1437 12th Street, #B
Manhattan Beach, CA 90266-6138
Telephone: (310) 504-0699
Facsimile: (310) 921-8709
jhandzlik@handzliklaw.com

Attorney for Defendants Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>Plaintiff,<br><br>-against-<br><br>VIKTOR KHRAPUNOV, an individual; LEILA KHRAPUNOV, an individual; ILIYAS KHRAPUNOV, an individual; MADINA ABLYAZOVA a/k/a MADINA KHRAPUNOV, an individual; ELVIRA KHRAPUNOV a/k/a/ ELVIRA KUDRYASHOVA a/k/a ELVIRA BALMADANI, an individual; DMITRI KUDRYASHOV, an individual; RPM USA, LLC, a New York corporation; RPM-MARO LLC, a New York corporation; MR. FUMIGATION INC., a California | Case No. 2:14-cv-03650-FMO-CW<br><br>**DECLARATION OF JAN L. HANDZLIK IN SUPPORT OF DEFENDANTS ELVIRA KHRAPUNOV (INDIVIDUALLY AND AS TRUSTEE), DMITRY KUDRYASHOV (INDIVIDUALLY AND AS TRUSTEE), RPM USA, LLC, RPM-MARO, LLC, MARO DESIGN LLC, HAUTE HUE LLC, 628 HOLDINGS LLC, AND CANDIAN INTERNATIONAL LTD.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: October 23, 2014<br>Hearing Time: 10:00 a.m.<br>Judge: Honorable Fernando M. Olguin |

| | |
|---|---|
| 1 | corporation; MARO DESIGN LLC, a California corporation; HAUTE HUE LLC, a California corporation; 628 HOLDINGS LLC, a California corporation; CANDIAN INTERNATIONAL, a British Virgin Islands corporation; ELVIRA KUDRYASHOVA AS TRUSTEE FOR THE KASAN FAMILY TRUST; DMITRI KUDRYASHOV AS TRUSTEE FOR THE KASAN FAMILY TRUST; and DOES 1 through 10, |
| | Defendants. |

Case No.: 14-cv-03650-FMO-CW

HANDZLIK DECLARATION ISO DEFENDANTS ELVIRA KHRAPUNOV, DMITRY KUDRYASHOV, RPM USA, LLC, RPM-MARO, LLC, MARO DESIGN LLC, HAUTE HUE LLC, CANDIAN INTERNATIONAL LTD., AND 628 HOLDINGS LLC'S MOTION TO DISMISS

# DECLARATION OF JAN L. HANDZLIK

I, Jan L. Handzlik, declare as follows:

1. I am a member of the Bar of the State of California and the Bar of this Court. I am the attorney-of-record in this action for defendants Elvira Khrapunov a/k/a Elvira Kudryashova, Dmitry Kudryashov, RPM USA, LLC, RPM-Maro LLC, Maro Design LLC, Haute Hue LLC, 628 Holdings LLC, Candian International Ltd., Elvira Kudryashova as Trustee of The Kasan Family Trust, and Dmitry Kudryashov as Trustee of The Kasan Family Trust (collectively, the "moving defendants"). Except for those statements based on information and belief, which I believe to be true, I make this declaration based on personal knowledge. If called and sworn as a witness, I could and would testify competently thereto.

2. On or about Monday, August 11, 2014, I informed plaintiff's counsel that we would need to meet and confer concerning moving defendants' Motion to Dismiss. Over the next few days, I exchanged messages with plaintiff's counsel about procedural issues relating to the Motion. On the morning of August 15, 2014, I met and conferred telephonically with Kristen M. Tuey, counsel for plaintiff, concerning the substance of the Motion. Prior to the meet and confer, I furnished a draft copy of the Motion to Ms. Tuey and plaintiff's lead counsel David Schindler. This was done at Ms. Tuey's request for purposes of the meet and confer, to enable plaintiff's counsel to review and understand the bases for the Motion. I also offered to stipulate to delay filing the Motion if plaintiff's counsel wanted additional time to meet and confer. During the meet and confer, Ms. Tuey informed me that they had reviewed the Motion and that the parties would be unable to reach a resolution of the issues raised in it.

