NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jan L. Handzlik (Bar No. 047959)
1437 12th Street, #B
Manhattan Beach, CA 90266-6138
Telephone: (310) 504-0699
Facsimile: (310) 921-8709
jhandzlik@handzliklaw.com

CLEAR FORM

ATTORNEY(S) FOR:  Elvira Khrapunov et. al. (See Attachment)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CITY OF ALMATY, a foreign state,

Plaintiff(s),

v.

VIKTOR KHRAPUNOV, an individual; LEILA KHRAPUNOV, an individual; et. al. (See Attachment)

Defendant(s).

CASE NUMBER:

2:14-cv-03650-FMO-CW

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Elvira Khrapunov, Dmitry Kudryashov, et. al. (See Attachment)
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Viktor Khrapunov | |
| Leila Khrapunov | |
| Iliyas Khrapunov | |
| Madina Ablyazova a/k/a Madina Khrapunova | |
| Elvira Khrapunov a/k/a Elvira Kudryashova a/k/a Elvira Balmadani | |
| Dmitry Kudryashov | |
| RPM USA, LLC | |
| RPM-Maro LLC | |
| Mr. Fumigation Inc. | |
| Maro Design LLC | |
| Haute Hue LLC | |
| Continued (See Attachment) | |

August 15, 2014
Date

/s/ Jan L. Handzlik
Signature

Attorney of record for (or name of party appearing in pro per):

Elvira Khrapunov, Dmitry Kudryashov, et. al. (See Attachment)

**Attachment**

Jan L. Handzlik
Attorney for: Defendants Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC, a New York corporation; RPM-MARO LLC, a New York corporation; MARO DESIGN LLC, a California corporation; HAUTE HUE LLC, a California corporation; 628 HOLDINGS LLC, a California corporation; CANDIAN INTERNATIONAL, a British Virgin Islands corporation; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust.


**Full Case Caption:**

CITY OF ALMATY, a foreign state,

      Plaintiff,

   -against-

VIKTOR KHRAPUNOV, an individual; LEILA KHRAPUNOV, an individual; ILIYAS KHRAPUNOV, an individual; MADINA ABLYAZOVA a/k/a MADINA KHRAPUNOVA, an individual; ELVIRA KHRAPUNOV a/k/a/ ELVIRA KUDRYASHOVA a/k/a ELVIRA BALMADANI, an individual; DMITRI KUDRYASHOV, an individual; RPM USA, LLC, a New York corporation; RPM-MARO LLC, a New York corporation; MR. FUMIGATION INC., a California corporation; MARO DESIGN LLC, a California corporation; HAUTE HUE LLC, a California corporation; 628 HOLDINGS LLC, a California corporation; CANDIAN INTERNATIONAL, a British Virgin Islands corporation; ELVIRA KUDRYASHOVA AS TRUSTEE FOR THE KASAN FAMILY TRUST; DMITRI KUDRYASHOV AS TRUSTEE FOR THE KASAN FAMILY TRUST; and DOES 1 through 10,

      Defendants.

| **PARTY (Continued)** | **CONNECTION / INTEREST** |
|---|---|
| 628 Holdings LLC | |
| Candian International Ltd. | |
| Elvira Kudryashova as Trustee of The Kasan Family Trust | |
| Dmitry Kudryashov as Trustee of The Kasan Family Trust | |
| Swiss Promotion Group SA | Parent of RPM USA, LLC |
| Armol Enterprises SA | Parent of Candian International LTD |
| DE Real Estate Investment | Member of 628 Holdings, LLC |
| Michelle Smirnov | Member of Haute Hue LLC |
| CAAHolding Company | Member of Maro Design LLC |