LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
    david.schindler@lw.com
  Kristen M. Tuey (Bar No. 252565)
    kristen.tuey@lw.com
  Brigitte E. Mills (Bar No. 281098)
    brigitte.mills@lw.com
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>  Plaintiff,<br><br>  v.<br><br>VIKTOR KHRAPUNOV, an individual, *et al.*,<br><br>  Defendants. | Case No. CV14-3650-FMO-CW<br><br>Assigned To: Hon. Fernando M. Olguin<br><br>**DECLARATION OF KRISTEN M. TUEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL RE: LACK OF PROSECUTION**<br><br>Action Filed:  May 13, 2014 |

LATHAM&WATKINS<sup>LLP</sup>  DC\3615033.1
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF KRISTEN M. TUEY
IN SUPPORT OF PLAINTIFF'S RESPONSE
TO ORDER TO SHOW CAUSE

# DECLARATION OF KRISTEN M. TUEY

I, Kristen M. Tuey, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate with Latham & Watkins LLP, counsel of record for Plaintiff the City of Almaty in the above-captioned matter. I have personal knowledge of the facts set forth below and could competently testify thereto in a court of law. I submit this declaration in support of Plaintiff's Response to the Order to Show Cause Re: Dismissal Re: Lack of Prosecution.

2. Pursuant to Federal Rule of Civil Procedure 4(f), efforts to effectuate service upon the Viktor Khrapunov, Leila Khrapunov, Iliyas Khrapunov, and Madina Ablyazova (the "Switzerland Defendants") in Switzerland, where I understand the Switzerland Defendants reside, are underway via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Plaintiff will file with the Court proof of service of the summons, complaint, and associated documents on the Switzerland Defendants promptly after such service is accomplished.

3. On July 24, 2014, I, along with David Schindler, also of Latham & Watkins and counsel of record to Plaintiff, met telephonically with counsel for the Switzerland Defendants to discuss, among other things, the ability of counsel for the Switzerland Defendants to accept service of process on their behalf. Following an e-mail exchange in early August regarding the issue of service, on or about August 19, 2014, counsel for the Switzerland Defendants indicated that he did not have authorization to accept service on the Switzerland Defendants' behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October, 2014 in Los Angeles, California.

_____/s/_____
Kristen M. Tuey

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DC\3615033.1

1

DECLARATION OF KRISTEN M. TUEY
IN SUPPORT OF PLAINTIFF'S RESPONSE
TO ORDER TO SHOW CAUSE