LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
    *david.schindler@lw.com*
  Manny Abascal (Bar No. 171301)
    *manny.abascal@lw.com*
  Julie R. F. Gerchik (Bar No. 237764)
    *julie.gerchik@lw.com*
  Kristen M. Tuey (Bar No. 252565)
    *kristen.tuey@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>    Plaintiff,<br><br>    v.<br><br>VIKTOR KHRAPUNOV, an individual, *et al.*,<br><br>    Defendants. | Case No. CV14-3650-FMO-CW<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Carla Woehrle<br><br>**[DISCOVERY MATTER]**<br><br>**PLAINTIFF CITY OF ALMATY'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFF'S INTERROGATORIES (SET ONE) AND REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE) BY DEFENDANTS**<br><br>Hearing Date: June 23, 2015<br>Time: 10:00 a.m.<br>Court Room: 640<br><br>Action Filed: May 13, 2014 |

LATHAM&WATKINS LLP  DC\3886414.1
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFF CITY OF ALMATY'S NOTICE OF
MOTION AND MOTION TO COMPEL FURTHER
RESPONSES AND PRODUCTION OF DOCUMENTS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 37, Plaintiff the City of Almaty ("Almaty") hereby moves for an order granting its Motion to Compel Further Responses and Production of Documents Responsive to Plaintiff's Interrogatories (Set One) and Requests for Production of Documents (Set One) by Defendants Elvira Kudryashova, Dmitry Kudryashov, RPM USA, LLC, RPM-Maro LLC, Maro Design LLC, Haute Hue LLC, 628 Holdings LLC, Candian International Ltd., Elvira Kudryashova as Trustee of The Kasan Family Trust, and Dmitry Kudryashov as Trustee of The Kasan Family Trust, on the bases set forth in the concurrently filed Joint Stipulations. Almaty's motion is based on this Notice and Motion; the concurrently filed Joint Stipulations; any pleadings, files, and records in this action; and further evidence or argument as this Court may consider. The parties have met and conferred regarding these issues. Despite these meet-and-confer efforts, the parties have been unable to resolve their disputes and, therefore, Almaty seeks the assistance of the Court.

Dated: June 5, 2015          LATHAM & WATKINS LLP

By:   /s/
    David J. Schindler
    Manny A. Abascal
    Julie R. F. Gerchik
    Kristen M. Tuey
Attorneys for Plaintiff City of Almaty