JAN LAWRENCE HANDZLIK, APC
Jan L. Handzlik (Bar No. 047959)
515 South Flower Street, 36th Floor
Los Angeles, CA 90071-2221
1.213.236.3519 Direct
1.213.236.3501 Facsimile
jhandzlik@handzliklaw.com

Attorney for Defendants Elvira Kudryashova (individually and as trustee of the Kasan Family Trust), Dmitry Kudryashov (individually and as trustee of the Kasan Family Trust), RPM USA, LLC, RPM-Maro, LLC, Maro Design LLC, Haute Hue LLC, 628 Holdings LLC, and Candian International Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>Plaintiff,<br><br>v.<br><br>VIKTOR KHRAPUNOV, an individual, *et al.*,<br><br>Defendants. | Case No. CV14-3650-FMO-CW<br><br>**[DISCOVERY MATTER]**<br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL COMPLETE AND PROPER RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Carla M. Woehrle<br><br>Hearing Date and Time: June 30, 2015, 10:00 a.m.<br><br>Courtroom: 640<br><br>Action Filed: May 13, 2014<br>Discovery Cut-off: May 4, 2015<br>Pre-Trial Conference: November 17, 2015<br>Trial Date: November 24, 2015 |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that, on June 30, 2015 at 10:00 a.m., or as soon |
| 3 | thereafter as counsel may be heard, Defendants Elvira Kudryashova (individually |
| 4 | and as trustee of the Kasan Family Trust), Dmitry Kudryashov (individually and as |
| 5 | trustee of the Kasan Family Trust), RPM USA, LLC, RPM-Maro, LLC, Maro |
| 6 | Design LLC, Haute Hue LLC, 628 Holdings LLC, and Candian International Ltd. |
| 7 | ("Defendants") will, and hereby do, move the Court to compel Plaintiff City of |
| 8 | Almaty ("Plaintiff") to provide complete and proper responses to Defendants' First |
| 9 | Set of Interrogatories (Nos. 1-25). |
| 10 | This motion shall be heard by the Honorable Carla M. Woehrle, United States |
| 11 | Magistrate Judge, at 255 East Temple Street, Los Angeles, California, Courtroom |
| 12 | 640. |
| 13 | This motion is based on this Notice of Motion and Motion, the accompanying |
| 14 | Defendants' Portion of a Joint Stipulation pursuant to Local Rule 37-2, the |
| 15 | Declaration of Jan L. Handzlik, filed concurrently herewith, the records and files of |
| 16 | this Court, and all other matters of which the Court may take judicial notice. |

DATED: June 9, 2015         JAN LAWRENCE HANDZLIK, APC

By  */s/ Jan L. Handzlik*
Jan L. Handzlik
Attorneys for Defendants Elvira Kudryashova (individually and as trustee of the Kasan Family Trust), Dmitry Kudryashov (individually and as trustee of the Kasan Family Trust), RPM USA, LLC, RPM-Maro, LLC, Maro Design LLC, Haute Hue LLC, 628 Holdings LLC, and Candian International Ltd.