1  JAN LAWRENCE HANDZLIK, APC
   Jan L. Handzlik (Bar No. 047959)
2  jhandzlik@handzliklaw.com
   515 South Flower Street, 36th Floor
3  Los Angeles, CA 90071-2221
   1.213.236.3519 Direct
4  1.213.236.3501 Facsimile

5
   Attorney for Defendants Elvira Kudryashova
6  (individually and as trustee of the Kasan Family
   Trust), Dmitry Kudryashov (individually and as
7  trustee of the Kasan Family Trust), RPM USA, LLC,
   RPM-Maro, LLC, Maro Design LLC, Haute Hue LLC,
8  628 Holdings LLC, and Candian International Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>Plaintiff,<br><br>v.<br><br>VIKTOR KHRAPUNOV, an individual, *et al.*,<br><br>Defendants. | Case No. CV14-3650-FMO-CW<br><br>**[DISCOVERY MATTER]**<br><br>**DECLARATION OF JAN L. HANDZLIK IN SUPPORT OF MOTION TO COMPEL COMPLETE AND PROPER RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES (NOS. 1-25)**<br><br>**[Filed Concurrently with Motion to Compel Complete and Proper Responses to Defendants' First Set of Interrogatories (Nos. 1-25)]**<br><br>Judge:  Hon. Fernando M. Olguin<br>Magistrate Judge:  Hon. Carla M. Woehrle<br><br>Hearing Date:      June 30, 2015<br>Hearing Time:      10:00 a.m.<br>Courtroom:          640<br><br>Action Filed:          May 13, 2014<br>Discovery Cut-off:  July 3, 2015<br>Pre-Trial Conference: January 8, 2016<br>Trial Date:              January 26, 2016 |

# DECLARATION OF JAN L. HANDZLIK

I, Jan L. Handzlik, declare as follows:

1. I am a member of the State Bar of California and the Bar of this Court, and attorney-of-record in this action for Defendants Elvira Kudryashova, Dmitry Kudryashov, RPM USA, LLC, RPM-Maro LLC, Maro Design LLC, Haute Hue LLC, 628 Holdings LLC, Candian International Ltd., Elvira Kudryashova as trustee of The Kasan Family Trust, and Dmitry Kudryashov as trustee of The Kasan Family Trust (collectively, "Defendants"). I make this declaration based on personal knowledge. If called and sworn as a witness, I could and would testify competently thereto.

2. On February 17, 2015, Defendants served their First Set of Special Interrogatories (Nos. 1-25) ("Interrogatories") on Plaintiff. A true and correct copy is attached as **Exhibit A**.

3. Plaintiff failed to timely respond to Defendants' Interrogatories. Subsequently, Plaintiff filed an *ex parte* application asking the Court for permission to serve untimely responses and objections. (Dkt. No. 72).

4. On April 7, 2015, the Court held that Plaintiff could serve responses to the Interrogatories that "may include privilege objections," but that "all other objections are waived." (Dkt. No. 81). A true and correct copy of the Court's April 7 Order is attached as **Exhibit B**.

5. On April 21, 2015, Plaintiff served its Responses and Objections to the Interrogatories. A true and correct copy is attached as **Exhibit C**.

6. On April 30, 2015, I sent a letter to Plaintiff's counsel pursuant to Local Rule 37-1. A true and correct copy is attached as **Exhibit D**. This letter described in detail why Plaintiff's refusal to answer certain Interrogatories was improper; why its objections were not well-taken; and why the responses that it provided in response to some of the Interrogatories were incomplete and deficient.

1        7.    On May 4, 2015, I met with counsel for Plaintiff.  At this meeting, we
2 discussed Plaintiff's objections and responses and I explained why they were
3 improper and/or deficient.  We were unable to reach agreement on all of the issues
4 in dispute.
5        8.    On May 22, 2015, Plaintiff served its Supplemental Responses and
6 Objections to the Interrogatories.  A true and correct copy is attached as **Exhibit E**.
7 Plaintiff's Supplemental Responses and Objections did not resolve the deficiencies
8 in Plaintiff's original responses.
9        9.    Plaintiff has served 13 third-party subpoenas in this action, including
10 one deposition subpoena.  None of the parties upon whom Plaintiff served a third-
11 party subpoena are identified in Plaintiff's Supplemental Responses and Objections
12 to Interrogatory No. 18.

14      I declare under penalty of perjury under the laws of the United States of
15 America that the foregoing is true and correct.
16      Executed in Los Angeles, California on June 1, 2015.

18                                   /s/
19                                 Jan L. Handzlik