**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY OF ALMATY, | ) | Case No. CV 14-3650 FMO (CWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| VICTOR KHRAPUNOV, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 21st day of September, 2015.

/s/
Fernando M. Olguin
United States District Judge