LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
    david.schindler@lw.com
  Manny A. Abascal (Bar No. 171301)
    manny.abascal@lw.com
  Julie R. F. Gerchik (Bar No. 237764)
    julie.gerchik@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>Plaintiff,<br><br>v.<br><br>VIKTOR KHRAPUNOV, an individual; *et al.*,<br><br>Defendants. | Case No.: CV14-3650-FMO-CW<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Carla Woehrle<br><br>**NOTICE OF APPEAL**<br><br>Action Filed: May 13, 2014 |

Notice is hereby given pursuant to Federal Rules of Appellate Procedure 3 and 4(a) that Plaintiff the City of Almaty hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order granting the defendants' motion to dismiss [Dkt 123] and the judgment dismissing the above-captioned action without prejudice [Dkt 124], entered on the 21st day of September, 2015.

Dated: October 20, 2015

LATHAM & WATKINS LLP
  David J. Schindler
  Manny A. Abascal
  Julie R. F. Gerchik

By:  /s/ David J. Schindler
Attorneys for Plaintiff the City of Almaty