LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
  david.schindler@lw.com
Manny A. Abascal (Bar No. 171301)
  manny.abascal@lw.com
Julie R. F. Gerchik (Bar No. 237764)
  julie.gerchik@lw.com
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>                Plaintiff,<br><br>         v.<br><br>VIKTOR KHRAPUNOV, an individual; *et al.*,<br><br>                Defendants. | Case No.: CV14-3650-FMO-CW<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Carla Woehrle<br><br>**REPRESENTATION STATEMENT**<br><br>Action Filed: May 13, 2014 |

In accordance with Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), the City of Almaty, Plaintiff in the above-captioned action and Appellant in this appeal, hereby states that it is represented by the undersigned counsel.  The City of Almaty further states that the following is counsel of record for all other parties in the above-captioned action, including Defendants Elvira Khrapunov a/k/a Elvira Kudryashova, Dmitry Kudryashov, RPM USA LLC, RPM-Maro LLC, Maro Design LLC, Haute Hue LLC, 628 Holdings LLC, Candian International Ltd., Elvira Kudryashova as Trustee of The Kasan Family Trust, and Dmitry Kudryashov as Trustee of The Kasan Family Trust:

Jan L. Handzlik (Bar No. 047959)
*jhandzlik@handzliklaw.com*
HANDZLIK & ASSOCIATES APC
515 South Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: (213) 236-3519

Dated: October 20, 2015                    LATHAM & WATKINS LLP
    David J. Schindler
    Manny A. Abascal
    Julie R. F. Gerchik

By: /s/ David J. Schindler
Attorneys for Plaintiff the City of Almaty