JAN LAWRENCE HANDZLIK, APC
Jan L. Handzlik (Bar No. 047959)
515 South Flower Street, 36th Floor
Los Angeles, CA 90071-2221
Telephone: (213) 236-3519
Facsimile: (213) 236-3501
jhandzlik@handzliklaw.com

Attorney for Defendants Elvira Khrapunov a/k/a Elvira Kudryashova,
Dmitri Kudryashov, RPM USA, LLP, RPM-Maro LLC, Maro Design
LLC, Haute Hue LLC, 628 Holdings LLC, Candian International Ltd.,
Elvira Kudryashova as Trustee of The Kasan Family Trust, and Dmitri
Kudryashov as Trustee of The Kasan Family Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>Plaintiff,<br><br>vs.<br><br>VIKTOR KHRAPUNOV, etc., et al.,<br><br>Defendants. | Case No. CV14-3650-CMO-CW<br><br>STIPULATION JOINTLY REQUESTING CLARIFICATION OF ORDER RE CONSOLIDATION AND FURTHER PROCEEDINGS, AND PROPOSING AMENDMENTS TO MOTION SCHEDULE; [PROPOSED] ORDER |

Plaintiff, City of Almaty, through its attorneys-of-record, and

Defendants Elvira Khrapunov a/k/a Elvira Kudryashova, Dmitri Kudryashov, RPM

STIPULATION JOINTLY REQUESTING CLARIFICATION OF ORDER RE CONSOLIDATION AND
FURTHER PROCEEDINGS, AND PROPOSING AMENDMENTS TO MOTION SCHEDULE; [PROPOSED]
ORDER

1

USA, LLP, RPM-Maro LLC, Maro Design LLC, Haute Hue LLC, 628 Holdings

LLC, Candian International Ltd., Elvira Kudryashova as Trustee of The Kasan

Family Trust, and Dmitri Kudryashov as Trustee of The Kasan Family Trust

("Defendants"), through their attorney-of-record (collectively, the "Parties"),

hereby stipulate and jointly agree to request clarification of the Court's July 20,

2017 Order re Consolidation and Further Proceedings (Doc. No. 138, Case No. 14-

cv-3650-FMO), referred to in this Stipulation as the "Order."

Specifically, the Parties respectfully request clarification of the motion

schedule at pages 16 & 17 of the Order.  This joint request is based on and relates

to the following issues identified below by numbered paragraphs 1-6 at pages 16 &

17 of the Order:

**Paragraph 1**: Pursuant to the Order, Plaintiff is to file a consolidated

complaint by August 7, 2017.  However, Plaintiff will seek to amend the complaint

– either by motion practice or stipulation – to add allegations based on matters

occurring since the dismissals. Defendants will not oppose Plaintiff's filing of an

amended complaint.

**Paragraph 6**: The Parties believe it will be more efficient for Plaintiff

to file a consolidated and amended complaint at the outset.  Currently, paragraph 6

of the Order permits the Parties to file motions or stipulations to amend claims or

STIPULATION JOINTLY REQUESTING CLARIFICATION OF ORDER RE CONSOLIDATION AND
FURTHER PROCEEDINGS, AND PROPOSING AMENDMENTS TO MOTION SCHEDULE; [PROPOSED]
ORDER

defenses as late as September 20, 2017.  This means, theoretically, Plaintiff could file a consolidated complaint on August 7, 2017, and then file a motion to amend the consolidated complaint on September 20, 2017.

**Paragraph 4**:  In the interim, by August 25, 2017, Defendants must answer or move to dismiss the August 7th consolidated complaint.  Assuming Defendants move to dismiss, the hearing would be scheduled for approximately September 20, 2017.  However, as noted above regarding Paragraph 6 of the Order, the Parties may also seek to amend claims or defenses until September 20th. That means the Parties would need to simultaneously seek leave to amend their claims or defenses while the motion to dismiss is pending.

In addition, assuming Plaintiff moved to amend the consolidated complaint by September 20, 2017 and the Court granted the motion, under paragraph 4 of the Order, Defendants would be unable to move to dismiss a newly-filed, amended complaint.

