AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>*Plaintiff(s)*<br>v.<br>VIKTOR KHRAPUNOV, an individual;<br>[SEE ATTACHMENT A]<br><br>*Defendant(s)* | Civil Action No.  CV14-3650-FMO-CW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WORLD HEALTH NETWORKS, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

[SEE ATTACHMENT B FOR ADDITIONAL NAMES AND ADDRESSES]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David J. Schindler
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     08/21/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV14-3650-FMO-CW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT "A" TO SUMMONS

CITY OF ALMATY, a foreign state,

       Plaintiff,

  v.

VIKTOR KHRAPUNOV, an individual; LEILA KHRAPUNOVA, an individual; ILIYAS KHRAPUNOV a/k/a ILYAS KHRAPUNOV, an individual; MADINA ABLYAZOVA a/k/a MADINA KHRAPUNOVA, an individual; ELVIRA KHRAPUNOVA a/k/a/ ELVIRA KUDRYASHOVA a/k/a ELVIRA BALMADANI, an individual; DMITRY KUDRYASHOV a/k/a DMITRI KUDRYASHOV, an individual; RPM USA, LLC, a New York corporation; RPM-MARO LLC, a New York corporation; MARO DESIGN LLC, a California corporation; HAUTE HUE LLC, a California corporation; 628 HOLDINGS LLC, a California Corporation; CANDIAN INTERNATIONAL LTD., a British Virgin Islands corporation; ELVIRA KUDRYASHOVA AS TRUSTEE FOR THE KASAN FAMILY TRUST; DMITRY KUDRYASHOV AS TRUSTEE FOR THE KASAN FAMILY TRUST; and CROWNWAY LTD, a Belize corporation; VILDER COMPANY S.A., a Panama corporation; WORLD HEALTH NETWORKS, INC. f/k/a HEALTH STATION NETWORKS INC., a Delaware corporation, and DOES 1 through 10,

       Consolidated Defendants.

## ATTACHMENT "B" TO SUMMONS

| PARTY | CONNECTION/INTEREST |
|---|---|
| World Health Networks, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, Delaware 19808 | Defendant |
| Crownway Ltd.<br>c/o International Corporate Services<br>1 Mapp Street, 3rd Floor<br>Belize City, Belize | Defendant |
| Vilder Company S.A.<br>Mmg Tower, 23rd Floor<br>Avenida Paseo del Mar, Costa del Este<br>Panama City, Republic of Panama | Defendant |

US-DOCS\92881379.2