1  LATHAM & WATKINS LLP
     David J. Schindler (Bar No. 130490)
2        *david.schindler@lw.com*
     Julie R. F. Gerchik (Bar No. 237764)
3        *julie.gerchik@lw.com*
     Kendall M. Howes (Bar No. 294285)
4        *kendall.howes@lw.com*
   355 South Grand Avenue, Suite 100
5  Los Angeles, California  90071-1560
   Telephone:  (213) 485-1234
6  Facsimile:  (213) 891-8763

7  Attorneys for Plaintiff the City of Almaty

8
                  UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  CITY OF ALMATY, a foreign state, | Case No. CV14-3650-FMO-CW |
| 12            Plaintiff, | Assigned To: Hon. Fernando M. Olguin |
| 13       v. | **PROOF OF SERVICE** |
| 14  VIKTOR KHRAPUNOV, an individual; LEILA KHRAPUNOVA, an individual; ILIYAS KHRAPUNOV a/k/a ILYAS KHRAPUNOV, an individual; MADINA ABLYAZOVA a/k/a MADINA KHRAPUNOVA, an individual; ELVIRA KHRAPUNOVA a/k/a/ ELVIRA KUDRYASHOVA a/k/a ELVIRA BALMADANI, an individual; DMITRY KUDRYASHOV a/k/a DMITRI KUDRYASHOV, an individual; RPM USA, LLC, a New York corporation; RPM-MARO LLC, a New York corporation; MARO DESIGN LLC, a California corporation; HAUTE HUE LLC, a California corporation; 628 HOLDINGS LLC, a California Corporation; CANDIAN INTERNATIONAL LTD., a British Virgin Islands corporation; ELVIRA KUDRYASHOVA AS TRUSTEE FOR THE KASAN FAMILY TRUST; DMITRY KUDRYASHOV AS TRUSTEE FOR THE KASAN FAMILY TRUST; CROWNWAY LTD, a Belize corporation; VILDER COMPANY S.A., a Panama corporation;  WORLD HEALTH NETWORKS, INC. f/k/a HEALTH STATION NETWORKS INC., a Delaware corporation, and DOES 1 through 10,             Consolidated Defendants. | |

## PROOF OF SERVICE

I, Ana Jimenez, am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-1560.

On **August 21, 2017**, I served the following document described as:

**CONSOLIDATED AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND OTHER EQUITABLE RELIEF FOR:**

1) **Violations of RICO (18 U.S.C. §§ 1962(c), 1962(d), 1964);**
2) **Breach of Fiduciary Duty;**
3) **Conversion and Conspiracy to Commit Conversion;**
4) **Fraud and Deceit and Conspiracy to Defraud; and**
5) **An Accounting, and Imposition of a Constructive Trust and Equitable Lien.**

by serving a true copy of the above-described document in the following manner:

### BY OVERNIGHT MAIL DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express

Messrs. Steve G. Madison and Anthony P. Alden
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Attorneys for:
Viktor Khrapunov
Leila Khrapunova
Iliyas Khrapunov a/k/a Ilyas Khrapunov
Madina Ablyazova a/k/a Madina Khrapunova

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 21, 2017**, at Los Angeles, California.

_____
Ana Jimenez