| Attorney or Party without Attorney:<br>LATHAM & WATKINS LLP<br>DAVID J. SCHINDLER, (SBN: 130490)<br>355 S Grand Ave 4th Floor<br>Los Angeles, CA 90071<br>Telephone No:<br><br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: CITY OF ALMATY, a foreign state<br>Defendant: VIKTOR KHRAPUNOV, an individual, etc et al |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV14-3650-FMO-CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action On Consolidated Complaint, Consolidated Amended Complaint For Damages, Injunctive Relief, and Other Equitable Relief

3. a. Party served:     CROWNWAY LTD, a Belize corporation
   b. Person served:    ELVIRA KHRAPUNOVA, AGENT FOR SERVICE OF PROCESS
                        served under F.R.C.P. Rule 4.

4. Address where the party was served:   1800 NEWPORT BOULEVARD, COSTA MESA,, CA 92627

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 25 2017 (2) at: 04:35 PM

6. **Person Who Served Papers:**
   a. Frank Harrigan (1530, Orange County)         d. *The Fee for Service was: $185.85*
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

8-25-17
(Date)                                (Signature)



PROOF OF SERVICE

1626240
(3418938)