| Attorney or Party without Attorney:<br>LATHAM & WATKINS LLP<br>DAVID J. SCINDLER (130490)<br>355 S Grand Ave 4th Floor<br>Los Angeles, CA 90071<br>Telephone No:<br>Attorney For: Plaintiff | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: CITY OF ALMATY, a foreign state<br>Defendant: VIKTOR KHRAPUNOV, an indvidual, etc. et al. | | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:14-CV-03650-FMO-CW | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Consolidated Amended Complaint For Damages, Injunctive Relief and Other Equitable Relief

3. a. Party served:    WORLD HEALTH NETWORKS, INC.
   b. Person served:    Lynanne Gares, CSC, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2017 (2) at: 09:21 PM

6. *Person Who Served Papers:*
   a. Kendra Watson
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

8/28/17                         Kendra L. Watson
(Date)                             (Signature)



PROOF OF SERVICE

1621455
(3416773)