BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendants
Madina Ablyazova
Iliyas Khrapunov
Leila Khrapunov
Viktor Khrapunov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VIKTOR KHRAPUNOV, et al.,<br><br>　　　　　　Defendants. | Case No. 14-cv-03650-FMO (CW)<br>*Consolidated with case no. 15-cv-02628-FMO (CW)*<br><br>***EX PARTE* APPLICATION ON SHORTENED TIME TO MODIFY THE STIPULATED SCHEDULING ORDER** |

**NOTICE OF EX PARTE APPLICATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, and Viktor Khrapunov, through their counsel of record, hereby apply to modify the stipulated scheduling order filed on August 2,

2017 (Dkt. 143). This *ex parte* application is based on this Notice of Application and Application, the Declaration of Martha Boersch, filed concurrently herewith, the records and files of this Court, and all other matters of which the Court may take judicial notice.

## MEMORANDUM OF POINTS AND AUTHORITIES

On July 28, 2017, the plaintiff and the "US Defendants" – Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust – filed a stipulation proposing amendments to the motion schedule set forth in Dkt. 138.

Prior counsel for the "Swiss Defendants" – Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, and Viktor Khrapunov – who had moved to withdraw on August 31, 2015, were not signatories to the stipulation. They were not served with the Consolidated, Amended Complaint until on or about August 21, 2017. The Court then filed an order accepting the amendments to the motion schedule, six modifications in total (Dkt 143).

On September 6, 2017, under-signed counsel filed a substitution of counsel form for Defendants Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, and Viktor Khrapunov, replacing prior counsel. On September 7, 2017, under-signed counsel participated in the previously scheduled meet and confer with counsel for the plaintiff and counsel for the other defendants, however because under-signed is new to the case we were not prepared to discuss the substance of any motion to dismiss.

Under-signed counsel requests an extension of time to familiarize ourselves with the record, in particular the 53-page Consolidated Amended Complaint, before proceeding. We request that the meet-and-confer that was scheduled for September 1, 2017, be continued to September 21, 2017, and that the deadline for all Defendant's to

1  file an Answer to the Consolidated Amended Complaint or a motion pursuant to Fed.
2  R. Civ. P. 12 be extended to October 25, 2017.  We do not request any continuance on
3  the other dates set forth in the scheduling order.

4   Dated:  September 7, 2017

BOERSCH SHAPIRO LLP

 /s/Martha Boersch
Martha Boersch

Attorneys for Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, and Viktor Khrapunov