1  BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
2  Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
3  Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
4  Lkollios@boerschshapiro.com
5  1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
6  Telephone: (415) 500-6640

7
Attorneys for Defendants
8  Madina Ablyazova
Iliyas Khrapunov
9  Leila Khrapunov
Viktor Khrapunov
10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13  CITY OF ALMATY,                    Case No. 14-cv-03650-FMO (CW)
                                       *Consolidated with case no. 15-cv-02628-FMO (CW)*
14                    Plaintiff,
                                       **PROOF OF SERVICE**
15          v.

16  VIKTOR KHRAPUNOV, et al.,

17                    Defendants.

18

19

20
        I, Roxanne Vorkoeper, declare as follows:
21
        I am employed in the County of Alameda, State of California, I am over the age of eighteen
years and am not a party to this action; my business address is 1611 Telegraph Ave., Ste. 806,
22  Oakland, CA 94612, in said County and State.  On September 7, 2017, I served the following
document(s):
23
  • *EX PARTE* APPLICATION ON SHORTENED TIME TO MODIFY THE STIPULATED
24      SCHEDULING ORDER

  • DECLARATION OF MARTHA BOERSCH IN SUPPORT OF *EX PARTE*
25      APPLICATION ON SHORTENED TIME TO MODIFY THE STIPULATED
        SCHEDULING ORDER
26
  • [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION ON SHORTENED TIME
27      TO MODIFY THE STIPULATED SCHEDULING ORDER

28  on the parties stated below, by the following means of service:

                                       PROOF OF SERVICE
                                       Case No.: 14-cv-03650-FMO (CW)

1    **David J. Schindler**                        Attorneys for Plaintiff City of Almaty
     **Julie Rose Gerchik**
2    **Manuel A. Abascal**
     Latham and Watkins LLP
3    355 South Grand Avenue Suite 100             David.schindler@lw.com
     Los Angeles, CA 90071-1560                   Julie.gerchik@lw.com
4    Tel: (213) 485-1234                          Manny.abascal@lw.com
     Fax: (213) 891-8763
5

6    **Jan Lawrence Handzlik**                     Attorney for Defendants Elvira Khrapunov;
     Jan Lawrence Handzlik APC                     Dmitry Kudryashov; RPM USA, LLC; RPM-
7    515 South Flower Street, 36th Floor           Marco LLC; Maro Design LLC; Haute Hue
     Los Angeles, CA 90071                         LLC; 628 Holdings LLC; Candian
8    Tel: (213) 236-3519                           International Ltd.; Elvira Kudryashova as
     Fax: (213) 236-3501                           Trustee of the Kasan Family Trust; and
9                                                  Dmitry Kudryashov as Trustee of The Kasan
                                                   Family Trust
10

11                                                 Jhandzlik@handzliklaw.com

12
     ☐   **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as
13       indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our
         ordinary business practices. I am readily familiar with this firm's practice for collecting and processing
14       correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is
         deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully
15       prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or
         postage meter date is more than one day after date of deposit for mailing set forth in this declaration.
16
         I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in
17       the mail at Oakland, California.

18   ☐   **BY MESSENGER SERVICE**: I placed a true copy in a sealed envelope or package addressed to the persons at
         the addresses listed above and providing them to a professional messenger service for service for delivery before
19       5:00 p.m. on the above-mentioned date. *(A declaration by the messenger must accompany this Proof of Service.)*

20   ☑   **BY ELECTRONIC SERVICE**:  On the above-mentioned date I caused the documents to be sent to the persons
         at the electronic notification addresses as shown above.  My electronic service address is
21       rvorkoeper@boerschshapiro.com.

22   ☐   **BY FACSIMILE**:  On the above-mentioned date I caused the documents to be sent to the persons at the
         facsimile numbers shown above.
23
     ☑   I am employed in the office of Martha Boersch, a member of the bar of this court, and that the foregoing
24       document(s) was(were) printed on recycled paper.

25   ☑   **(STATE)**           I declare under penalty of perjury under the laws of the State of California that the foregoing is
                               true and correct.
26

27       Executed on September 7, 2017.
                                                          _/s/ Roxanne Vorkoeper_
28