1  BOERSCH SHAPIRO LLP
2  David W. Shapiro (State Bar No. 219265)
   Dshapiro@boerschshapiro.com
3  Martha Boersch (State Bar No. 126569)
4  Mboersch@boerschshapiro.com
   Lara Kollios (State Bar No. 235395)
5  Lkollios@boerschshapiro.com
6  1611 Telegraph Ave., Ste. 806
   Oakland, CA 94612
7  Telephone: (415) 500-6640

8
   Attorneys for Defendants
9  Madina Ablyazova
   Iliyas Khrapunov
10 Leila Khrapunov
11 Viktor Khrapunov

12
                UNITED STATES DISTRICT COURT
13
                CENTRAL DISTRICT OF CALIFORNIA
14
                      WESTERN DIVISION
15

16

17 | CITY OF ALMATY,            | Case No. 14-cv-03650-FMO (CW)
                                  *Consolidated with case no. 15-cv-02628-FMO (CW)*
18 |           Plaintiff,
19 |      v.
                                  **STIPULATION PROPOSING**
20 | VIKTOR KHRAPUNOV, et al.,   **AMENDMENTS TO MOTION**
                                  **SCHEDULE; [PROPOSED] ORDER**
21 |           Defendants.

22

23

24

25

26

27

28

1  Defendants Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, and
2  Viktor Khrapunov ("Swiss Defendants"), through their counsel of record, Defendants
3  Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC;
4  RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian
5  International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and
6  Dmitry Kudryashov as Trustee of The Kasan Family Trust ("US Defendants"),
7  through their counsel of record, and Plaintiff, City of Almaty, through its counsel of
8  record (collectively, the "Parties"), hereby stipulate and jointly agree to modify the
9  briefing schedule set by the Court's August 2, 2017, Order (Dkt. 143, Case No. 14-
10 cv-3650-FMO).

The Parties jointly propose the following amendments to the motion schedule:

1. In the event the Defendants wish to file a motion to dismiss the Consolidated Amended Complaint, counsel for the Parties shall meet & confer to discuss the Defendants' motion to dismiss on September 21, 2017, at 10:00 AM, or at such other date and time as is mutually agreed upon by the Parties.

2. Defendants shall file an Answer to the Consolidated Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than October 25, 2017.

//
//
//
//
//
//
//
//

The parties further agree not to seek to delay responding to discovery based upon this extension of time to respond to the Consolidated Amended Complaint or based upon defendants' filing of a motion to dismiss.

Dated: September 8, 2017

Respectfully submitted,

BOERSCH SHAPIRO LLP

 _/s/Martha Boersch_____
Martha Boersch

Attorneys for Defendants Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, and Viktor Khrapunov

LATHAM & WATKINS LLP

 _/s/David Schindler_____
David Schindler

Attorneys for Plaintiff City of Almaty

JAN LAWRENCE HANDZLIK APC

 _/s/Jan L. Handzlik_____
Jan L. Handzlik

Attorney for Defendants Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust