# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| City of Almaty | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:14-cv-03650-FMO-CW |
| v. | |
| Viktor Khrapunov, et al. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY [151] |
| Defendant(s) | |

The Court hereby orders that the request of:

Iliyas Khrapunov, Viktor Khrapunov, Leila Khrapunov, and Madina Ablyazova  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Martha Ann Boersch who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1611 Telegraph Ave, Suite 806
*Street Address*

Oakland, CA 94612                                    mboersch@boerschshapiro.com
*City, State, Zip*                                    *E-Mail Address*

(415) 217-3700                  (415) 967-3062                  126569
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of Steven G. Madison and Anthony P. Alden
*List all attorneys from same firm or agency who are withdrawing.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017

is hereby     ☒ GRANTED     ☐ DENIED

Dated September 27, 2017

/s/ Fernando M. Olguin
U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (12/14)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY