| Attorney or Party without Attorney: <br> LATHAM & WATKINS LLP <br> DAVID J. SCHINDLER (130490) <br> 355 S Grand Ave 4th Floor <br> Los Angeles, CA 90071 <br> Telephone No: <br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: CITY OF ALMATY, a foreign state <br> Defendant: VIKTOR KHRAPUNOV, an indvidual, etc. et al. |

| PROOF OF SERVICE AMENDED | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:14-CV-03650-FMO-CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Consolidated Amended Complaint For Damages, Injunctive Relief and Other Equitable Relief

3. a. Party served: World Health Networks, Inc. f/k/a Health Station Networks Inc.
   b. Person served: Lynanne Gares, CSC, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2017 (2) at: 09:21 PM

6. Person Who Served Papers:
   a. Kendra Watson
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/3/17
(Date)

Kendra L. Watson
(Signature)

PROOF OF SERVICE

1621455
(3416773)