LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
 *david.schindler@lw.com*
Jonathan M. Jackson (Bar No. 257554)
 *jonathan.jackson@lw.com*
Kendall M. Howes (Bar No. 294285)
 *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Plaintiff the City of Almaty*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>                Plaintiff,<br><br>       v.<br><br>VIKTOR KHRAPUNOV, *et al.*,<br><br>                Defendants. | Case No. 14-cv-03650-FMO<br><br>*Consolidated with Case No. 15-cv-02628-FMO*<br><br>Assigned To:  Hon. Fernando M. Olguin<br><br>**JOINT STIPULATION TO EXTEND TIME TO IDENTIFY AND NAME "DOE" DEFENDANTS**<br><br>[Proposed Order; Declaration of Jonathan M. Jackson filed concurrently herewith]<br><br>Action Filed:  April 15, 2015 |

## JOINT STIPULATION

Plaintiff the City of Almaty ("Plaintiff") and defendants Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, Viktor Khrapunov, Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust ("Defendants"), by and through their respective counsel of record, hereby enter into the following stipulation regarding the time to identify and name "Doe" defendants.

WHEREAS, in its Order of August 2, 2017, the Court granted the parties' joint stipulation (Dkt. 142), which required Plaintiff to identify and name all "Doe" defendants by November 15, 2017 (Dkt. 143);

WHEREAS, Plaintiff anticipates receiving discovery responses from Defendants on November 17, 2017, which will assist Plaintiff in its ability to identify and name any additional "Doe" defendants;

WHEREAS, Plaintiff is currently drafting its response to Defendants' Motion to Dismiss, which is due by November 22, 2017;

WHEREAS, a brief extension of time will assist Plaintiff in determining whether and to what extent it believes additional "Doe" defendants should be added;

WHEREAS, neither party has previously requested an extension of time to identify and name all remaining "Doe" defendants;

ACCORDINGLY, THE PARTIES HEREBY JOINTLY STIPULATE AND AGREE that, subject to the Court's approval, the deadline for Plaintiff to identify and name all "Doe" defendants shall be extended from November 15, 2017 to December 15, 2017.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: | November 14, 2017 | LATHAM & WATKINS LLP |

By /s/ Jonathan M. Jackson
David J. Schindler
Jonathan M. Jackson
Kendall M. Howes
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| DATED: | November 14, 2017 | BOERSCH SHAPIRO LLP |

By /s/ Lara Kollios
Martha Boersch
Lara Kollios
*Attorneys for Defendants*

Attestation:

I attest and certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 14, 2017 /s/ Jonathan M. Jackson
Jonathan M. Jackson