LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
Jonathan M. Jackson (Bar No. 257554)
  *jonathan.jackson@lw.com*
Kendall M. Howes (Bar No. 294285)
  *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Plaintiff the City of Almaty*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>            Plaintiff,<br><br>     v.<br><br>VIKTOR KHRAPUNOV; *et al.*,<br><br>            Defendants. | Case No. 2:14-cv-03650-FMO<br><br>*Consolidated with Case No. 2:15-cv-02628-FMO*<br><br>Assigned To:  Hon. Fernando M. Olguin<br><br>**DECLARATION OF JONATHAN M. JACKSON IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO IDENTIFY AND NAME "DOE" DEFENDANTS**<br><br>[Joint Stipulation to Extend Time to Identify and Name "Doe" Defendants; Proposed Order filed concurrently herewith] |

# DECLARATION OF JONATHAN M. JACKSON

I, Jonathan M. Jackson, have personal knowledge of the facts set forth herein and, if called to do so, could and would competently testify thereto.

1. I am an attorney licensed to practice law in the State of California. I am an associate at Latham & Watkins LLP and am counsel for plaintiff the City of Almaty ("Plaintiff") in this matter.

2. On August 2, the Court granted a joint stipulation filed by Plaintiff and defendants Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust, which required Plaintiff to identify and name all "Doe" defendants by November 15, 2017. (Dkt. 143.)

3. Plaintiff anticipates receiving discovery responses from defendants Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, Viktor Khrapunov, Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust (collectively, "Defendants") on November 17, 2017.

4. Plaintiff believes that Defendants' discovery responses will assist Plaintiff in its ability to identify and name any additional "Doe" defendants;

5. Plaintiff is currently drafting its response to Defendants' Motion to Dismiss, which is due by November 22, 2017.

6. Plaintiff believes a brief extension of time will assist Plaintiff in determining whether and to what extent it believes additional "Doe" Defendants should be added.

7. Neither party has previously requested an extension of time to identify and name all remaining "Doe" defendants.

DATED: November 14, 2017     LATHAM & WATKINS LLP

By  /s/ Jonathan M. Jackson
     Jonathan M. Jackson