LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
    *david.schindler@lw.com*
  Jonathan M. Jackson (Bar No. 257554)
    *jonathan.jackson@lw.com*
  Kendall M. Howes (Bar No. 294285)
    *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Plaintiff the City of Almaty*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>       Plaintiff,<br><br>       v.<br><br>VIKTOR KHRAPUNOV, *et al.*,<br><br>       Defendants. | Case No. 14-cv-03650-FMO<br><br>*Consolidated with Case No. 15-cv-02628-FMO*<br><br>Assigned To:  Hon. Fernando M. Olguin<br><br>**ORDER GRANTING JOINT STIPULATION [175] RE: EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT**<br><br>Action Filed: April 15, 2015 |

## **ORDER**

Plaintiff the City of Almaty ("Plaintiff") and defendants Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, Viktor Khrapunov, Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust (collectively, "Appearing Defendants"), by and through their respective counsel of record, have entered into a stipulation to extend the deadline by which to file a motion for default judgment for Crownway Ltd. ("Crownway") and Vilder Company S.A. ("Vilder").

The Court, having reviewed the Joint Stipulation re: Extension of Time to File Motion for Default Judgment, and good cause appearing therefrom, IT IS HEREBY ORDERED, that the deadline to file Plaintiff's motion for default judgment shall be extended from November 17, 2017 to November 27, 2017.

IT IS SO ORDERED.

DATED: November 15, 2017

/s/
Honorable Fernando M. Olguin
U.S. District Judge