BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendants
Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, Viktor Khrapunov, Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; Dmitry Kudryashov as Trustee of The Kasan Family Trust, Crownway Ltd., Vilder Company S.A., and World Health Networks, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>             Plaintiff,<br><br>       v.<br><br>VIKTOR KHRAPUNOV, et al.,<br><br>             Defendants. | Case No. 14-cv-03650-FMO (CW)<br>*Consolidated with case no. 15-cv-02628-FMO (CW)*<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANTS CROWNWAY LTD., VILDER COMPANY S.A., AND WORLD HEALTH NETWORKS, INC. IN DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT (DKT. 164)** |

TO THIS HONORABLE COURT, TO EACH PARTY TO THIS ACTION, AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

PLEASE TAKE NOTICE that Defendants Crownway Ltd., Vilder Company S.A., and World Health Networks, Inc. hereby join Defendants Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, Viktor Khrapunov, Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust in their Motion to Dismiss Consolidated Amended Complaint (Dkt. 164), filed on October 25, 2017.

Dated: November 20, 2017         BOERSCH SHAPIRO LLP

　　　　　　　　　　　　　　　　　 /s/Martha Boersch_____
　　　　　　　　　　　　　　　　　Martha Boersch
　　　　　　　　　　　　　　　　　Attorneys for Defendants