LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
Jonathan M. Jackson (Bar No. 257554)
  *jonathan.jackson@lw.com*
Kendall M. Howes (Bar No. 294285)
  *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Plaintiff the City of Almaty*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>Plaintiff,<br><br>v.<br><br>VIKTOR KHRAPUNOV; *et al.*,<br><br>Defendants. | Case No. 2:14-cv-03650-FMO<br><br>Judge:  Hon. Fernando M. Olguin<br>Magistrate Judge:<br><br>**[DISCOVERY MATTER]**<br><br>**DECLARATION OF KENDALL M. HOWES IN SUPPORT OF PLAINTIFF CITY OF ALMATY'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITIONS AND RESPONSES AND PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS BY DEFENDANTS**<br><br>Hearing Date:  February 12, 2018<br>Time:  10:00 a.m.<br>Court Room:  640<br><br>Discovery Cut-Off: February 12, 2018<br>Pre-Trial Conference: August 17, 2018<br>Trial: September 11, 2018<br><br>Action Filed:  May 13, 2014 |

# DECLARATION OF KENDALL M. HOWES

I, Kendall M. Howes, have personal knowledge of the facts set forth herein and, if called to do so, could and would competently testify thereto.

1.  I am an attorney licensed to practice law in the State of California. I am an associate at Latham & Watkins LLP and am counsel for plaintiff the City of Almaty ("Plaintiff") in this matter.

2.  I submit this declaration in support of Plaintiff City of Almaty's Notice of Motion and Motion to Compel Depositions and Responses and Production of Documents Responsive to Plaintiff's Interrogatories, Requests for Production of Documents and Requests for Admissions by Defendants.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff City of Almaty's Notice of Deposition of Defendant Iliyas Khrapunov, served September 8, 2017.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff City of Almaty's Notice of Deposition of Defendant Viktor Khrapunov, served September 8, 2017.

5.  Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff City of Almaty's Notice of Deposition of Defendant Leila Khrapunova, served September 8, 2017.

6.  Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff City of Almaty's Notice of Deposition of Defendant Madina Ablyazova, served September 8, 2017.

7.  Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff City of Almaty's Notice of Deposition of Defendant Elvira Khrapunova, served September 12, 2017.

8.  Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff City of Almaty's Notice of Deposition of Defendant Dmitry Kudryashov, served September 12, 2017.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Defendant Iliyas Khrapunov's Response to Plaintiff City of Almaty's Second Set of Interrogatories, served November 17, 2017, setting forth Iliyas' objection based on personal jurisdiction, as well as additional general objections to Plaintiff's Requests. The objections in his response are materially similar to the personal jurisdiction and other general objections included in the responses listed below:

    a. Defendant Iliyas Khrapunov's Response to Plaintiff's Second Set of Requests for Production of Documents, served November 17, 2017;

    b. Defendant Iliyas Khrapunov's Response to Plaintiff's First Set of Requests for Admissions, served November 17, 2017;

    c. Defendant Viktor Khrapunov's Response to Plaintiff's Second Set of Interrogatories, served November 17, 2017;

    d. Defendant Viktor Khrapunov's Response to Plaintiff's Second Set of Requests for Production of Documents, served November 17, 2017;

    e. Defendant Viktor Khrapunov's Response to Plaintiff's First Set of Requests for Admissions, served November 17, 2017;

    f. Defendant Leila Khrapunova's Response to Plaintiff's Second Set of Interrogatories, served November 17, 2017;

    g. Defendant Leila Khrapunova's Response to Plaintiff's Second Set of Requests for Production of Documents, served November 17, 2017;

    h. Defendant Leila Khrapunova's Response to Plaintiff's First Set of Requests for Admissions, served November 17, 2017;

    i. Defendant Madina Ablyazova's Response to Plaintiff's Second Set of Interrogatories, served November 17, 2017;

      j. Defendant Madina Ablyazova's Response to Plaintiff's Second set of Requests for Production of Documents, served November 17, 2017; and

      k. Defendant Madina Ablyazova's Response to Plaintiff's First Set of Requests for Admissions, served November 17, 2017.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Defendant Elvira Khrapunova's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017, setting forth Elvira's general objections to Plaintiff's Requests. The objections in her response are materially similar to the general objections included in the responses listed below:

      a. Defendant Elvira Khrapunova's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

      b. Defendant Elvira Khrapunova's Response to Plaintiff's Second Set of Requests for Admissions, served November 17, 2017;

      c. Defendant Dmitry Kudryashov's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017;

      d. Defendant Dmitry Kudryashov's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

      e. Defendant Dmitry Kudryashov's Response to Plaintiff's Second Set of Requests for Admissions, served November 17, 2017;

      f. Defendant RPM USA, LLC's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017;

      g. Defendant RPM USA, LLC's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

h.  Defendant RPM-Maro LLC's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017;

i.  Defendant RPM-Maro LLC's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

j.  Defendant Maro Design LLC's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017;

k.  Defendant Maro Design LLC's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

l.  Defendant Candian International Ltd's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017;

m.  Defendant Candian International Ltd's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

n.  Defendant 628 Holdings LLC's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017;

o.  Defendant 628 Holdings LLC's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

p.  Defendant Haute Hue LLC's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017;

q.  Defendant Haute Hue LLC's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

r.  Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017;

  s. Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017;

  t. Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust's Response to Plaintiff's Third Set of Interrogatories, served November 17, 2017; and

  u. Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust's Response to Plaintiff's Third Set of Requests for Production of Documents, served November 17, 2017.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Iliyas Khrapunov, served September 8, 2017, setting forth Appendices A-D. Appendices A-D are materially similar to the Appendices attached to the following discovery request served by Plaintiff:

  a. Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Viktor Khrapunov, served September 8, 2017;

  b. Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Leila Khrapunova, served September 8, 2017; and

  c. Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Madina Ablyazova, served September 8, 2017.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Elvira Khrapunova, served September 12, 2017, setting forth Appendices A-B. Appendices A-B are materially similar to the Appendices included in Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Dmitry Kudryashov, served September 12, 2017.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant

Elvira Khrapunova, served September 12, 2017, setting forth Appendices A-F. Appendices A-F are materially similar to the Appendices attached to the following discovery request served by Plaintiff:

    a. Plaintiff City of Almaty's Second Set of Requests for Admissions to Defendant Elvira Khrapunova, served September 12, 2017;

    b. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Dmitry Kudryashov, served September 12, 2017;

    c. Plaintiff City of Almaty's Second Set of Requests for Admissions to Defendant Dmitry Kudryashov, served September 12, 2017;

    d. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant RPM USA, LLC, served September 12, 2017;

    e. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant RPM-Maro LLC, served September 12, 2017;

    f. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Maro Design LLC, served September 12, 2017;

    g. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Candian International Ltd, served September 12, 2017;

    h. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant 628 Holdings LLC, served September 12, 2017;

i. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Haute Hue LLC, served September 12, 2017;

j. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust, served September 12, 2017;

k. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust, served September 12, 2017;

l. Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Iliyas Khrapunov, served September 8, 2017;

m. Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Iliyas Khrapunov, served September 15, 2017;

n. Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Viktor Khrapunov, served September 8, 2017;

o. Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Viktor Khrapunov, served September 15, 2017;

p. Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Leila Khrapunova, served September 8, 2017;

q. Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Leila Khrapunova, served September 15, 2017;

r. Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Madina Ablyazova, served September 8, 2017; and

      s. Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Madina Ablyazova, served September 15, 2017.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Elvira Khrapunova, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Dmitry Kudryashov, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant RPM USA, LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant RPM-Maro LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Maro Design LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

19. Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Candian International Ltd, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant 628 Holdings LLC,

served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Haute Hue LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

22. Attached hereto as **Exhibit 20** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

24. Attached hereto as **Exhibit 22** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Elvira Khrapunova, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

25. Attached hereto as **Exhibit 23** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Dmitry Kudryashov, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

26. Attached hereto as **Exhibit 24** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant RPM USA, LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

27. Attached hereto as **Exhibit 25** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant RPM-Maro

LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

28. Attached hereto as **Exhibit 26** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Maro Design LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

29. Attached hereto as **Exhibit 27** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Candian International Ltd, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

30. Attached hereto as **Exhibit 28** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant 628 Holdings LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

31. Attached hereto as **Exhibit 29** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Haute Hue LLC, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

32. Attached hereto as **Exhibit 30** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

33. Attached hereto as **Exhibit 31** is a true and correct copy of Plaintiff City of Almaty's First Set of Requests for Admissions to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust, served June 3, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

34. Attached hereto as **Exhibit 32** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to

Defendant Elvira Khrapunova, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

35. Attached hereto as **Exhibit 33** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Dmitry Kudryashov, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

36. Attached hereto as **Exhibit 34** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant RPM USA, LLC, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

37. Attached hereto as **Exhibit 35** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant RPM-Maro LLC, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

38. Attached hereto as **Exhibit 36** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Maro Design LLC, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

39. Attached hereto as **Exhibit 37** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Candian International Ltd, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

40. Attached hereto as **Exhibit 38** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant 628 Holdings LLC, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

41. Attached hereto as **Exhibit 39** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to

Defendant Haute Hue LLC, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

42. Attached hereto as **Exhibit 40** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

43. Attached hereto as **Exhibit 41** is a true and correct copy of Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust, served May 29, 2015, to which Defendant has failed to provide any responses or objections whatsoever.

44. Attached hereto as **Exhibit 42** is a true and correct copy of the Court's Order Re Consolidation and Further Proceedings, dated July 20, 2017.  (Docket "Dkt." 138)

45. Attached hereto as **Exhibit 43** is a true and correct copy of the Court's Order Re: Stipulation, dated August 2, 2017.  (Dkt. 143)

46. Attached hereto as **Exhibit 44** is a true and correct copy of an evidentiary hearing transcript dated November 17, 2017, from the Southern District of New York Action, *CF 135 Flat LLC v. Triadou*, 15-CV-5345 (KHP).

47. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from the deposition of Elvira Kudryashova as the person most knowledgeable for RPM-Maro LLC on May 25, 2017, in the Eastern District of New York action, *In re Application of City of Almaty for Order to Take Discovery Pursuant to 28 U.S.C. § 1782*, 16-mc-00623-WFK.

48. Attached hereto as **Exhibit 46** is a true and correct copy of Triadou's Responses and Objections to Almaty/BTA's Second Set of Interrogatories from the Southern District of New York action *City of Almaty, Kazakhstan and BTA Bank,*

1   *JSC., v. Mukhtar Ablyazov, Viktor Khrapunov, Ilyas Khrapunov, and Triadou SPC,*
2   *S.A.,* 15 Civ. 5345 (AJN).
3       49.    Attached hereto as **Exhibit 47** is a true and correct copy of an Order
4   dated November 25, 2016 by the Rt. Hon. Lord Justice Longmore in *JSC BTA*
5   *Bank v. Ablyazov & ANR*, No. A3/2016/2264 (KZ Appeal).

7       I declare under penalty of perjury under the laws of the United States of
8   America that the foregoing is true and correct.
9       Executed in Los Angeles, California on January 11, 2018.

                                                  By   /s/ Kendall M. Howes
                                                        Kendall M. Howes