3. Attached hereto as **Exhibit A** is a true and correct copy of the U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Report of Human Rights Practices for 2013 regarding Kazakhstan.

1

Case No.: 14-cv-03650-FMO-CW
HANDZLIK DECLARATION ISO DEFENDANTS ELVIRA KHRAPUNOV, DMITRY KUDRYASHOV, RPM USA, LLC, RPM-MARO, LLC, MARO DESIGN LLC, HAUTE HUE LLC, CANDIAN INTERNATIONAL LTD., AND 628 HOLDINGS LLC'S MOTION TO DISMISS

4. Attached hereto as **Exhibit B** is a true and correct copy of a request for mutual legal assistance sent on behalf of the Republic of Kazakhstan to Swiss authorities, dated February 20, 2012. Upon information and belief, this document is in German.

5. Attached hereto as **Exhibit C** is a true and correct copy of a certified translation of Exhibit B, the request for mutual legal assistance sent on behalf of the Republic of Kazakhstan to Swiss authorities, dated February 20, 2012.

6. Attached hereto as **Exhibit D** is a true and correct copy of a request for mutual legal assistance sent on behalf of the Republic of Kazakhstan to Swiss authorities, dated September 14, 2012.

7. Attached hereto as **Exhibit E** is a true and correct copy of a letter from the Swiss Federal Office of Justice addressed to the General Prosecutor's Office of the Republic of Kazakhstan, dated June 19, 2014. Upon information and belief, this document is in French.

8. Attached hereto as **Exhibit F** is a true and correct copy of a certified translation of Exhibit E, the letter from the Swiss Federal Office of Justice addressed to the General Prosecutor's Office of the Republic of Kazakhstan, dated June 19, 2014.

9. Attached hereto as **Exhibit G** is a true and correct copy of portions of the Swiss Criminal Procedure Code. It was obtained from an official website maintained by the Swiss Federal Authorities and is available here: http://www.admin.ch/opc/fr/classified-compilation/20052319/index.html. Upon information and belief, Exhibit G is in French.

10. Attached hereto as **Exhibit H** is a certified translation of portions of the Swiss Criminal Procedure Code (Exhibit G). At my direction, an English version of the Swiss Criminal Procedure Code was obtained from the website of the Swiss Federal Authorities (http://www.admin.ch/opc/en/classified-compilation/20052319/index.html#). I then directed that certain portions of this

English version (Sections 118, 119, and 122) be reviewed and certified as an accurate translation.

11. Attached hereto as **Exhibit I** is a true and correct copy of portions of the Swiss Criminal Code. It was obtained from an official website maintained by the Swiss Federal Authorities and is available here: http://www.admin.ch/opc/fr/classified-compilation/19370083/index.html. Upon information and belief, Exhibit I is in French.

12. Attached hereto as **Exhibit J** is a certified translation of portions of the Swiss Criminal Code (Exhibit I). At my direction, an English version of the Swiss Criminal Code was obtained from the website of the Swiss Federal Authorities (http://www.admin.ch/opc/en/classified-compilation/19370083/index.html). I then directed that certain portions of this English version (Sections 137, 138, 260ter, 305bis, 312, 314) be reviewed and certified as an accurate translation.

13. Attached hereto as **Exhibit K** is a true and correct copy of a letter from Geneva's Office of the Public Prosecutor, dated May 9, 2014. Upon information and belief, this document is in French.

14. Attached hereto as **Exhibit L** is a true and correct copy of a certified translation of Exhibit K, the letter from Geneva's Office of the Public Prosecutor, dated May 9, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California on August 15, 2014.

                                               ____/s/ Jan. L. Handzlik_____

                                                     Jan L. Handzlik