**Paragraphs 4 & 6**:  Assuming Defendants filed a motion to dismiss by August 25, 2017, it would not be filing an answer to the consolidated complaint. This means, by September 20, 2017, Defendants would not have raised defenses or asserted claims of their own.  Thus, there would be nothing to revise as contemplated by paragraph 6.

STIPULATION JOINTLY REQUESTING CLARIFICATION OF ORDER RE CONSOLIDATION AND
FURTHER PROCEEDINGS, AND PROPOSING AMENDMENTS TO MOTION SCHEDULE; [PROPOSED]
ORDER

Accordingly, the Parties respectfully request that the Court clarify the Order with respect to the schedule for filing a Consolidated Complaint, amended pleadings and related motions.

In the alternative, for the Court's convenience, the Parties jointly propose the following amendments to the motion schedule in paragraphs 1 through 6, at pages 16 and 17, of the Order:

1. Plaintiff shall file a Consolidated & Amended Complaint no later than August 21, 2017.

2. In the event Defendants wish to file a motion to dismiss the Consolidated & Amended Complaint, counsel for the Parties shall meet & confer to discuss Defendants' motion to dismiss on September 1, 2017, at 10:00 AM, or at such other date and time as is mutually agreed upon by the Parties.

3. Defendants shall file an Answer to the Consolidated & Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 ("MTD") no later than September 11, 2017.

4. If Defendants file a MTD and it is denied by the Court, Defendants shall file an answer to the Consolidated & Amended Complaint no later than 14 days after the Court rules on the MTD.

STIPULATION JOINTLY REQUESTING CLARIFICATION OF ORDER RE CONSOLIDATION AND FURTHER PROCEEDINGS, AND PROPOSING AMENDMENTS TO MOTION SCHEDULE; [PROPOSED] ORDER

4

5.  If the Court denies the MTD and Defendants have filed an answer to the Consolidated & Amended Complaint, absent a showing of good cause based on newly-discovered evidence, no stipulation or motion to amend as to any claims, defenses and/or parties shall be lodged/filed.  If a party lodges/files a stipulation/motion to amend after November 15, 2017, that party shall be deemed to have waived any such amendments in this action.  If the Court approves/grants such a stipulation/motion, and the party seeking such relief thereafter files an amended pleading, the Court will issue a briefing schedule for motions, if any, related to the amended pleading.

6.  All "Doe" defendants are to be identified and named on or before November 15, 2017, on which date all remaining "Doe" defendants will be dismissed, unless otherwise ordered by the Court upon a showing of good cause.

DATED: July 28, 2017                    Respectfully submitted,

                                        LATHAM & WATKINS LLP


                                        By:   /s/ Julie R.F. Gerchik
                                              JULIE R.F. GERCHIK

STIPULATION JOINTLY REQUESTING CLARIFICATION OF ORDER RE CONSOLIDATION AND FURTHER PROCEEDINGS, AND PROPOSING AMENDMENTS TO MOTION SCHEDULE; [PROPOSED] ORDER

Attorneys for Plaintiff City of Almaty

JAN LAWRENCE HANDZLIK APC


By:   /s/ Jan L. Handzlik
          JAN L. HANDZLIK
          Attorney for Defendants Elvira
          Khrapunov a/k/a Elvira Kudryashova,
          Dmitri Kudryashov, RPM USA, LLP,
          RPM-Maro LLC, Maro Design LLC,
          Haute Hue LLC, 628 Holdings LLC,
          Candian International Ltd., Elvira
          Kudryashova as Trustee of The Kasan
          Family Trust, and Dmitri Kudryashov
          as Trustee of The Kasan Family Trust

STIPULATION JOINTLY REQUESTING CLARIFICATION OF ORDER RE CONSOLIDATION AND
FURTHER PROCEEDINGS, AND PROPOSING AMENDMENTS TO MOTION SCHEDULE; [PROPOSED]
ORDER