1  BOERSCH SHAPIRO LLP
   David W. Shapiro (State Bar No. 219265)
2  Dshapiro@boerschshapiro.com
3  Martha Boersch (State Bar No. 126569)
   Mboersch@boerschshapiro.com
4  Lara Kollios (State Bar No. 235395)
5  Lkollios@boerschshapiro.com
   1611 Telegraph Ave., Ste. 806
6  Oakland, CA 94612
7  Telephone: (415) 500-6640

8
   Attorneys for Defendants
9  Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov,
10 Viktor Khrapunov, Elvira Khrapunov a/k/a Elvira
   Kudryashova; Dmitry Kudryashov; RPM USA, LLC;
11 RPM-Maro LLC; Maro Design LLC; Haute Hue LLC;
12 628 Holdings LLC; Candian International Ltd.; Elvira
   Kudryashova as Trustee of The Kasan Family Trust; and
13 Dmitry Kudryashov as Trustee of The Kasan Family
14 Trust

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17 | CITY OF ALMATY, a foreign | Case No. CV14-3650-FMO-CW
   | state,                    |
18 |              Plaintiff,   | Assigned To: Hon. Fernando M. Olguin
19 |                           |
   |        v.                 | **DEFENDANT ELVIRA**
20 |                           | **KHRAPUNOVA'S THIRD SET**
   | VIKTOR KHRAPUNOV, an       | **INTERROGATORIES**
21 | individual; *et al.*,     |
   |                           | Action Filed:  May 13, 2014
22 |              Defendants.   |

23 PROPOUNDING PARTY:        PLAINTIFF CITY OF ALMATY
24
25 RESPONDING PARTY:         DEFENDANT ELVIRA KHRAPUNOVA A/K/A
                             ELVIRA KUDRYASHOVA A/K/A ELVIRA
26                           BALMADINI

27 SET NO.:                  THREE

28
                             DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
                             TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
                             INTERROGATORIES
                             Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

Pursuant to Federal Rule of Civil Procedure 34, Defendant ELVIRA KHRAPUNOVA submits the following responses and objections to Plaintiff CITY OF ALMATY's Third Set of Interrogatories.

## GENERAL OBJECTIONS

Defendant has not completed its investigation of the facts relating to this action, has not completed discovery in this action, and has not yet completed preparation for trial. Therefore, the following responses are given without prejudice to the right to produce, at the time of trial or other hearing, subsequently discovered evidence relating to the proof of presently-known material facts, and to produce all evidence whenever discovered, relating to the proof of subsequently discovered material facts.

These responses are made solely for the purpose of this action. The fact that defendant has answered any request herein should not be taken as an admission that defendant accepts or admits the existence of any facts set forth or assumed by such request, except as expressly stated in defendant's responses, or that such responses constitute admissible evidence. The fact that defendant has answered part or all of any request is not intended and shall not be construed to be a waiver by plaintiff of all or any part of any objection to any request herein.

Defendant objects to the time and place for production. Defendant will make the documents available for inspection at a mutually convenient date, time, and place.

These "General Objections" are deemed to be incorporated into the responses to each request and the responses contained herein are made subject to each of the "General Objections."

## OBJECTION DEFINITIONS

1.    Defendant objects to each discovery request on the grounds that that the Court lacks personal jurisdiction over defendant, as set forth in detail in Defendants' Motion to Dismiss. Dkt. No. 164. Unless and until compelled by the Court, or the Court determines that it has personal jurisdiction over Defendant, Defendant is not

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

obligated to, and will not, respond to discovery.  Defendant does not intend to waive, and hereby expressly preserves, all arguments and objections as to the Court's lack of personal jurisdiction over Defendant.  This objection will hereafter be referred to as the "Personal Jurisdiction Objection."

2.      Defendant objects that this discovery is duplicative of the myriad other discovery served by Almaty both before and after this matter was heard by the United States Court of Appeals for the Ninth Circuit.  In this latest round of discovery alone, Almaty has served over 2,000 discovery requests.  Moreover, Almaty and the government of Kazakhstan have sued Defendant or a member of Defendant's family in multiple jurisdictions around the globe, often seeking, and in some cases obtaining, the exact same information sought by this discovery.  The discovery was served with little or no regard to the repetitive nature of the requests, which imposes an undue burden on Defendant and constitutes harassment.  This objection will hereafter be referred to as the "Duplicative Objection."

3.      Defendant objects to this discovery request as overbroad, burdensome and oppressive. This discovery seeks information that is not reasonably calculated to lead to the discovery of admissible evidence and the burden of producing the requested information far outweighs the benefit to plaintiffs of its production.  To the extent Almaty seeks responses that have no relevance to this litigation or to the alleged "fraudulent transactions" identified in Almaty's Consolidated Amended Complaint, ¶¶ 42-73, and/or little or no bearing on Almaty's claims in this litigation, Defendant will not produce it. This objection will hereafter be referred to as the "Scope and Relevancy Objection."

4.      Defendant objects to this discovery request as argumentative to the extent it purports to represent as fact matters that are disputed in the underlying litigation or mischaracterizes the law. By responding, Defendant in no way admits

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

the accuracy of Almaty's characterization of either the facts or the applicable law.
This objection will hereafter be referred to as the "Argumentative Objection."

5.     Defendant objects to this discovery to the extent it purports to impose
on Defendant an obligation to produce material that is not in Defendant's possession,
custody or control.  Defendant does not have possession, custody or control of
material possessed by former employees, former agents, subcontractors, independent
contractors, third parties, banks, the media, Almaty, Almaty's counsel, the
government of Kazakhstan, or other persons and entities whose material is not
accessible to Defendant, such as information in possession of email service providers
for which Defendant no longer has an active account.  To the extent that such persons
or entities would be able to respond if this discovery were directed to them, but the
information or documents are not known or in the possession, custody or control of
Defendant, Defendant will not produce it.  Defendant objects to the extent this
discovery seeks to compel Defendant to generate or create information that does not
already exist.  Defendant will not create such information.  Defendant further objects
to responding with information known to be in the Almaty's or the government of
Kazakhstan's possession already or information from public sources, such as media
accounts, that are equally available to Almaty.  This objection will hereafter be
referred to as the "Control Objection."

6.     Defendant objects to this discovery as overbroad and oppressive in that it
seeks responsive information for a twenty-year period, as well as information that is or
may be located in various countries across the globe, including Switzerland and
Kazakhstan.  Defendant will conduct a reasonable and diligent search for information
in Defendant's possession, custody and control.  Moreover, Defendant's investigation
into Almaty's claims are ongoing and Defendant will produce responsive information
to the extent known now after a reasonable and diligent search.  This objection will be
referred to hereafter as the "Reasonable and Diligent Search Objection."

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

7.     Defendant objects to this discovery to the extent that the twenty-year time period for which Almaty seeks Defendant to respond is overbroad and burdensome. This time period is not only burdensome and oppressive, it far exceeds the applicable limitations period for any of Almaty's causes of action.  This objection will hereafter be referred to as the "Time Period Objection."

8.     Defendant objects to this discovery request to the extent it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the marital privilege, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Any inadvertent disclosure of such information shall not be deemed a waiver of the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity recognized by statute or case law.  This objection will hereafter be referred to as the "Privileged Objection."

9.     Defendant objects to this discovery request to the extent it seeks the disclosure of trade secrets, confidential business information or other proprietary information.  Defendant further objects to the extent this discovery seeks information that violates Defendant's privacy.  Defendant also objects to the extent this request seeks documents or information that are protected from production by a foreign nation's privacy laws.  Defendant will not produce such information or documents. This objection will hereafter be referred to as the "Privacy Objection."

10.     Defendant objects that this discovery request, alone and in combination with the over two thousand discovery requests recently served on Defendants imposes an undue burden on Defendant, and is oppressive and harassing.  In addition to the unreasonable number of requests, each discovery request is accompanied by a laundry list of definitions and several appendices, expanding the breadth of a single response to hundreds of subparts, making the discovery overbroad and unduly harassing.  This tactic is not permitted by the Federal Rules of Civil Procedure, and is purely designed

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

4

EXHIBIT 8

to harass Defendants, political dissidents, who in some cases have needed to seek asylum from the continued political persecution by Almaty and the government of Kazakhstan. This objection will hereafter be referred to as the "Undue Burden Objection."

11. Defendant objects to this discovery to the extent it seeks a legal conclusion. Defendant will not provide a response to such discovery. This objection will hereafter be referred to as the "Legal Conclusion Objection."

12. Defendant objects to Almaty's purported definitions of the terms because they impose an undue burden and are overbroad to the extent they multiply each discovery request by up to over a hundred subparts. Defendant further objects to the following specific terms, and this with the foregoing objection will hereafter be referred to as the "Definition Objection":

  a. The terms "PLAINTIFF" and "ALMATY" on the grounds that they are overbroad because they include "agents," "representatives," and "current elected officials, their agents, their employees, their investigators, their representatives, and anyone else acting on ALMATY's behalf."

  b. The terms "YOU", "ILIYAS," and "YOUR" on the ground that they are overbroad because they include "any person or entity, past or present, acting on behalf of Iliyas Khrapunov, including, but not limited to, each of his respective attorneys, agents and/or representatives."

  c. The term "ASSET" on the ground that it is vague and overbroad by failing to sufficiently identify the resource encompassed by the definition.

  d. The terms "DOCUMENT(S)" and "COMMUNICATIONS" or "COMMUNICATE" to the extent they purport to impose obligations greater than those imposed by the Federal Rules of Civil Procedure.

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

e.  The term "IDENTIFY" on the ground that it is overbroad and to the extent it purports to impose obligations greater than those imposed by the Federal Rules of Civil Procedure.

f.  The terms "MADINA," "VIKTOR," "LEILA," "DMITRI," "ILIYAS," and "ELVIRA" on the ground that they include attorneys and because, by defining the relevant time frame as "past or present," the definition is vague and overbroad.

g.  The term "KASAN FAMILY TRUST" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, KASAN FAMILY TRUST's and/or its trustees' successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on behalf of KASAN FAMILY TRUST and/or its trustees."

h.  The term "RPM USA" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, RPM USA's successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on RPM USA's behalf."

i.  The term "RPM-MARO" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, RPM-MARO's successors in interest, their agents, their employees, their investigators, their

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

representatives, their insurance companies, and anyone else acting on RPM-MARO's behalf."

j.  The term "MARO DESIGN" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, MARO DESIGN's successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on MARO DESIGN's behalf."

k.  The term "628 HOLDINGS" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, 628 HOLDINGS' successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on 628 HOLDINGS' behalf."

l.  The term "CANDIAN" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, CANDIAN's successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on CANDIAN's behalf."

m.  The term "HAUTE HUE" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, HAUTE HUE's successors

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

1    in interest, their agents, their employees, their investigators, their

2    representatives, their insurance companies, and anyone else acting on

3    HAUTE HUE's behalf."

4    n.   The term "CROWNWAY" on the ground that it is vague and overbroad

5    because the definition purports to include "all of said entity's subsidiaries,

6    parent/holding companies, agents, representatives, investigators,

7    employees, contractors, insurance companies, CROWNWAY's

8    successors in interest, their agents, their employees, their investigators,

9    their representatives, their insurance companies, and anyone else acting

10    on CROWNWAY's behalf."

11    o.   The term "VILDER" on the ground that it is vague and overbroad because

12    the definition purports to include "all of said entity's subsidiaries,

13    parent/holding companies, agents, representatives, investigators,

14    employees, contractors, insurance companies, VILDER's successors in

15    interest, their agents, their employees, their investigators, their

16    representatives, their insurance companies, and anyone else acting on

17    VILDER's behalf."

18    p.   The term "WHN" on the ground that it is vague and overbroad because

19    the definition purports to include "all of said entity's subsidiaries,

20    parent/holding companies, agents, representatives, investigators,

21    employees, contractors, insurance companies, WHN's successors in

22    interest, their agents, their employees, their investigators, their

23    representatives, their insurance companies, and anyone else acting on

24    WHN's behalf."

25    q.   The term "DEFENDANT" on the ground that it is vague and confusing

26    because it purports to include all Defendants even though the singular

27    noun is used.

28

8    DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

r.  The term "MUKHTAR" on the ground that it includes attorneys and because, by including "any person or entity, past or present," the definition is vague and overbroad with respect to the timeframe at issue.

s.  The term "ELENA" on the ground that it includes attorneys and because, by including "any person or entity, past or present," the definition is vague and overbroad with respect to the timeframe at issue.

t.  The term "GENNADY" on the ground that it includes attorneys and because, by including "any person or entity, past or present," the definition is vague and overbroad with respect to the timeframe at issue.

u.  The term "SDG CAPITAL" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, SDG CAPITAL's successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on SDG CAPITAL's behalf."

v.  The term "SPG" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, SPG's successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on SPG's behalf."

w.  The term "ALDUX" on the ground that it is vague and overbroad because the definition purports to include "all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, ALDUX's successors in

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

1  interest, their agents, their employees, their investigators, their

2  representatives, their insurance companies, and anyone else acting on

3  ALDUX's behalf."

4      x. The term "ENTITIES" on the ground that it is vague and overbroad to the

5          extent the definition purports to include "entities with similar names,

6          and/or their RELATED PARTIES" or otherwise fails to sufficiently

7          identify the entities encompassed by the definition.

8      y. The term "U.S. TRANSACTIONS" on the ground that it is burdensome

9          and overbroad because it is not limited to any timeframe and it includes a

10         definition of "TRANSACTION" that is insufficiently defined.

11     z. The term "ACCOUNTS" on the ground that the definition is vague and

12         overbroad to the extent the definition fails to sufficiently identify the

13         financial arrangements encompassed by the definition.

14     aa. The term "RELATED PARTY" and "RELATED PARTIES" on the

15         grounds that the definitions are overbroad in that they are worded in such

16         a way as to potentially include anyone a Defendant has ever come in

17         contact with.

18     13.    Defendant objects to this discovery request because it is compound and

19 vague, such that Defendant is unable to admit or deny without such response being

20 unclear as to what is being admitted or denied.  Requests for Admission may not

21 contain compound, conjunctive, or disjunctive statements.  This objection will

22 hereafter be referred to the "Compound Objection."

23               **RESPONSES AND OBJECTIONS**

24 **INTERROGATORY NO. 23:**

25     IDENTIFY all ENTITIES and RELATED PARTIES for which you are or have

26 been the beneficial owner, including but not limited to, CROWNWAY and VILDER.

27 //

28

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

**RESPONSE NO. 23:**

Defendant asserts the Personal Jurisdiction Objection, Duplicative Objection, Scope and Relevancy Objection, Control Objection, Reasonable and Diligent Search Objection, Time Period Objection, Privileged Objection, Privacy Objection, Undue Burden Objection, Legal Conclusion Objection, and Definition Objection.

**INTERROGATORY NO. 24:**

IDENTIFY (in U.S. dollars) all transactions having a value of $5,000 or more between YOU, including entities or individuals under your control, and any DEFENDANT, ENTITY, INDIVIDUAL or RELATED PARTY of any DEFENDANT, ENTITY or INDIVIDUAL from 1997 to the present, and for each transaction, IDENTIFY:

(a) the name of each DEFENDANT, ENTITY, INDIVIDUAL, or PERSON involved in each transaction;

(b) the business address of each DEFENDANT, ENTITY, INDIVIDUAL, or PERSON involved in each transaction;

(c) the amount of each transaction;

(d) the date of each transaction; and

(e) the purpose of each transaction.

**RESPONSE NO. 24:**

Defendant asserts the Personal Jurisdiction Objection, Duplicative Objection, Scope and Relevancy Objection, Control Objection, Reasonable and Diligent Search Objection, Time Period Objection, Privileged Objection, Privacy Objection, Undue Burden Objection, Legal Conclusion Objection, and the Definition Objection.

**INTERROGATORY NO. 25:**

IDENTIFY the source of all funds paid to YOU for school tuition and living expenses, including but not limited to the following institutions, Ecole Brillamont, Chateau Mont Choisi, and Leysin American School.

DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE
TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF
INTERROGATORIES
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

**RESPONSE NO. 25:**

Defendant asserts the Personal Jurisdiction Objection, Duplicative Objection, Scope and Relevancy Objection, Control Objection, Reasonable and Diligent Search Objection, Time Period Objection, Privileged Objection, Privacy Objection, and Undue Burden Objection.

Dated:  November 17, 2017                    BOERSCH SHAPIRO LLP

                                                                 _/s/ Martha Boersch_____
                                                                 Martha Boersch

                                                                 Attorneys for Defendants

EXHIBIT 8

BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendants
Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov,
Viktor Khrapunov, Elvira Khrapunov a/k/a Elvira
Kudryashova; Dmitry Kudryashov; RPM USA, LLC;
RPM-Maro LLC; Maro Design LLC; Haute Hue LLC;
628 Holdings LLC; Candian International Ltd.; Elvira
Kudryashova as Trustee of The Kasan Family Trust; and
Dmitry Kudryashov as Trustee of The Kasan Family
Trust

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state, | Case No. CV14-3650-FMO-CW |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| VIKTOR KHRAPUNOV, an individual; *et al.*, | |
| Defendants. | |

EXHIBIT 8

I, Roxanne Vorkoeper, declare as follows:

I am employed in the County of Alameda, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 1611 Telegraph Ave., Ste. 806, Oakland, CA 94612, in said County and State. On November 17, 2017, I served the following document(s):

- **DEFENDANT ILIYAS KHRAPUNOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S FIRST SET OF REQUESTS FOR ADMISSIONS**

- **DEFENDANT LEILA KHRAPUNOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S FIRST SET OF REQUESTS FOR ADMISSIONS**

- **DEFENDANT MADINA ABLYAZOVA'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S FIRST SET OF REQUESTS FOR ADMISSIONS**

- **DEFENDANT VIKTOR KHRAPUNOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S FIRST SET OF REQUESTS FOR ADMISSIONS**

- **DEFENDANT DMITRY KHRAPUNOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S SECOND SET OF REQUESTS FOR ADMISSIONS**

- **DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S SECOND SET OF REQUESTS FOR ADMISSIONS**

- **DEFENDANT 628 HOLDINGS LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT CANDIAN INTERNATIONAL LTD.'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT DMITRY KUDRYASHOV AS TRUSTEE OF THE KASAN FAMILY TRUST'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT DMITRY KUDRYASHOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

PROOF OF SERVICE
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

- **DEFENDANT ELVIRA KHRAPUNOVA AS TRUSTEE OF THE KASAN FAMILY TRUST'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT HAUTE HUE LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT MARO DESIGN LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT RPM USA LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT RPM-MARO LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

- **DEFENDANT ILIYAS KHRAPUNOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S SECOND SET OF INTERROGATORIES**

- **DEFENDANT LEILA KHRAPUNOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S SECOND SET OF INTERROGATORIES**

- **DEFENDANT MADINA ABLYAZOVA'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S SECOND SET OF INTERROGATORIES**

- **DEFENDANT VIKTOR KHRAPUNOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S SECOND SET OF INTERROGATORIES**

- **DEFENDANT 628 HOLDINGS LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

- **DEFENDANT CANDIAN INTERNATIONAL LTD.'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

PROOF OF SERVICE
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

- **DEFENDANT DMITRY KUDRYASHOV AS TRUSTEE OF THE KASAN FAMILY TRUST'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

- **DEFENDANT DMITRY KUDRYASHOV'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

- **DEFENDANT ELVIRA KHRAPUNOVA AS TRUSTEE OF THE KASAN FAMILY TRUST'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

- **DEFENDANT ELVIRA KHRAPUNOVA'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

- **DEFENDANT HAUTE HUE LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

- **DEFENDANT MARO DESIGN LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

- **DEFENDANT RPM USA LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

- **DEFENDANT RPM-MARO LLC'S RESPONSE TO PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES**

on the parties stated below, by the following means of service:

Jonathan Jackson                                    Attorneys for Plaintiff City of Almaty
Jonathan.jackson@lw.com
David Schindler
David.schindler@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

☐  **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is

EXHIBIT 8

presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☑ **BY ELECTRONIC SERVICE**:  On the above-mentioned date, based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.  My electronic service address is rvorkoeper@boerschshapiro.com.

☑ I am employed in the office of Martha Boersch, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 17, 2017.

_____
          */s/ Roxanne Vorkoeper*

PROOF OF SERVICE
Case No.: 14-cv-03650-FMO (CW)

EXHIBIT 8

LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
  Julie R. F. Gerchik (Bar No. 237764)
  *julie.gerchik@lw.com*
  Kendall M. Howes (Bar No. 294285)
  *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>      Plaintiff,<br><br>   v.<br><br>VIKTOR KHRAPUNOV, an individual; *et al.*,<br><br>      Defendants. | Case No.  CV14-3650-FMO-CW<br><br>Assigned To: Hon. Fernando M. Olguin<br><br>**PLAINTIFF CITY OF ALMATY'S SECOND SET OF INTERROGATORIES TO DEFENDANT ILIYAS KHRAPUNOV**<br><br>Action Filed:  May 13, 2014 |

PROPOUNDING PARTY:    PLAINTIFF CITY OF ALMATY

RESPONDING PARTY:    DEFENDANT ILIYAS KHRAPUNOV A/K/A ILYAS KHRAPUNOV

SET NUMBER:           SECOND

LATHAM&WATKINS LLP US-DOCS\92683010.6
ATTORNEYS AT LAW
LOS ANGELES

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1    Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff City of

2    Almaty hereby requests that Defendant Iliyas Khrapunov a/k/a Ilyas Khrapunov

3    respond in writing and under oath to the following interrogatories within thirty (30)

4    days, at the law offices of Latham & Watkins LLP, 355 S. Grand Avenue, Suite

5    100, Los Angeles, California 90071-1560.

6                                   **<u>DEFINITIONS</u>**

7         1.    "REFER TO" or "REFERRING TO" any given subject matter means,

8    without limitation, anything that in whole or in part refers to, alludes to, responds

9    to, is connected with, comments on, is about, regards, discusses, shows, describes,

10   lists, mentions, reflects, analyzes, comprises, constitutes, contains, and/or

11   memorializes that subject matter.

12        2.    The terms "PLAINTIFF" and "ALMATY" shall mean and REFER

13   TO the Plaintiff City of Almaty, and all agents, representatives, employees, current

14   elected officials, their agents, their employees, their investigators, their

15   representatives, and anyone else acting on ALMATY's behalf.

16        3.    The terms "YOU," "YOUR" and "ILIYAS" shall mean and REFER

17   TO Defendant Iliyas Khrapunov a/k/a Ilyas Khrapunov, and any person or entity,

18   past or present, acting on behalf of Iliyas Khrapunov a/k/a Ilyas Khrapunov,

19   including, but not limited to, each of his respective attorneys, agents and/or

20   representatives.

21        4.    "PERSON(S)" as used herein shall REFER TO, mean and include

22   any natural person or firm association, organization, partnership, business, trust,

23   corporation, public agency and/or other form of entity.

24        5.    "ASSET" shall mean a resource with current or future economic

25   value, including without limitation any money, real estate, property interest,

26   contract right, option, security, investment, ownership interest, or other thing of

27   value.

28

LATHAM&WATKINS LLP   US-DOCS\92683010.6                    1                    CITY OF ALMATY'S SECOND SET
ATTORNEYS AT LAW                                                                           OF INTERROGATORIES
LOS ANGELES                                                                   TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

6.      "COMMUNICATION(S)" shall mean and refer to any oral, written, in-person, or any other form of relay, transmission, or transference of information by any means whatsoever, including but not limited to meetings, conferences, mail, computer, telephone, telefax, facsimile, voicemail, electronic mail, radio, video, sound recordings, television or any other medium.

7.      "DOCUMENT(S)" as used herein, shall REFER TO, mean and include any tangible thing upon which any expression, communication or representation has been recorded by any means, including but not limited to any and all writings, including the original or a copy of handwriting, typewriting, printing, photostating, photographing, electronic and/or each and every other means of recording upon any tangible or electronic medium and/or thing as well as any and all forms of communication or representation, including letters, words, pictures, sounds or symbols, or any combination thereof.

8.      "RELATE," "RELATED," "RELATES" or "RELATING" to any given subject matter means, without limitation, anything that, in whole or in part, discusses, records, consists of, constitutes, reflects, shows, identifies, describes, analyzes, names, or mentions that subject matter.

9.      "IDENTIFY" means:

(a)  With respect to natural persons, to list the person's full name (if YOU do not know the person's full name, provide as much of the name and any other identifying characteristics as possible), the person's title or profession, affiliation (if any), and the person's last known address and telephone number.

(b)  With respect to entities, to list the entity's full name (if YOU do not know the entity's full name, provide as much of the name and any other identifying information as possible), and the entity's last known business address(es) and telephone number(s).

(c)  With respect to accounts, funds, bonds, stocks, or monetary instruments, to list the full name and address of the financial institution at which

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

2

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1  the account, fund, bond, stock, or monetary instrument is held, the full account

2  number or similar identifying number, and the full name of the account holder(s).

3          (d)  With respect to real property, to list the full address of the

4  property (if YOU do not know the property's full address, provide as much of the

5  address and any other identifying information as possible).

6          10.     "VIKTOR" shall mean and REFER TO Defendant Viktor Khrapunov,

7  and any person or entity, past or present, acting on behalf of Viktor Khrapunov,

8  including, but not limited to, each of his respective attorneys, agents and/or

9  representatives.

10          11.     "LEILA" shall mean and REFER TO Defendant Leila Khrapunova,

11  and any person or entity, past or present, acting on behalf of Leila Khrapunova,

12  including, but not limited to, each of her respective attorneys, agents and/or

13  representatives.

14          12.     "MADINA" shall mean and REFER TO Defendant Madina

15  Ablyazova a/k/a Madina Khrapunova, and any person or entity, past or present,

16  acting on behalf of Madina Ablyazova a/k/a Madina Khrapunova, including, but

17  not limited to, each of her respective attorneys, agents and/or representatives.

18          13.     "DMITRY" shall mean and REFER TO Defendant Dmitry

19  Kudryashov a/k/a Dmitri Kudryashov, and any person or entity, past or present,

20  acting on behalf of Dmitry Kudryashov a/k/a Dmitri Kudryashov, including, but

21  not limited to, each of his respective attorneys, agents and/or representatives.

22          14.     "ELVIRA" shall mean and REFER TO Defendant Elvira

23  Khrapunova, a/k/a Elvira Kudryashova a/k/a Elvira Balmadini, and any person or

24  entity, past or present, acting on behalf of Elvira Khrapunova, a/k/a Elvira

25  Kudryashova a/k/a Elvira Balmadini, including, but not limited to, each of her

26  respective attorneys, agents and/or representatives.

27          15.     "KASAN FAMILY TRUST" shall mean and REFER TO the Kasan

28  Family Trust and/or its trustees, including but not limited to ELVIRA and

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

3

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1    DMITRY, and includes and REFER TO all of said entity's subsidiaries,

2    parent/holding companies, agents, representatives, investigators, employees,

3    contractors, insurance companies, KASAN FAMILY TRUST's and/or its trustees'

4    successors in interest, their agents, their employees, their investigators, their

5    representatives, their insurance companies, and anyone else acting on behalf of

6    KASAN FAMILY TRUST and/or its trustees.

7         16.   "RPM USA" shall mean and REFER TO Defendant RPM USA, LLC,

8    and includes and REFERS TO all of said entity's subsidiaries, parent/holding

9    companies, agents, representatives, investigators, employees, contractors,

10   insurance companies, RPM USA's successors in interest, their agents, their

11   employees, their investigators, their representatives, their insurance companies,

12   and anyone else acting on RPM USA's behalf.

13        17.   "RPM-MARO" shall mean and REFER TO Defendant RPM-Maro

14   LLC, and includes and REFERS TO all of said entity's subsidiaries, parent/holding

15   companies, agents, representatives, investigators, employees, contractors,

16   insurance companies, RPM MARO's successors in interest, their agents, their

17   employees, their investigators, their representatives, their insurance companies,

18   and anyone else acting on RPM MARO's behalf.

19        18.   "MARO DESIGN" shall mean and REFER TO Defendant Maro

20   Design LLC, and includes and REFERS TO all of said entity's subsidiaries,

21   parent/holding companies, agents, representatives, investigators, employees,

22   contractors, insurance companies, MARO DESIGN's successors in interest, their

23   agents, their employees, their investigators, their representatives, their insurance

24   companies, and anyone else acting on MARO DESIGN's behalf.

25        19.   "628 HOLDINGS" shall mean and REFER TO Defendant 628

26   Holdings LLC, and includes and REFERS TO all of said entity's subsidiaries,

27   parent/holding companies, agents, representatives, investigators, employees,

28   contractors, insurance companies, 628 HOLDINGS' successors in interest, their

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

4

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1    agents, their employees, their investigators, their representatives, their insurance
2    companies, and anyone else acting on 628 HOLDINGS' behalf.

3          20.    "CANDIAN" shall mean and REFER TO Defendant Candian
4    International Ltd., and includes and REFERS TO all of said entity's subsidiaries,
5    parent/holding companies, agents, representatives, investigators, employees,
6    contractors, insurance companies, CANDIAN's successors in interest, their agents,
7    their employees, their investigators, their representatives, their insurance
8    companies, and anyone else acting on CANDIAN's behalf.

9          21.    "HAUTE HUE" shall mean and refer to Defendant Haute Hue LLC,
10   and includes and refers to all of said entity's subsidiaries, parent/holding
11   companies, agents, representatives, investigators, employees, contractors,
12   insurance companies, HAUTE HUE's successors in interest, their agents, their
13   employees, their investigators, their representatives, their insurance companies,
14   and anyone else acting on HAUTE HUE's behalf.

15         22.    "CROWNWAY" shall mean and REFER TO Defendant Crownway
16   Ltd., and includes and refers to all of said entity's subsidiaries, parent/holding
17   companies, officers, agents, representatives, investigators, employees, contractors,
18   insurance companies, CROWNWAY's successors in interest, their agents, their
19   employees, their investigators, their representatives, their insurance companies,
20   and anyone else acting on CROWNWAY's behalf.

21         23.    "VILDER" shall mean and REFER TO Defendant Vilder Company
22   S.A., and includes and refers to all of said entity's subsidiaries, parent/holding
23   companies, officers, agents, representatives, investigators, employees, contractors,
24   insurance companies, VILDER's successors in interest, their agents, their
25   employees, their investigators, their representatives, their insurance companies,
26   and anyone else acting on VILDER's behalf.

27         24.    "WHN" shall mean and REFER TO Defendant World Health
28   Networks, Inc., formerly known as Health Station Networks Inc., and includes and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

5

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1  refers to all of said entity's subsidiaries, parent/holding companies, officers,

2  agents, representatives, investigators, employees, contractors, insurance

3  companies, WHN's successors in interest, their agents, their employees, their

4  investigators, their representatives, their insurance companies, and anyone else

5  acting on WHN's behalf.

6      25.    "DEFENDANT" or "DEFENDANTS" shall mean and refer to

7  VIKTOR, LEILA, ILIYAS, MADINA, ELVIRA, DMITRY, KASAN FAMILY

8  TRUST, RPM USA, RPM-MARO, MARO DESIGN, HAUTE HUE, 628

9  HOLDINGS, CANDIAN, CROWNWAY, VILDER, and WHN.

10      26.    "MUKHTAR" shall mean and REFER TO Mukhtar Ablyazov and

11  any person or entity, past or present, acting on behalf of Mukhtar Ablyazov,

12  including, but not limited to, each of his respective attorneys, agents and/or

13  representatives.

14      27.    "ELENA" shall mean and REFER TO Elena Petelina and any person

15  or entity, past or present, acting on behalf of Elena Petelina, including, but not

16  limited to, each of her respective attorneys, agents, and/or representatives.

17      28.    "GENNADY" shall mean and REFER TO Gennady Petelin and any

18  person or entity, past or present, acting on behalf of Gennady Petelin, including,

19  but not limited to, each of his respective attorneys, agents, and/or representatives.

20      29.    "SDG CAPITAL" shall mean and REFER TO SDG Capital SA, and

21  includes and refers to all of said entity's subsidiaries, parent/holding companies,

22  officers, agents, representatives, investigators, employees, contractors, insurance

23  companies, SDG CAPITAL's successors in interest, their agents, their employees,

24  their investigators, their representatives, their insurance companies, and anyone

25  else acting on SDG CAPITAL's behalf.

26      30.    "SPG" shall mean and REFER TO Swiss Promotion Group SA, and

27  includes and refers to all of said entity's subsidiaries, parent/holding companies,

28  officers, agents, representatives, investigators, employees, contractors, insurance

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

CITY OF ALMATY'S SECOND SET OF INTERROGATORIES TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1  companies, SPG's successors in interest, their agents, their employees, their
2  investigators, their representatives, their insurance companies, and anyone else
3  acting on SPG's behalf.

4      31.    "ADLUX" shall mean and REFER TO Adlux Sarl SA, and includes
5  and refers to all of said entity's subsidiaries, parent/holding companies, officers,
6  agents, representatives, investigators, employees, contractors, insurance
7  companies, ADLUX's successors in interest, their agents, their employees, their
8  investigators, their representatives, their insurance companies, and anyone else
9  acting on ADLUX's behalf.

10      32.    "THIS ACTION" shall mean and REFER TO *City of Almaty v. Viktor
11  Khrapunov*, et al., Case No. CV15-02628-FMO-CW and the related and
12  consolidated above-entitled action, *City of Almaty v. Viktor Khrapunov*, et al., Case
13  No. CV14-03650-FMO-CW.

14      33.    "INDIVIDUALS" shall mean and REFER TO any of the individuals
15  listed on **Appendix A** attached hereto.

16      34.    "ENTITIES" shall mean and REFER TO any of the entities or
17  entities with similar names, and/or their RELATED PARTIES listed on **Appendix
18  B** attached hereto.

19      35.    "U.S. TRANSACTIONS" includes any transaction (including
20  transfer, borrowing, financing, securitization, or hypothecation) related in whole or
21  in part, to any ASSET located in the United States, including without limitation
22  ASSETS listed on **Appendix C** attached hereto.

23      36.    "ACCOUNTS" shall mean any type of financial arrangement
24  involving ASSETS, liabilities, or other things of value, including without
25  limitation bank accounts, deposit accounts, checking accounts, money market
26  accounts, investment accounts, certificates of deposit, brokerage accounts, escrow
27  accounts, insurance policies, individual retirement accounts (IRAs), 401(k)
28  accounts, trust accounts, safety deposit boxes, arrangements with institutions

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

7

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1  holding precious metals, custodial accounts, exchange traded funds, mutual funds,

2  interests in private equity funds, hedge funds, or other investment vehicles, credit

3  cards, stored value cards, online payment system, money transmitters and remitters

4  (including without limitation Western Union and MoneyGram), check cashers,

5  currency exchangers, Informal Value Transfer Systems (or any remittance systems

6  based on trust), and lines of credit, including lines of credit and accounts at any

7  automobile, jewelry, clothing or other retail entity.  For the avoidance of doubt,

8  ACCOUNTS shall mean and include, but not be limited to, the bank ACCOUNTS

9  listed on **Appendix D** attached hereto.

10       37.    "RELATED PARTY" or "RELATED PARTIES" shall mean relative,

11  friend, business associate, business partner, agent, attorney, consultant, employee,

12  beneficiary, trustee, administrator, accountant, investment advisor, banker,

13  manager, broker, representative, director, officer, shareholder, or any other person

14  who acts or purports to act on behalf of or for the benefit of YOU or another

15  DEFENDANT.

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

8

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

**INTERROGATORIES**

**INTERROGATORY NO. 15:**

IDENTIFY all ENTITIES and RELATED PARTIES for which YOU are or have been a beneficial owner.

**INTERROGATORY NO. 16:**

For each ENTITY and/or RELATED PARTY IDENTIFIED in response to INTERROGATORY NO. 15, IDENTIFY the source(s) of any funds deposited into or used to capitalize or used to purchase any ASSETS acquired by such ENTITY and/or RELATED PARTY.

**INTERROGATORY NO. 17:**

IDENTIFY each natural person, including but not limited to any INDIVIDUAL, with whom YOU have conducted any type of business, including each natural person who has been YOUR employee, agent, or representative, at any time from 1997 to the present.

**INTERROGATORY NO. 18:**

IDENTIFY any INDIVIDUAL that has had any COMMUNICATION RELATING TO any U.S. TRANSACTION with YOU or any RELATED PARTY at any time between 2007 to the present.

**INTERROGATORY NO. 19:**

IDENTIFY (in U.S. dollars) all transactions having a value of $5,000 or more between YOU, including entities or individuals under YOUR control, and any DEFENDANT, ENTITY, INDIVIDUAL or RELATED PARTY of any DEFENDANT, ENTITY or INDIVIDUAL from 1997 to the present, and for each transaction, IDENTIFY:

(a) the name of each DEFENDANT, ENTITY, INDIVIDUAL, or PERSON involved in each transaction;

(b) the business address of each DEFENDANT, ENTITY, INDIVIDUAL, or PERSON involved in each transaction;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

9

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1      (c) the dollar amount of each transaction;

2      (d) the date of each transaction; and

3      (e) the purpose of each transaction.

4      For the avoidance of doubt, the transactions identified herein shall include, but are not limited to, any transfer of monies, outgoing or incoming wire of funds, deposit of funds, financial transaction, or transfer, purchase, or sale of real property conducted or located in:

8      (a)    Armenia;

9      (b)    Belgium;

10      (c)    Belize;

11      (d)    British Virgin Islands;

12      (e)    Burundi;

13      (f)    Cameroon;

14      (g)    Cyprus;

15      (h)    Central African Republic;

16      (i)    Democratic Republic of Congo;

17      (j)    France;

18      (k)    Gabon;

19      (l)    Greece;

20      (m)    Kazakhstan;

21      (n)    Latvia;

22      (o)    Libya;

23      (p)    Luxembourg;

24      (q)    Mali;

25      (r)    Marshall Islands

26      (s)    Netherlands;

27      (t)    Panama;

28      (u)    Russia;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

10

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1      (v)    Switzerland;

2      (w)    St. Vincent and the Grenadines;

3      (x)    Sudan;

4      (y)    Tanzania;

5      (z)    The Seychelles;

6      (aa)   Ukraine;

7      (bb)   United Arab Emirates;

8      (cc)   United Kingdom;

9      (dd)   the State of California; and

10     (ee)   elsewhere in the United States.

11  **INTERROGATORY NO. 20:**

12      IDENTIFY each instance in which YOU have traveled to the United States,

13  and for each instance provide:

14      (a)    the date of YOUR travel;

15      (b)    the purpose of YOUR travel; and

16      (c)    the name(s) of any INDIVIDUAL or RELATED PARTY with whom

17  YOU met, interacted with, or communicated with during YOUR travel.

18  **INTERROGATORY NO. 21:**

19      State all first and last names or other aliases used, at any time, by YOU.

20  **INTERROGATORY NO. 22:**

21      IDENTIFY all ACCOUNTS that provided or transferred monies used in or

22  RELATING TO the U.S. TRANSACTIONS.

23  **INTERROGATORY NO. 23:**

24      IDENTIFY all email accounts used by YOU from 2009 through the present,

25  and for each provide:

26      (a)    the date the account was created;

27      (b)    the purpose for which the account was used;

28      (c)    whether the account is still active or the date the account was closed;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

11

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

US-DOCS\92683010.6

EXHIBIT 9

1     (d)    all reasons for closing the account; and

2     (e)    all PERSONS who had access to the account.

3

4  Dated: September 8, 2017          LATHAM & WATKINS LLP

5

6               By  /s/ David J. Schindler

7              David J. Schindler
               Julie R. F. Gerchik

8              Kendall M. Howes

9              Attorneys for Plaintiff the City of Almaty

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

CITY OF ALMATY'S SECOND SET OF INTERROGATORIES TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

| | |
|---|---|
| 1 | **<u>Appendix A</u>** |
| 2 | 1. Viktor Khrapunov; |
| 3 | 2. Leila Khrapunova; |
| 4 | 3. Iliyas Khrapunov a/k/a Ilyas Khrapunov; |
| 5 | 4. Madina Ablyazova a/k/a Madina Khrapunova; |
| 6 | 5. Elvira Khrapunova a/k/a Elvira Kudryashova a/k/a Elvira Balmadini; |
| 7 | 6. Dmitry Kudryashov a/k/a Dmitri Kudryashov; |
| 8 | 7. Daniel Khrapunov; |
| 9 | 8. Michelle Smirnov; |
| 10 | 9. Marc Gillieron; |
| 11 | 10. Arnie Herz a/k/a Arnold Herz; |
| 12 | 11. Daniel Ridloff; |
| 13 | 12. Felix Sater; |
| 14 | 13. Martin Jajan; |
| 15 | 14. Michael Woloz; |
| 16 | 15. Mark Fishman; |
| 17 | 16. Mukhtar Ablyazov and any of his relatives; |
| 18 | 17. Abylaykhan U. Karymsakov; |
| 19 | 18. Douglas Fierro; |
| 20 | 19. Amnon Mizrahi; |
| 21 | 20. Nicolas Bourg; |
| 22 | 21. Cesare Cerrito; |
| 23 | 22. Philippe Glatz; |
| 24 | 23. Joseph Chetrit; |
| 25 | 24. Ramsey Hanna; |
| 26 | 25. Ron Giddings; |
| 27 | 26. Alexandre Chateaux; |
| 28 | 27. Kevin Meyer; |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

13

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

US-DOCS\92683010.6

EXHIBIT 9

| | |
|---|---|
| 1 | 28. Kira Smith; |
| 2 | 29. Kira Kudman; |
| 3 | 30. Elena Petelina; |
| 4 | 31. Gennady Petelin; |
| 5 | 32. Ainakul A. Sadykbayeva; |
| 6 | 33. Svetlana Chepurnaya; |
| 7 | 34. Sedova Yelena; |
| 8 | 35. Kuandyk M. Biskultanov; |
| 9 | 36. A. E. Saparov; |
| 10 | 37. A. Zayats; |
| 11 | 38. Philippe Meyer; |
| 12 | 39. A. Ye. Zhamalov; |
| 13 | 40. Mukan N. Kulzhabayev; |
| 14 | 41. E. Saunkulov; |
| 15 | 42. L. N. Saprykina; |
| 16 | 43. Gakhar K. Ilyasova; |
| 17 | 44. Yury V. Faleyev; |
| 18 | 45. Karina R. Mukhamedova; |
| 19 | 46. Margarita Z. Nishnianidze; |
| 20 | 47. Asel T. Suleymenova; |
| 21 | 48. M. K. Yandykova; |
| 22 | 49. Marc Bernier; |
| 23 | 50. Andrey Klimov; |
| 24 | 51. G.A. Kaiymsultanov; |
| 25 | 52. B.S. Abisheva; |
| 26 | 53. Aiyar Kadyrovich Ilyasov; |
| 27 | 54. Abylay Karymasakov; |
| 28 | 55. Armen S. Khachatryan; |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

14

US-DOCS\92683010.6

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1    56. Patrick Thiebaud;

2    57. Andrew Grasso;

3    58. Laurent Foucher;

4    59. Patrick Theibaud;

5    60. Ken Williams;

6    61. Lon Von Hurwitz; and

7    62. Eesh Aggarwal.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

15

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

**Appendix B**

1. The Kasan Family Trust a/k/a The Kassan Family Trust;

2. RPM USA, LLC;

3. RPM-Maro LLC;

4. Maro Design LLC;

5. 628 Holdings LLC;

6. Candian International Ltd.;

7. Haute Hue LLC;

8. Vilder Company SA;

9. Crownway Ltd.;

10. World Health Networks, Inc. f/k/a Health Station Networks Inc.;

11. Mr. Fumigation, Inc.;

12. Maven Technologies, LLC;

13. Any company named Viled in whole or in part, including without limitation Viled Establishment, Viled LLC, Viled LLP, Viled International, and Viled-Almaty LLC;

14. Bellophoron Ltd;

15. Helvetic Capital;

16. Soho 3203 LLC;

17. Soho 3310 LLC;

18. Soho 3311 LLC;

19. RPM HSNI LLC;

20. Techvest SA;

21. Triadou SPV SA;

22. Bayrock Group LLC;

23. Bayrock Group Inc.;

24. Chetrit Group;

25. 135 West 52nd Street Holder LLC;

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

16

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

26. 135 West 52nd Street Mezz LLC;

27. 135 West 52nd Street Owner LLC;

28. CF 135 West Member LLC;

29. Phoenix International USA Inc.;

30. Harlem Securities Ltd.;

31. Swiss Development Group SA;

32. SDG Capital SA;

33. Swiss Promotion Group SA;

34. Adlux Sarl SA;

35. CAA Holding Company;

36. DE Real Estate Investments;

37. Bespoke World Holding Ltd;

38. Ignoramus Limited;

39. Chestnut Limited;

40. Element One;

41. Telford;

42. 51 Degrees;

43. Niel Group a/k/a Nile Group;

44. Niel Telecom a/k/a Nile Telecom;

45. Almaty-Demalys Corp.;

46. KazRealIncom LLP;

47. KarashaPlus LLP;

48. Building Service Company;

49. Delamore & Owl Group;

50. Delamore Trade and Investments;

51. Stroytekh;

52. Asia Holding Development LLP;

53. Viktoriya-KMK LLP;

LATHAM&WATKINS LLP  US-DOCS\92683010.6
ATTORNEYS AT LAW
LOS ANGELES

17

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

54. Ademytau-KMK LLP;

55. Swiss Kazakh Phoenix Holding, LLP f/k/a Phoenix, VL., LLP f/k/a Phenix-Kh Company LLP;

56. Queen's Lane SA f/k/a Geneva Jewels SA f/k/a Phoenix International Holding SA f/k/a Phoenix. VL International SA;

57. Ayt Holding Corp.;

58. Chabrier and Associates;

59. Beron Holdings Inc.;

60. Creacard SA;

61. Polman Ltd.;

62. Kazbay;

63. Classic Design;

64. San Vito Investments Corp.;

65. Sartfield Limited; and

66. Northern Seas Watergate.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

18

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

## Appendix C

1. 606 North Alta Drive, Beverly Hills, California;

2. 628 North Alta Drive, Beverly Hills, California;

3. 11986 Lockridge Drive, Studio City, California;

4. 2 Narbonne Drive, Long Beach, California;

5. 2578 Hutton Drive, Beverly Hills, California;

6. 35 Crimson Rose, Irvine, California;

7. 30 Starlight, Irvine, California;

8. 246 Spring Street 3203, New York, New York;

9. 246 Spring Street 3310, New York, New York;

10. 246 Spring Street 3311, New York, New York;

11. 2013 Rolls Royce sedan;

12. 2013 Bentley sedan;

13. 2013 Mercedes Benz sport utility vehicle;

14. 2011 Cadillac sport utility vehicle;

15. Flatotel, 135 52nd Street, New York, New York;

16. Cabrini Medical Center;

17. The Tri-County Mall;

18. Maven Technologies, LLC;

19. World Health Networks, Inc. f/k/a Health Station Networks Inc.;

20. Any investment, transfer of ASSETS to or from, or other transaction with SDG CAPITAL, SPG, ADLUX or their RELATED PARTIES; and

21. Any investment, transfer of ASSETS to or from, or other transaction with any DEFENDANT.

LATHAM&WATKINS<sup>LLP</sup> US-DOCS\92683010.6
ATTORNEYS AT LAW
LOS ANGELES

19

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

**<u>Appendix D</u>**

1. All ACCOUNTS at Schroder and Co. Bank AG owned or controlled by LEILA, including but not limited to account number ███████████████;

2. All ACCOUNTS at JSC Eurasian Bank owned or controlled by LEILA, including but not limited to ACCOUNT numbers ██████████, ██████████, ██████████, ██████████, ██████████, ██████████, ██████████, ██████████;

3. All ACCOUNTS at Wells Fargo Bank owned or controlled by ILIYAS, including but not limited to ACCOUNT numbers ██████████, ██████████;

4. All ACCOUNTS at Edmond De Rothschild owned or controlled by ILIYAS, including but not limited to ACCOUNT number ███████████████;

5. All ACCOUNTS at Dresdner Bank Ltd. owned or controlled by ILIYAS;

6. All ACCOUNTS at Wells Fargo Bank owned or controlled by ELVIRA, including but not limited to ACCOUNT numbers ██████████, ██████████, ██████████, ██████████, ██████████, ██████████, ██████████;

7. All ACCOUNTS at Bank of America owned or controlled by ELVIRA, including but not limited to ACCOUNT numbers ██████████, ██████████;

8. All ACCOUNTS at Bank Credit Suisse AG owned or controlled by ELVIRA, including but not limited to ACCOUNT number ███████████████;

9. All ACCOUNTS at Bank Sarasin and Co., Ltd. owned or controlled by ELVIRA, including but not limited to ACCOUNT number ███████████████;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

10. All ACCOUNTS at Wells Fargo Bank owned or controlled by ELVIRA, including but not limited to ACCOUNT numbers ███████, ███████, ███████, ███████; ███████, ███████, ███████;

11. All ACCOUNTS at Bank Julius Baer and Co., Ltd. owned or controlled by ELVIRA, including but not limited to ACCOUNT numbers ███████, ███████;

12. All ACCOUNTS at Bank Cantonal de Geneve owned or controlled by ELVIRA, including but not limited to ACCOUNT number ███████;

13. All ACCOUNTS at SperBank owned or controlled by ELVIRA, including but not limited to ACCOUNT number ███████;

14. All ACCOUNTS at American Express Bank, Ltd. owned or controlled by ELVIRA;

15. All ACCOUNTS at Bank Schroder and Co. AG owned or controlled by ELVIRA;

16. All ACCOUNTS at Deutsche Bank AG owned or controlled by ELVIRA;

17. All ACCOUNTS at Wells Fargo Bank owned or controlled by DMITRY, including but not limited to ACCOUNT numbers ███████, ███████, ███████;

18. All ACCOUNTS at Bank of America owned or controlled by DMITRY, including but not limited to ACCOUNT numbers ███████, ███████, ███████;

19. All ACCOUNTS at Bank Sarasin owned or controlled by DMITRY;

20. All ACCOUNTS at Compagnie Privee De Conseils et D'I owned or controlled by CANDIAN;

21. All ACCOUNTS at FBME Bank Ltd. owned or controlled by CROWNWAY, including but not limited to ACCOUNT number ███████;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

21

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

22. All ACCOUNTS at Duetsche Bank Tr Company America owned or controlled by CROWNWAY;

23. All ACCOUNTS at FBME Bank Ltd. owned or controlled by VILDER, including but not limited to ACCOUNT number ███████████;

24. All ACCOUNTS at Raifeisen Bank International owned or controlled by VILDER;

25. All ACCOUNTS at Wells Fargo Bank owned or controlled by HAUTE HUE, including but not limited to ACCOUNT numbers ████████, ████████, ████████, ████████;

26. All ACCOUNTS at Wells Fargo Bank owned or controlled by MARO DESIGN, including but not limited to ACCOUNT numbers ████████, ████████, ████████, ████████;

27. All ACCOUNTS at Manufacturers Bank owned or controlled by Maro Enterprises LLC, including but not limited to ACCOUNT number ████████;

28. All ACCOUNTS at JP Morgan Chase Bank owned or controlled by RPM USA, including but not limited to ACCOUNT number ████████;

29. All ACCOUNTS at Wells Fargo Bank owned or controlled by RPM-MARO, including but not limited to ACCOUNT numbers ████████, ████████;

30. All ACCOUNTS at JP Morgan Chase Bank owned or controlled by RPM-MARO, including but not limited to ACCOUNT numbers ████████, ████████;

31. All ACCOUNTS at Wells Fargo Bank owned or controlled by 628 HOLDINGS, including but not limited to ACCOUNT numbers ████████, ████████;

LATHAM&WATKINS LLP US-DOCS\92683010.6
ATTORNEYS AT LAW
LOS ANGELES

22

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

32. All ACCOUNTS at Comerica Bank owned or controlled by WHN or Health Station Networks, Inc., including but not limited to ACCOUNT number ███████;

33. All ACCOUNTS at JP Morgan Chase Bank owned or controlled by WHN or Health Station Networks, Inc., including but not limited to ACCOUNT number ██████████;

34. All ACCOUNTS at Bank of America owned or controlled by WHN or Health Station Networks, Inc., including but not limited to ACCOUNT number ████████;

35. All ACCOUNTS at Swiss Post Postfinance owned or controlled by SDG Capital S.A., including but not limited to ACCOUNT number █████████████;

36. All ACCOUNTS at Bank Vontobel AG owned or controlled by SDG Capital S.A., including but not limited to ACCOUNT number █████████;

37. All ACCOUNTS at CPCICHGG owned or controlled by SDG Capital S.A., including but not limited to ACCOUNT number ██████████;

38. All ACCOUNTS at Compagnie Privee De Conseils Et D'I owned or controlled by Adlux Sarl, including but not limited to ACCOUNT number ████████████;

39. All ACCOUNTS at CPCICHGG owned or controlled by Adlux Sarl, including but not limited to ACCOUNT number █████████;

40. All ACCOUNTS at Wells Fargo Bank owned or controlled by Soho 3203 LLC, including but not limited to ACCOUNT numbers ████████, ███████;

41. All ACCOUNTS at Wells Fargo Bank owned or controlled by Soho 3310 LLC, including but not limited to ACCOUNT numbers ████████, ███████;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

42. All ACCOUNTS at Wells Fargo Bank owned or controlled by Soho 3311 LLC, including but not limited to ACCOUNT numbers ███████, ███████, ███████; and

43. All ACCOUNTS at Manufacturer's Bank owned or controlled by Amnon Mizrahi, including but not limited to ACCOUNT number ███████.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92683010.6

24

CITY OF ALMATY'S SECOND SET
OF INTERROGATORIES
TO DEFENDANT ILIYAS KHRAPUNOV

EXHIBIT 9

1  LATHAM & WATKINS LLP
       David J. Schindler (Bar No. 130490)
2        *david.schindler@lw.com*
       Julie R. F. Gerchik (Bar No. 237764)
3        *julie.gerchik@lw.com*
       Kendall M. Howes (Bar No. 294285)
4        *kendall.howes@lw.com*
   355 South Grand Avenue, Suite 100
5  Los Angeles, California 90071-1560
   Telephone: +1.213.485.1234
6  Facsimile: +1.213.891.8763

7  Attorneys for Plaintiff the City of Almaty

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12  CITY OF ALMATY, a foreign state,     Case No. CV14-3650-FMO-CW

13              Plaintiff,               **PROOF OF SERVICE OF**
                                         **PLAINTIFF'S DISCOVERY**
14       v.

15  VIKTOR KHRAPUNOV, an
    individual; *et al.*,
16                                       Action Filed: May 13, 2014
              Defendants.               Assigned To: Hon. Fernando M. Olguin
17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 9

1                           **PROOF OF SERVICE**

2         I, Ana Jimenez, am employed in the County of Los Angeles, State of

3 California.  I am over the age of 18 years and not a party to this action.  My

business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100,

4 Los Angeles, CA  90071-1560.

5         On **September 8, 2017**, I served the following documents described as:

6
    1.     Notice of Deposition of Defendant Viktor Khrapunov
7     2.     Notice of Deposition of Defendant Leila Khrapunova
    3.     Notice of Deposition of Defendant Iliyas Khrapunov
8     4.     Notice of Deposition of Defendant Madina Ablyazova
    5.     Plaintiff City of Almaty's Second Set of Requests for Production
9           of Documents to Defendant Viktor Khrapunov
    6.     Plaintiff City of Almaty's Second Set of Requests for Production
10           of Documents to Defendant Leila Khrapunova
    7.     Plaintiff City of Almaty's Second Set of Requests for Production
11           of Documents to Defendant Iliyas Khrapunov
    8.     Plaintiff City of Almaty's Second Set of Requests for Production
12           of Documents to Defendant Madina Ablyazova
    9.     Plaintiff City of Almaty's Second Set of Interrogatories to
13           Defendant Viktor Khrapunov
    10.     Plaintiff City of Almaty's Second Set of Interrogatories to
14           Defendant Leila Khrapunova
    11.     Plaintiff City of Almaty's Second Set of Interrogatories to
15           Defendant Iliyas Khrapunov
    12.     Plaintiff City of Almaty's Second Set of Interrogatories to
16           Defendant Madina Ablyazova

17 by serving a true copy of the above-described documents in the following manner:

18                       **BY OVERNIGHT MAIL DELIVERY**

19         I am familiar with the office practice of Latham & Watkins LLP for

collecting and processing documents for overnight mail delivery by Federal

20 Express.  Under that practice, documents are deposited with the Latham & Watkins

LLP personnel responsible for depositing documents in a post office, mailbox,

21 subpost office, substation, mail chute, or other like facility regularly maintained for

22 receipt of overnight mail by Federal Express; such documents are delivered for

overnight mail delivery by Federal Express on that same day in the ordinary course

23 of business, with delivery fees thereon fully prepaid and/or provided for.  I

24 deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or

package containing the above-described documents and addressed as set forth

25 below in accordance with the office practice of Latham & Watkins LLP for

26 collecting and processing documents for overnight mail delivery by Federal

Express.

27

28

                                                                PROOF OF SERVICE OF
ATTORNEYS AT LAW
LOS ANGELES                                                   PLAINTIFF'S DISCOVERY

EXHIBIT 9

1    Martha Boersch
Boersch Shapiro LLP
2    1611 Telegraph Ave., Suite 806
Oakland, CA 94612
3
Attorney for:
4    Viktor Khrapunov
Leila Khrapunova
5    Iliyas Khrapunov a/k/a Ilyas Khrapunov
Madina Ablyazova a/k/a Madina Khrapunova
6
I declare that I am employed in the office of a member of the Bar of, or
7    permitted to practice before, this Court at whose direction the service was made
8    and declare under penalty of perjury under the laws of the State of California that
the foregoing is true and correct.
9
Executed on **September 8, 2017,** at Los Angeles, California.
10

11

12                                        Ana Jimenez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 9

LATHAM & WATKINS LLP
   David J. Schindler (Bar No. 130490)
    *david.schindler@lw.com*
   Julie R. F. Gerchik (Bar No. 237764)
    *julie.gerchik@lw.com*
   Kendall M. Howes (Bar No. 294285)
    *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>    Plaintiff,<br><br>    v.<br><br>VIKTOR KHRAPUNOV, an individual; *et al.*,<br><br>    Defendants. | Case No. CV14-3650-FMO-CW<br><br>**PROOF OF SERVICE OF PLAINTIFF'S DISCOVERY**<br><br><br>Action Filed: May 13, 2014<br>Assigned To: Hon. Fernando M. Olguin |

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 9

# **PROOF OF SERVICE**

I, Ana Jimenez, am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA  90071-1560.

On **September 8, 2017**, I served the following documents described as:

1.   Notice of Deposition of Defendant Viktor Khrapunov
2.   Notice of Deposition of Defendant Leila Khrapunova
3.   Notice of Deposition of Defendant Iliyas Khrapunov
4.   Notice of Deposition of Defendant Madina Ablyazova
5.   Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Viktor Khrapunov
6.   Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Leila Khrapunova
7.   Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Iliyas Khrapunov
8.   Plaintiff City of Almaty's Second Set of Requests for Production of Documents to Defendant Madina Ablyazova
9.   Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Viktor Khrapunov
10.  Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Leila Khrapunova
11.  Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Iliyas Khrapunov
12.  Plaintiff City of Almaty's Second Set of Interrogatories to Defendant Madina Ablyazova

by serving a true copy of the above-described documents in the following manner:

## **BY OVERNIGHT MAIL DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express.  Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for.  I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described documents and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express.

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 9

Mr. Jan Handzlik
Handzlik & Associates, APC
515 S. Figueroa St. 36th Floor
Los Angeles, California 90071

Attorney for:
Elvira Khrapunova a/k/a Elvira Kudryashova a/k/a Elvira Balmadini
Dmitry Kudryashov a/k/a Dmitri Kudryashov
Elvira Kudryashova as Trustee for the Kasan Family Trust
Dmitry Kudryashov as Trustee for the Kasan Family Trust
RPM USA, LLC
RPM-Maro LLC
Maro Design LLC
Haute Hue LLC
628 Holdings LLC
Candian International Ltd.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 8, 2017**, at Los Angeles, California.

Ana Jimenez
Ana Jimenez

US-DOCS\93504373.1

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 9

LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
    *david.schindler@lw.com*
  Julie R. F. Gerchik (Bar No. 237764)
    *julie.gerchik@lw.com*
  Kendall M. Howes (Bar No. 294285)
    *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>Plaintiff,<br><br>v.<br><br>VIKTOR KHRAPUNOV, an individual; *et al.*,<br><br>Defendants. | Case No. CV14-3650-FMO-CW<br><br>**PROOF OF SERVICE OF PLAINTIFF'S DISCOVERY**<br><br>Action Filed: May 13, 2014<br>Assigned To: Hon. Fernando M. Olguin |

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 9

1

# **PROOF OF SERVICE**

2    I, Ana Jimenez, am employed in the County of Los Angeles, State of
3  California. I am over the age of 18 years and not a party to this action. My
   business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100,
4  Los Angeles, CA 90071-1560.

5    On **September 8, 2017,** I served the following documents described as:

6    1.   Notice of Deposition of Defendant Viktor Khrapunov
     2.   Notice of Deposition of Defendant Leila Khrapunova
7    3.   Notice of Deposition of Defendant Iliyas Khrapunov
     4.   Notice of Deposition of Defendant Madina Ablyazova
8    5.   Plaintiff City of Almaty's Second Set of Requests for Production
          of Documents to Defendant Viktor Khrapunov
9    6.   Plaintiff City of Almaty's Second Set of Requests for Production
          of Documents to Defendant Leila Khrapunova
10   7.   Plaintiff City of Almaty's Second Set of Requests for Production
          of Documents to Defendant Iliyas Khrapunov
11   8.   Plaintiff City of Almaty's Second Set of Requests for Production
          of Documents to Defendant Madina Ablyazova
12   9.   Plaintiff City of Almaty's Second Set of Interrogatories to
          Defendant Viktor Khrapunov
13   10.  Plaintiff City of Almaty's Second Set of Interrogatories to
          Defendant Leila Khrapunova
14   11.  Plaintiff City of Almaty's Second Set of Interrogatories to
          Defendant Iliyas Khrapunov
15   12.  Plaintiff City of Almaty's Second Set of Interrogatories to
          Defendant Madina Ablyazova
16

17 by serving a true copy of the above-described documents in the following manner:

18                    **BY OVERNIGHT MAIL DELIVERY**

19    I am familiar with the office practice of Latham & Watkins LLP for
   collecting and processing documents for overnight mail delivery by Federal
20 Express. Under that practice, documents are deposited with the Latham & Watkins
   LLP personnel responsible for depositing documents in a post office, mailbox,
21 subpost office, substation, mail chute, or other like facility regularly maintained for
22 receipt of overnight mail by Federal Express; such documents are delivered for
   overnight mail delivery by Federal Express on that same day in the ordinary course
23 of business, with delivery fees thereon fully prepaid and/or provided for. I
24 deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or
   package containing the above-described documents and addressed as set forth
25 below in accordance with the office practice of Latham & Watkins LLP for
26 collecting and processing documents for overnight mail delivery by Federal
   Express.
27

28

EXHIBIT 9

1   Messrs. Steve G. Madison and Anthony P. Alden
    Quinn Emanuel Urquhart & Sullivan, LLP
2   865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
3
    Attorneys for:
4   Viktor Khrapunov
    Leila Khrapunova
5   Iliyas Khrapunov a/k/a Ilyas Khrapunov
    Madina Ablyazova a/k/a Madina Khrapunova
6
7       I declare that I am employed in the office of a member of the Bar of, or
    permitted to practice before, this Court at whose direction the service was made
8   and declare under penalty of perjury under the laws of the State of California that
    the foregoing is true and correct.
9
10      Executed on **September 8, 2017**, at Los Angeles, California.
11
12                                              Ana Jimenez
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 9

1   LATHAM & WATKINS LLP
2     David J. Schindler (Bar No. 130490)
    *david.schindler@lw.com*
3     Julie R. F. Gerchik (Bar No. 237764)
    *Julie.gerchik@lw.com*
4     Kendall M. Howes (Bar No. 294285)
    *kendall.howes@lw.com*
5   355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
6   Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

7   Attorneys for Plaintiff the City of Almaty

8

9   **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| CITY OF ALMATY, a foreign state, | Case No. CV14-3650-FMO-CW |
| Plaintiff, | Assigned To: Hon. Fernando M. Olguin |
| v. | **PLAINTIFF CITY OF ALMATY'S THIRD SET OF INTERROGATORIES TO DEFENDANT ELVIRA KHRAPUNOVA** |
| VIKTOR KHRAPUNOV, an individual; *et al.*, | |
| Defendants. | Action Filed: May 13, 2014 |

PROPOUNDING PARTY:   PLAINTIFF CITY OF ALMATY

RESPONDING PARTY:   DEFENDANT ELVIRA KHRAPUNOVA A/K/A ELVIRA KUDRYASHOVA A/K/A ELVIRA BALMADINI

SET NUMBER:   THREE

LATHAM&WATKINSᴸᴸᴾ US-DOCS\92680799.4
ATTORNEYS AT LAW
LOS ANGELES
 

THIRD SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

1    Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff City of

2  Almaty hereby requests that Defendant Elvira Khrapunova a/k/a Elvira

3  Kudryashova a/k/a Elvira Balmadini respond in writing and under oath to the

4  following interrogatories within thirty (30) days, at the law offices of Latham &

5  Watkins LLP, 355 S. Grand Avenue, Suite 100, Los Angeles, California 90071-

6  1560.

7                          **DEFINITIONS**

8    1.    "REFER TO" or "REFERRING TO" any given subject matter means,

9  without limitation, anything that in whole or in part refers to, alludes to, responds

10  to, is connected with, comments on, is about, regards, discusses, shows, describes,

11  lists, mentions, reflects, analyzes, comprises, constitutes, contains, and/or

12  memorializes that subject matter.

13    2.    The terms "PLAINTIFF" and "ALMATY" shall mean and REFER

14  TO the Plaintiff City of Almaty, and all agents, representatives, employees, current

15  elected officials, their agents, their employees, their investigators, their

16  representatives, and anyone else acting on ALMATY's behalf.

17    3.    The terms "YOU," "YOUR,"or "ELVIRA," as used herein, shall

18  mean and REFER TO Defendant Elvira Khrapunova a/k/a Elvira Kudryashova

19  a/k/a Elvira Balmadini, and any person or entity, past or present, acting on behalf

20  of Elvira Khrapunova a/k/a Elvira Kudryashova a/k/a Elvira Balmadini, including,

21  but not limited to, each of her respective attorneys, agents and/or representatives.

22    4.    "PERSON(S)" as used herein shall REFER TO, mean and include

23  any natural person or firm association, organization, partnership, business, trust,

24  corporation, public agency and/or other form of entity.

25    5.    "DOCUMENT(S)" as used herein, shall REFER TO, mean and

26  include any tangible thing upon which any expression, communication or

27  representation has been recorded by any means, including but not limited to any

28  and all writings, including the original or a copy of handwriting, typewriting,

EXHIBIT 10

1   printing, photostating, photographing, electronic and/or each and every other

2   means of recording upon any tangible or electronic medium and/or thing as well as

3   any and all forms of communication or representation, including letters, words,

4   pictures, sounds or symbols, or any combination thereof.

5       6.      "RELATE," "RELATED," "RELATES" or "RELATING" to any

6   given subject matter means, without limitation, anything that, in whole or in part,

7   discusses, records, consists of, constitutes, reflects, shows, identifies, describes,

8   analyzes, names, or mentions that subject matter.

9       7.      "IDENTIFY" means:

10          (a)  With respect to natural persons, to list the person's full name (if

11  YOU do not know the person's full name, provide as much of the name and any

12  other identifying characteristics as possible), the person's title or profession,

13  affiliation (if any), and the person's last known address and telephone number.

14          (b)  With respect to entities, to list the entity's full name (if YOU do

15  not know the entity's full name, provide as much of the name and any other

16  identifying information as possible), and the entity's last known business

17  address(es) and telephone number(s).

18          (c)  With respect to accounts, funds, bonds, stocks, or monetary

19  instruments, to list the full name and address of the financial institution at which

20  the account, fund, bond, stock, or monetary instrument is held, the full account

21  number or similar identifying number, and the full name of the account holder(s).

22          (d)  With respect to real property, to list the full address of the

23  property (if YOU do not know the property's full address, provide as much of the

24  address and any other identifying information as possible).

25      8.      "VIKTOR" shall mean and REFER TO Defendant Viktor

26  Khrapunov, and any person or entity, past or present, acting on behalf of Viktor

27  Khrapunov, including, but not limited to, each of his respective attorneys, agents

28  and/or representatives.

EXHIBIT 10

9.     "LEILA" shall mean and REFER TO Defendant Leila Khrapunova, and any person or entity, past or present, acting on behalf of Leila Khrapunova, including, but not limited to, each of her respective attorneys, agents and/or representatives.

10.    "ILIYAS" shall mean and REFER TO Defendant Iliyas Khrapunov a/k/a Ilyas Khrapunov, and any person or entity, past or present, acting on behalf of Iliyas Khrapunov a/k/a Ilyas Khrapunov, including, but not limited to, each of his respective attorneys, agents and/or representatives.

11.    "MADINA" shall mean and REFER TO Defendant Madina Ablyazova a/k/a Madina Khrapunova, and any person or entity, past or present, acting on behalf of Madina Ablyazova a/k/a Madina Khrapunova, including, but not limited to, each of her respective attorneys, agents and/or representatives.

12.    "DMITRY" shall mean and REFER TO Defendant Dmitry Kudryashov a/k/a Dmitri Kudryashov, and any person or entity, past or present, acting on behalf of Dmitry Kudryashov a/k/a Dmitri Kudryashov, including, but not limited to, each of his respective attorneys, agents and/or representatives.

13.    "KASAN FAMILY TRUST" shall mean and REFER TO the Kasan Family Trust and/or its trustees, including but not limited to ELVIRA and DMITRY, and includes and REFER TO all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, KASAN FAMILY TRUST's and/or its trustees' successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on behalf of KASAN FAMILY TRUST and/or its trustees.

14.    "RPM USA" shall mean and REFER TO Defendant RPM USA, LLC, and includes and REFERS TO all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, RPM USA's successors in interest, their agents, their

LATHAM&WATKINS LLP   US-DOCS\92680799.4
ATTORNEYS AT LAW
LOS ANGELES

3

THIRD SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

1 | employees, their investigators, their representatives, their insurance companies,

2 | and anyone else acting on RPM USA's behalf.

3 |    15.    "RPM-MARO" shall mean and REFER TO Defendant RPM-Maro

4 | LLC, and includes and REFERS TO all of said entity's subsidiaries, parent/holding

5 | companies, agents, representatives, investigators, employees, contractors,

6 | insurance companies, RPM MARO's successors in interest, their agents, their

7 | employees, their investigators, their representatives, their insurance companies,

8 | and anyone else acting on RPM MARO's behalf.

9 |    16.    "MARO DESIGN" shall mean and REFER TO Defendant Maro

10 | Design LLC, and includes and REFERS TO all of said entity's subsidiaries,

11 | parent/holding companies, agents, representatives, investigators, employees,

12 | contractors, insurance companies, MARO DESIGN's successors in interest, their

13 | agents, their employees, their investigators, their representatives, their insurance

14 | companies, and anyone else acting on MARO DESIGN's behalf.

15 |    17.    "628 HOLDINGS" shall mean and REFER TO Defendant 628

16 | Holdings LLC, and includes and REFERS TO all of said entity's subsidiaries,

17 | parent/holding companies, agents, representatives, investigators, employees,

18 | contractors, insurance companies, 628 HOLDINGS' successors in interest, their

19 | agents, their employees, their investigators, their representatives, their insurance

20 | companies, and anyone else acting on 628 HOLDINGS' behalf.

21 |    18.    "CANDIAN" shall mean and REFER TO Defendant Candian

22 | International Ltd., and includes and REFERS TO all of said entity's subsidiaries,

23 | parent/holding companies, agents, representatives, investigators, employees,

24 | contractors, insurance companies, CANDIAN's successors in interest, their agents,

25 | their employees, their investigators, their representatives, their insurance

26 | companies, and anyone else acting on CANDIAN's behalf.

27 |    19.    "HAUTE HUE" shall mean and refer to Defendant Haute Hue LLC,

28 | and includes and refers to all of said entity's subsidiaries, parent/holding

LATHAM&WATKINS LLP   US-DOCS\92680799.4
ATTORNEYS AT LAW
LOS ANGELES                                          4                    THIRD SET OF INTERROGATORIES
                                                                     TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

1  companies, agents, representatives, investigators, employees, contractors,

2  insurance companies, HAUTE HUE's successors in interest, their agents, their

3  employees, their investigators, their representatives, their insurance companies,

4  and anyone else acting on HAUTE HUE's behalf.

5       20.    "CROWNWAY" shall mean and REFER TO Defendant Crownway

6  Ltd., and includes and refers to all of said entity's subsidiaries, parent/holding

7  companies, officers, agents, representatives, investigators, employees, contractors,

8  insurance companies, CROWNWAY's successors in interest, their agents, their

9  employees, their investigators, their representatives, their insurance companies,

10  and anyone else acting on CROWNWAY's behalf.

11       21.    "VILDER" shall mean and REFER TO Defendant Vilder Company

12  S.A., and includes and refers to all of said entity's subsidiaries, parent/holding

13  companies, officers, agents, representatives, investigators, employees, contractors,

14  insurance companies, VILDER's successors in interest, their agents, their

15  employees, their investigators, their representatives, their insurance companies,

16  and anyone else acting on VILDER's behalf.

17       22.    "WHN" shall mean and REFER TO Defendant World Health

18  Networks, Inc., formerly known as Health Station Networks Inc., and includes and

19  refers to all of said entity's subsidiaries, parent/holding companies, officers,

20  agents, representatives, investigators, employees, contractors, insurance

21  companies, WHN's successors in interest, their agents, their employees, their

22  investigators, their representatives, their insurance companies, and anyone else

23  acting on WHN's behalf.

24       23.    "DEFENDANT" or "DEFENDANTS" shall mean and refer to

25  VIKTOR, LEILA, ILIYAS, MADINA, ELVIRA, DMITRY, KASAN FAMILY

26  TRUST, RPM USA, RPM-MARO, MARO DESIGN, HAUTE HUE, 628

27  HOLDINGS, CANDIAN, CROWNWAY, VILDER, and WHN.

28

EXHIBIT 10

1      24.   "MUKHTAR" shall mean and REFER TO Mukhtar Ablyazov and

2   any person or entity, past or present, acting on behalf of Mukhtar Ablyazov,

3   including, but not limited to, each of his respective attorneys, agents and/or

4   representatives.

5      25.   "ELENA" shall mean and REFER TO Elena Petelina and any person

6   or entity, past or present, acting on behalf of Elena Petelina, including, but not

7   limited to, each of her respective attorneys, agents, and/or representatives.

8      26.   "GENNADY" shall mean and REFER TO Gennady Petelin and any

9   person or entity, past or present, acting on behalf of Gennady Petelin, including,

10   but not limited to, each of his respective attorneys, agents, and/or representatives.

11      27.   "SDG CAPITAL" shall mean and REFER TO SDG Capital SA, and

12   includes and refers to all of said entity's subsidiaries, parent/holding companies,

13   officers, agents, representatives, investigators, employees, contractors, insurance

14   companies, SDG CAPITAL's successors in interest, their agents, their employees,

15   their investigators, their representatives, their insurance companies, and anyone

16   else acting on SDG CAPITAL's behalf.

17      28.   "SPG" shall mean and REFER TO Swiss Promotion Group SA, and

18   includes and refers to all of said entity's subsidiaries, parent/holding companies,

19   officers, agents, representatives, investigators, employees, contractors, insurance

20   companies, SPG's successors in interest, their agents, their employees, their

21   investigators, their representatives, their insurance companies, and anyone else

22   acting on SPG's behalf.

23      29.   "ADLUX" shall mean and REFER TO Adlux Sarl SA, and includes

24   and refers to all of said entity's subsidiaries, parent/holding companies, officers,

25   agents, representatives, investigators, employees, contractors, insurance

26   companies, ADLUX's successors in interest, their agents, their employees, their

27   investigators, their representatives, their insurance companies, and anyone else

28   acting on ADLUX's behalf.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92680799.4

6

THIRD SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

1      30.    "THIS ACTION" shall mean and REFER TO *City of Almaty v. Viktor*

2  *Khrapunov*, et al., Case No. CV15-02628-FMO-CW and the related and

3  consolidated above-entitled action, *City of Almaty v. Viktor Khrapunov*, et al., Case

4  No. CV14-03650-FMO-CW.

5      31.    "INDIVIDUALS" shall mean and REFER TO any of the individuals

6  listed on **Appendix A** attached hereto.

7      32.    "ENTITIES" shall mean and REFER TO any of the entities or

8  entities with similar names, and/or their RELATED PARTIES listed on **Appendix**

9  **B** attached hereto.

10      33.    "ACCOUNTS" shall mean any type of financial arrangement

11  involving assets, liabilities, or other things of value, including without limitation

12  bank accounts, deposit accounts, checking accounts, money market accounts,

13  investment accounts, certificates of deposit, brokerage accounts, escrow accounts,

14  insurance policies, individual retirement accounts (IRAs), 401(k) accounts, trust

15  accounts, safety deposit boxes, arrangements with institutions holding precious

16  metals, custodial accounts, exchange traded funds, mutual funds, interests in

17  private equity funds, hedge funds, or other investment vehicles, credit cards, stored

18  value cards, online payment system, money transmitters and remitters (including

19  without limitation Western Union and MoneyGram), check cashers, currency

20  exchangers, Informal Value Transfer Systems (or any remittance systems based on

21  trust), and lines of credit, including lines of credit and accounts at any automobile,

22  jewelry, clothing or other retail entity.

23      34.    "RELATED PARTY" or "RELATED PARTIES" shall mean relative,

24  friend, business associate, business partner, agent, attorney, consultant, employee,

25  beneficiary, trustee, administrator, accountant, investment advisor, banker,

26  manager, broker, representative, director, officer, shareholder, or any other person

27  who acts or purports to act on behalf of or for the benefit of YOU or another

28  DEFENDANT.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
US-DOCS\92680799.4
7
THIRD SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

## INTERROGATORIES

**INTERROGATORY NO. 23:**

IDENTIFY all ENTITIES and RELATED PARTIES for which you are or have been the beneficial owner, including but not limited to, CROWNWAY and VILDER.

**INTERROGATORY NO. 24:**

IDENTIFY (in U.S. dollars) all transactions having a value of $5,000 or more between YOU, including entities or individuals under your control, and any DEFENDANT, ENTITY, INDIVIDUAL or RELATED PARTY of any DEFENDANT, ENTITY or INDIVIDUAL from 1997 to the present, and for each transaction, IDENTIFY:

(a) the name of each DEFENDANT, ENTITY, INDIVIDUAL, or PERSON involved in each transaction;

(b) the business address of each DEFENDANT, ENTITY, INDIVIDUAL, or PERSON involved in each transaction;

(c) the amount of each transaction;

(d) the date of each transaction; and

(e) the purpose of each transaction.

**INTERROGATORY NO. 25:**

IDENTIFY the source of all funds paid to YOU for school tuition and living expenses, including but not limited to the following institutions, Ecole Brillamont, Chateau Mont Choisi, and Leysin American School.

LATHAM&WATKINS^LLP US-DOCS\92680799.4
ATTORNEYS AT LAW
LOS ANGELES

8

THIRD SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

1

2   Dated:  September 12, 2017                LATHAM & WATKINS LLP

3

4                                   By   /s/ David J. Schindler
                                          David J. Schindler
5                                         Julie R. F. Gerchik
                                          Kendall M. Howes
6
                                          Attorneys for Plaintiff the City of
7                                         Almaty

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 10

1

### Appendix A

2    1.  Viktor Khrapunov;

3    2.  Leila Khrapunova;

4    3.  Iliyas Khrapunov a/k/a Ilyas Khrapunov;

5    4.  Madina Ablyazova a/k/a Madina Khrapunova;

6    5.  Elvira Khrapunova a/k/a Elvira Kudryashova a/k/a Elvira Balmadini;

7    6.  Dmitry Kudryashov a/k/a Dmitri Kudryashov;

8    7.  Daniel Khrapunov;

9    8.  Michelle Smirnov;

10   9.  Marc Gillieron;

11   10. Arnie Herz a/k/a Arnold Herz;

12   11. Daniel Ridloff;

13   12. Felix Sater;

14   13. Martin Jajan;

15   14. Michael Woloz;

16   15. Mark Fishman;

17   16. Mukhtar Ablyazov and any of his relatives;

18   17. Abylaykhan U. Karymsakov;

19   18. Douglas Fierro;

20   19. Amnon Mizrahi;

21   20. Nicolas Bourg;

22   21. Cesare Cerrito;

23   22. Philippe Glatz;

24   23. Joseph Chetrit;

25   24. Ramsey Hanna;

26   25. Ron Giddings;

27   26. Alexandre Chateaux;

28   27. Kevin Meyer;

EXHIBIT 10

1   28. Kira Smith;

2   29. Kira Kudman;

3   30. Elena Petelina;

4   31. Gennady Petelin;

5   32. Ainakul A. Sadykbayeva;

6   33. Svetlana Chepurnaya;

7   34. Sedova Yelena;

8   35. Kuandyk M. Biskultanov;

9   36. A. E. Saparov;

10   37. A. Zayats;

11   38. Philippe Meyer;

12   39. A. Ye. Zhamalov;

13   40. Mukan N. Kulzhabayev;

14   41. E. Saunkulov;

15   42. L. N. Saprykina;

16   43. Gakhar K. Ilyasova;

17   44. Yury V. Faleyev;

18   45. Karina R. Mukhamedova;

19   46. Margarita Z. Nishnianidze;

20   47. Asel T. Suleymenova;

21   48. M. K. Yandykova;

22   49. Marc Bernier;

23   50. Andrey Klimov;

24   51. G.A. Kaiymsultanov;

25   52. B.S. Abisheva;

26   53. Aiyar Kadyrovich Ilyasov;

27   54. Abylay Karymasakov;

28   55. Armen S. Khachatryan;

LATHAM&WATKINSᴸᴸᴾ US-DOCS\92680799.4
ATTORNEYS AT LAW
LOS ANGELES
11
THIRD SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

1    56. Patrick Thiebaud;

2    57. Andrew Grasso;

3    58. Laurent Foucher;

4    59. Patrick Theibaud;

5    60. Ken Williams;

6    61. Lon Von Hurwitz; and

7    62. Eesh Aggarwal.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 10

**Appendix B**

1. The Kasan Family Trust a/k/a The Kassan Family Trust;

2. RPM USA, LLC;

3. RPM-Maro LLC;

4. Maro Design LLC;

5. 628 Holdings LLC;

6. Candian International Ltd.;

7. Haute Hue LLC;

8. Vilder Company SA;

9. Any company named Crownway in whole or in part, including without limitation Crownway Ltd. and Crownway LLC;

10. World Health Networks, Inc. f/k/a Health Station Networks Inc.;

11. Mr. Fumigation, Inc.;

12. Maven Technologies, LLC;

13. Any company named Viled in whole or in part, including without limitation Viled Establishment, Viled LLC, Viled LLP, Viled International, and Viled-Almaty LLC;

14. Bellophoron Ltd;

15. Helvetic Capital;

16. Soho 3203 LLC;

17. Soho 3310 LLC;

18. Soho 3311 LLC;

19. RPM HSNI LLC;

20. Techvest SA;

21. Triadou SPV SA;

22. Bayrock Group LLC;

23. Bayrock Group Inc.;

24. Chetrit Group;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92680799.4

13

THIRD SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

| | |
|---|---|
| 1 | 25. 135 West 52nd Street Holder LLC; |
| 2 | 26. 135 West 52nd Street Mezz LLC; |
| 3 | 27. 135 West 52nd Street Owner LLC; |
| 4 | 28. CF 135 West Member LLC; |
| 5 | 29. Phoenix International USA Inc.; |
| 6 | 30. Harlem Securities Ltd.; |
| 7 | 31. Swiss Development Group SA; |
| 8 | 32. SDG Capital SA; |
| 9 | 33. Swiss Promotion Group SA; |
| 10 | 34. Adlux Sarl SA; |
| 11 | 35. CAA Holding Company; |
| 12 | 36. DE Real Estate Investments; |
| 13 | 37. Bespoke World Holding Ltd; |
| 14 | 38. Ignoramus Limited; |
| 15 | 39. Chestnut Limited; |
| 16 | 40. Element One; |
| 17 | 41. Telford; |
| 18 | 42. 51 Degrees; |
| 19 | 43. Niel Group a/k/a Nile Group; |
| 20 | 44. Niel Telecom a/k/a Nile Telecom; |
| 21 | 45. Almaty-Demalys Corp.; |
| 22 | 46. KazRealIncom LLP; |
| 23 | 47. KarashaPlus LLP; |
| 24 | 48. Building Service Company; |
| 25 | 49. Delamore & Owl Group; |
| 26 | 50. Delamore Trade and Investments; |
| 27 | 51. Stroytekh; |
| 28 | 52. Asia Holding Development LLP; |

LATHAM&WATKINS™ US-DOCS\92680799.4
ATTORNEYS AT LAW
LOS ANGELES

14

THIRD SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 10

53. Viktoriya-KMK LLP;

54. Ademytau-KMK LLP;

55. Swiss Kazakh Phoenix Holding, LLP f/k/a Phoenix, VL., LLP f/k/a Phenix-Kh Company LLP;

56. Queen's Lane SA f/k/a Geneva Jewels SA f/k/a Phoenix International Holding SA f/k/a Phoenix. VL International SA;

57. Ayt Holding Corp.;

58. Chabrier and Associates;

59. Beron Holdings Inc.;

60. Creacard SA;

61. Polman Ltd.;

62. Kazbay;

63. Classic Design;

64. San Vito Investments Corp.;

65. Sartfield Limited; and

66. Northern Seas Watergate.

EXHIBIT 10

LATHAM & WATKINS LLP
 David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
 Julie R. F. Gerchik (Bar No. 237764)
  *julie.gerchik@lw.com*
 Kendall M. Howes (Bar No. 294285)
  *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Plaintiff the City of Almaty

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>       Plaintiff,<br><br>    v.<br><br>VIKTOR KHRAPUNOV, an individual; *et al.*,<br><br>       Defendants. | Case No. CV14-3650-FMO-CW<br><br>**PROOF OF SERVICE OF PLAINTIFF'S DISCOVERY**<br><br><br>Action Filed: May 13, 2014<br>Assigned To: Hon. Fernando M. Olguin |

EXHIBIT 10

1  **PROOF OF SERVICE**

2      I, Ana Jimenez, am employed in the County of Los Angeles, State of

3  California.  I am over the age of 18 years and not a party to this action.  My

   business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100,

4  Los Angeles, CA  90071-1560.

5      On **September 12, 2017**, I served the following documents described as:

6  1.   Notice of Deposition of Defendant Elvira Khrapunova
   2.   Notice of Deposition of Defendant Dmitry Kudryashov
7  3.   Plaintiff City of Almaty's Second Set of Requests for
        Admissions to Defendant Elvira Khrapunova
8  4.   Plaintiff City of Almaty's Second Set of Requests for
        Admissions to Defendant Dmitry Kudryashov
9  5.   Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant Elvira Khrapunova
10 6.   Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant Dmitry Kudryashov
11 7.   Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant Elvira Kudryashova as Trustee for
12      the Kasan Family Trust
   8.   Plaintiff City of Almaty's Third Set of Requests for Production
13      of Documents to Defendant Dmitry Kudryashov as Trustee for
        the Kasan Family Trust
14 9.   Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant RPM USA, LLC
15 10.  Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant RPM-Maro LLC
16 11.  Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant Maro Design LLC
17 12.  Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant Haute Hue LLC
18 13.  Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant 628 Holdings LLC
19 14.  Plaintiff City of Almaty's Third Set of Requests for Production
        of Documents to Defendant Candian International Ltd.
20 15.  Plaintiff City of Almaty's Third Set of Interrogatories to
        Defendant Elvira Khrapunova
21 16.  Plaintiff City of Almaty's Third Set of Interrogatories to
        Defendant Dmitry Kudryashov
22 17.  Plaintiff City of Almaty's Third Set of Interrogatories to
        Defendant Elvira Kudryashova as Trustee for the Kasan Family
23      Trust
   18.  Plaintiff City of Almaty's Third Set of Interrogatories to
24      Defendant Dmitry Kudryashov as Trustee for the Kasan Family
        Trust
25 19.  Plaintiff City of Almaty's Third Set of Interrogatories to
        Defendant RPM USA, LLC
26 20.  Plaintiff City of Almaty's Third Set of Interrogatories to
        Defendant RPM-Maro LLC
27 21.  Plaintiff City of Almaty's Third Set of Interrogatories to
        Defendant Maro Design LLC
28 22.  Plaintiff City of Almaty's Third Set of Interrogatories to

Defendant Haute Hue LLC

23.  Plaintiff City of Almaty's Third Set of Interrogatories to Defendant 628 Holdings LLC

24.  Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Candian International Ltd.

by serving a true copy of the above-described document in the following manner:

## BY OVERNIGHT MAIL DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express.

Mr. Jan Handzlik
Handzlik & Associates, APC
515 S. Flower St. 36th Floor
Los Angeles, California 90071

Attorney for:
Elvira Khrapunova a/k/a Elvira Kudryashova a/k/a Elvira Balmadini
Dmitry Kudryashov a/k/a Dmitri Kudryashov
Elvira Kudryashova as Trustee for the Kasan Family Trust
Dmitry Kudryashov as Trustee for the Kasan Family
RPM USA, LLC
RPM-Maro LLC
Maro Design LLC
Haute Hue LLC
628 Holdings LLC
Candian International Ltd.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 12, 2017**, at Los Angeles, California.

_Ana Jimenez_
Ana Jimenez

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 10

1   LATHAM & WATKINS LLP
       David J. Schindler (Bar No. 130490)
2        *david.schindler@lw.com*
       Julie R. F. Gerchik (Bar No. 237764)
3        *julie.gerchik@lw.com*
       Kendall M. Howes (Bar No. 294285)
4        *kendall.howes@lw.com*
5   355 South Grand Avenue, Suite 100
    Los Angeles, California 90071-1560
    Telephone: +1.213.485.1234
6   Facsimile: +1.213.891.8763

7   Attorneys for Plaintiff the City of Almaty

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | CITY OF ALMATY, a foreign state, | Case No. CV14-3650-FMO-CW |
|----|----------------------------------|---------------------------|
| 13 | Plaintiff, | **PROOF OF SERVICE OF PLAINTIFF'S DISCOVERY** |
| 14 | v. | |
| 15 | VIKTOR KHRAPUNOV, an individual; *et al.*, | |
| 16 | Defendants. | Action Filed: May 13, 2014<br>Assigned To: Hon. Fernando M. Olguin |
| 17 | | |

18

19

20

21

22

23

24

25

26

27

28

                                    PROOF OF SERVICE OF
                                    PLAINTIFF'S DISCOVERY

EXHIBIT 10

## **PROOF OF SERVICE**

I, Ana Jimenez, am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA  90071-1560.

On **September 12, 2017**, I served the following documents described as:

1. Notice of Deposition of Defendant Elvira Khrapunova
2. Notice of Deposition of Defendant Dmitry Kudryashov
3. Plaintiff City of Almaty's Second Set of Requests for Admissions to Defendant Elvira Khrapunova
4. Plaintiff City of Almaty's Second Set of Requests for Admissions to Defendant Dmitry Kudryashov
5. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Elvira Khrapunova
6. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Dmitry Kudryashov
7. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust
8. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust
9. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant RPM USA, LLC
10. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant RPM-Maro LLC
11. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Maro Design LLC
12. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Haute Hue LLC
13. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant 628 Holdings LLC
14. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Candian International Ltd.
15. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Elvira Khrapunova
16. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Dmitry Kudryashov
17. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust
18. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust
19. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant RPM USA, LLC
20. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant RPM-Maro LLC
21. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Maro Design LLC
22. Plaintiff City of Almaty's Third Set of Interrogatories to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\93740808.1

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 10

1
2
3

Defendant Haute Hue LLC
23.   Plaintiff City of Almaty's Third Set of Interrogatories to
Defendant 628 Holdings LLC
24.   Plaintiff City of Almaty's Third Set of Interrogatories to
Defendant Candian International Ltd.

4   by serving a true copy of the above-described documents in the following manner:

5   **BY OVERNIGHT MAIL DELIVERY**

6       I am familiar with the office practice of Latham & Watkins LLP for
7   collecting and processing documents for overnight mail delivery by Federal
    Express.  Under that practice, documents are deposited with the Latham & Watkins
8   LLP personnel responsible for depositing documents in a post office, mailbox,
9   subpost office, substation, mail chute, or other like facility regularly maintained for
    receipt of overnight mail by Federal Express; such documents are delivered for
10   overnight mail delivery by Federal Express on that same day in the ordinary course
11   of business, with delivery fees thereon fully prepaid and/or provided for.  I
    deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or
12   package containing the above-described documents and addressed as set forth
13   below in accordance with the office practice of Latham & Watkins LLP for
    collecting and processing documents for overnight mail delivery by Federal
14   Express.

15
16
17

Martha Boersch
Boersch Shapiro LLP
1611 Telegraph Ave., Suite 806
Oakland, CA  94612

18
19
20

Attorney for:
Viktor Khrapunov
Leila Khrapunov
Iliyas Khrapunov a/k/a Ilyas Khrapunov
Madina Ablyazova a/k/a Madina Khrapunova

21       I declare that I am employed in the office of a member of the Bar of, or
22   permitted to practice before, this Court at whose direction the service was made
    and declare under penalty of perjury under the laws of the State of California that
23   the foregoing is true and correct.

24   Executed on **September 12, 2017**, at Los Angeles, California.

25
26                       _____
                           Ana Jimenez
27
28

LATHAM&WATKINS™ US-DOCS\93740808.1
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 10

1  LATHAM & WATKINS LLP
    David J. Schindler (Bar No. 130490)
2     *david.schindler@lw.com*
    Julie R. F. Gerchik (Bar No. 237764)
3     *julie.gerchik@lw.com*
    Kendall M. Howes (Bar No. 294285)
4     *kendall.howes@lw.com*
5  355 South Grand Avenue, Suite 100
   Los Angeles, California  90071-1560
   Telephone:  +1.213.485.1234
6  Facsimile:  +1.213.891.8763

7  Attorneys for Plaintiff the City of Almaty

8

9                  **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

12  CITY OF ALMATY, a foreign state,      Case No. CV14-3650-FMO-CW

13              Plaintiff,                Assigned To: Hon. Fernando M. Olguin

14       v.                              **PLAINTIFF CITY OF ALMATY'S
                                         THIRD SET OF REQUESTS FOR
15  VIKTOR KHRAPUNOV, an                 PRODUCTION OF DOCUMENTS TO
    individual; *et al.*,                DEFENDANT ELVIRA
                                         KHRAPUNOVA**
16              Defendants.

17                                       Action Filed:  May 13, 2014

18

19

20  PROPOUNDING PARTY:      PLAINTIFF CITY OF ALMATY

    RESPONDING PARTY:       DEFENDANT ELVIRA KHRAPUNOVA A/K/A
21                          ELVIRA KUDRYASHOVA A/K/A ELVIRA
                            BALMADINI
22
    SET NUMBER:             THREE
23

24

25

26

27

28

LATHAM&WATKINSᴸᴸᴾ  US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

1                              CITY OF ALMATY'S THIRD SET OF REQUESTS
                               FOR PRODUCTION OF DOCUMENTS TO
                               DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1    Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure,

2  Plaintiff City of Almaty hereby requests that Defendant Elvira Khrapunova a/k/a

3  Elvira Kudryashova a/k/a Elvira Balmadini respond in writing to the following

4  requests for production, and produce all requested documents described herein for

5  inspection and/or copying within thirty (30) days, at the law offices of Latham &

6  Watkins LLP, 355 S. Grand Avenue, Suite 100, Los Angeles, California 90071-

7  1560.

8                                    **DEFINITIONS**

9         1.    "REFER TO" or "REFERRING TO" any given subject matter means,

10  without limitation, anything that in whole or in part refers to, alludes to, responds

11  to, is connected with, comments on, is about, regards, discusses, shows, describes,

12  lists, mentions, reflects, analyzes, comprises, constitutes, contains, and/or

13  memorializes that subject matter.

14        2.    "COMMUNICATIONS" or "COMMUNICATE," as used herein,

15  shall mean and REFER TO any oral, written, in-person, or any other form of relay,

16  transmission, or transference of information by any means whatsoever, including

17  but not limited to meetings, conferences, mail, computer, telephone, telefax,

18  facsimile, voicemail, electronic mail, radio, video, sound recordings, television or

19  any other medium.

20        3.    The terms "PLAINTIFF" and "ALMATY" shall mean and refer to the

21  Plaintiff City of Almaty, and all agents, representatives, employees, current and

22  former elected officials, their agents, their employees, their investigators, their

23  representatives, and anyone else acting on ALMATY's behalf.

24        4.    The terms "YOU," "YOUR," or "ELVIRA," as used herein, shall

25  mean and REFER TO Defendant Elvira Khrapunova a/k/a Elvira Kudryashova

26  a/k/a Elvira Balmadini, and any person or entity, past or present, acting on behalf

27  of Elvira Khrapunova a/k/a Elvira Kudryashova a/k/a Elvira Balmadini, including,

28  but not limited to, each of her respective attorneys, agents and/or representatives.

LATHAM&WATKINS LLP   US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

2                    CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1    5.    "PERSON(S)" as used herein shall refer to, mean and include any

2  natural person or firm association, organization, partnership, business, trust,

3  corporation, limited liability company, public agency and/or other form of entity.

4    6.    "RELATED PARTY" or "RELATED PARTIES" shall mean with

5  respect to a designated person or entity (a) an officer, director, shareholder,

6  executive, employee, agent, relative, business associate, business partner,

7  consultant, friend, employee, manager, beneficiary, administrator, attorney,

8  designee, trustee, representative, accountant, investment advisor, banker, broker,

9  attorney-in-fact, or other person or entity representing, acting on behalf of, or

10  associated with the person or entity; (b) any entity that owns or controls in whole

11  or in part, or is owned or controlled in whole or in part, by the designated person or

12  entity, regardless of the form of ownership (e.g., stock, LLC, etc.), and including

13  but not limited to any parent, subsidiary, shareholder, partner, manager, or

14  member, and (c) any entity which has one or more common officers, directors,

15  employees, managers, principals, agents, attorneys, designees, trustees,

16  representatives, business managers, attorneys-in-fact as does the designated person

17  or entity.

18    7.    "ASSET" or "ASSETS" shall mean a resource with current or future

19  economic value, including without limitation any money, real estate, property

20  interest, contract right, option, security, investment, ownership interest, or other

21  thing of value.

22    8.    "DOCUMENT(S)" as used herein, shall refer to, mean and include

23  any tangible thing upon which any expression, communication or representation

24  has been recorded by any means, including but not limited to any and all writings,

25  including the original or a copy of handwriting, typewriting, printing, photostating,

26  photographing, electronic and/or each and every other means of recording upon

27  any tangible or electronic medium and/or thing (including e-mails), as well as any

28  and all forms of communication or representation, including letters, words,

LATHAM&WATKINS™ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

3

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1  pictures, sounds or symbols, or any combination thereof.  For the avoidance of

2  doubt, DOCUMENT(S) shall refer to, mean, and include without limitation all e-

3  mails to, from, cc'ing, or bcc'ing the e-mail accounts listed on **Appendix A**

4  attached hereto.

5       9.     "RELATE," "RELATED," "RELATES" or "RELATING" to any

6  given subject matter means, without limitation, anything that, in whole or in part,

7  discusses, records, consists of, constitutes, reflects, shows, identifies, describes,

8  analyzes, names, or mentions that subject matter.

9       10.    "VIKTOR" shall mean and REFER TO Defendant Viktor Khrapunov,

10  and any person or entity, past or present, acting on behalf of Viktor Khrapunov,

11  including, but not limited to, each of his respective attorneys, agents and/or

12  representatives.

13      11.    "LEILA" shall mean and REFER TO Defendant Leila Khrapunova,

14  and any person or entity, past or present, acting on behalf of Leila Khrapunova,

15  including, but not limited to, each of her respective attorneys, agents and/or

16  representatives.

17      12.    "ILIYAS" shall mean and REFER TO Defendant Iliyas Khrapunov

18  a/k/a Ilyas Khrapunov, and any person or entity, past or present, acting on behalf of

19  Iliyas Khrapunov a/k/a Ilyas Khrapunov, including, but not limited to, each of his

20  respective attorneys, agents and/or representatives.

21      13.    "MADINA" shall mean and REFER TO Defendant Madina

22  Ablyazova a/k/a Madina Khrapunova, and any person or entity, past or present,

23  acting on behalf of Madina Ablyazova a/k/a Madina Khrapunova, including, but

24  not limited to, each of her respective attorneys, agents and/or representatives.

25      14.    "DMITRY" shall mean and REFER TO Defendant Dmitry

26  Kudryashov a/k/a Dmitri Kudryashov, and any person or entity, past or present,

27  acting on behalf of Dmitry Kudryashov a/k/a Dmitri Kudryashov, including, but

28  not limited to, each of his respective attorneys, agents and/or representatives.

LATHAM&WATKINS⸌ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

4

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1    15.   "KASAN FAMILY TRUST" shall mean and REFER TO the Kasan

2   Family Trust and/or its trustees, including but not limited to ELVIRA and

3   DMITRY, and includes and refers to all of said entity's subsidiaries,

4   parent/holding companies, agents, representatives, investigators, employees,

5   contractors, insurance companies, KASAN FAMILY TRUST's and/or its trustees'

6   successors in interest, their agents, their employees, their investigators, their

7   representatives, their insurance companies, and anyone else acting on behalf of

8   KASAN FAMILY TRUST and/or its trustees.

9    16.   "RPM USA" shall mean and REFER TO Defendant RPM USA, LLC,

10   and includes and refers to all of said entity's subsidiaries, parent/holding

11   companies (including without limitation Swiss Promotion Group S.A.), officers,

12   agents, representatives (including but not limited to Arnie Herz), investigators,

13   employees, contractors, insurance companies, RPM USA's successors in interest,

14   their agents, their employees, their investigators, their representatives, their

15   insurance companies, and anyone else acting on RPM USA's behalf.

16    17.   "RPM-MARO" shall mean and REFER TO Defendant RPM-Maro

17   LLC, and includes and refers to all of said entity's subsidiaries, parent/holding

18   companies (including without limitation RPM USA, Maro Enterprises, LLC, and

19   ELVIRA), officers, agents, representatives, investigators, employees, contractors,

20   insurance companies, RPM-MARO's successors in interest, their agents, their

21   employees, their investigators, their representatives, their insurance companies,

22   and anyone else acting on RPM-MARO's behalf.

23    18.   "MARO DESIGN" shall mean and REFER TO Defendant Maro

24   Design LLC, and includes and refers to all of said entity's subsidiaries,

25   parent/holding companies, officers, agents, representatives, investigators,

26   employees, contractors, insurance companies, MARO DESIGN's successors in

27   interest, their agents, their employees, their investigators, their representatives,

28   their insurance companies, and anyone else acting on MARO DESIGN's behalf.

LATHAM&WATKINS LLP US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

5

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1      19.    "628 HOLDINGS" shall mean and REFER TO Defendant 628

2    Holdings LLC, and includes and refers to all of said entity's subsidiaries,

3    parent/holding companies, officers, agents, representatives, investigators,

4    employees, contractors, insurance companies, 628 HOLDINGS' successors in

5    interest, their agents, their employees, their investigators, their representatives,

6    their insurance companies, and anyone else acting on 628 HOLDINGS' behalf.

7      20.    "CANDIAN" shall mean and REFER TO Defendant Candian

8    International Ltd., and includes and refers to all of said entity's subsidiaries,

9    parent/holding companies, officers, agents, representatives, investigators,

10    employees, contractors, insurance companies, CANDIAN's successors in interest,

11    their agents, their employees, their investigators, their representatives, their

12    insurance companies, and anyone else acting on CANDIAN's behalf.

13      21.    "HAUTE HUE" shall mean and refer to Defendant Haute Hue LLC,

14    and includes and refers to all of said entity's subsidiaries, parent/holding

15    companies, officers, agents, representatives, investigators, employees, contractors,

16    insurance companies, HAUTE HUE's successors in interest, their agents, their

17    employees, their investigators, their representatives, their insurance companies,

18    and anyone else acting on HAUTE HUE's behalf.

19      22.    "CROWNWAY" shall mean and REFER TO Defendant Crownway

20    Ltd., and includes and refers to all of said entity's subsidiaries, parent/holding

21    companies, officers, agents, representatives, investigators, employees, contractors,

22    insurance companies, CROWNWAY's successors in interest, their agents, their

23    employees, their investigators, their representatives, their insurance companies,

24    and anyone else acting on CROWNWAY's behalf.

25      23.    "VILDER" shall mean and REFER TO Defendant Vilder Company

26    S.A., and includes and refers to all of said entity's subsidiaries, parent/holding

27    companies, officers, agents, representatives, investigators, employees, contractors,

28    insurance companies, VILDER's successors in interest, their agents, their

LATHAM&WATKINS™ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

6

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1   employees, their investigators, their representatives, their insurance companies,

2   and anyone else acting on VILDER's behalf.

3      24.   "WHN" shall mean and REFER TO Defendant World Health

4   Networks, Inc., formerly known as Health Station Networks Inc., and includes and

5   refers to all of said entity's subsidiaries, parent/holding companies, officers,

6   agents, representatives, investigators, employees, contractors, insurance

7   companies, WHN's successors in interest, their agents, their employees, their

8   investigators, their representatives, their insurance companies, and anyone else

9   acting on WHN's behalf.

10      25.   "DEFENDANT" or "DEFENDANTS" shall mean and refer to

11   VIKTOR, LEILA, ILIYAS, MADINA, ELVIRA, DMITRY, KASAN FAMILY

12   TRUST, RPM USA, RPM-MARO, MARO DESIGN, HAUTE HUE, 628

13   HOLDINGS, CANDIAN, CROWNWAY, VILDER, and WHN.

14      26.   "MUKHTAR" shall mean and REFER TO Mukhtar Ablyazov and

15   any person or entity, past or present, acting on behalf of Mukhtar Ablyazov,

16   including, but not limited to, each of his respective attorneys, agents and/or

17   representatives.

18      27.   "ELENA" shall mean and REFER TO Elena Petelina and any person

19   or entity, past or present, acting on behalf of Elena Petelina, including, but not

20   limited to, each of her respective attorneys, agents, and/or representatives.

21      28.   "GENNADY" shall mean and REFER TO Gennady Petelin and any

22   person or entity, past or present, acting on behalf of Gennady Petelin, including,

23   but not limited to, each of his respective attorneys, agents, and/or representatives.

24      29.   "SDG CAPITAL" shall mean and REFER TO SDG Capital SA, and

25   includes and refers to all of said entity's subsidiaries, parent/holding companies,

26   officers, agents, representatives, investigators, employees, contractors, insurance

27   companies, SDG CAPITAL's successors in interest, their agents, their employees,

28

LATHAM&WATKINS ᴸᴸᴾ
ATTORNEYS AT LAW
LOS ANGELES    US-DOCS\92660184.7       7       CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1  their investigators, their representatives, their insurance companies, and anyone

2  else acting on SDG CAPITAL's behalf.

3      30.    "SPG" shall mean and REFER TO Swiss Promotion Group SA, and

4  includes and refers to all of said entity's subsidiaries, parent/holding companies,

5  officers, agents, representatives, investigators, employees, contractors, insurance

6  companies, SPG's successors in interest, their agents, their employees, their

7  investigators, their representatives, their insurance companies, and anyone else

8  acting on SPG's behalf.

9      31.    "ADLUX" shall mean and REFER TO Adlux Sarl SA, and includes

10 and refers to all of said entity's subsidiaries, parent/holding companies, officers,

11 agents, representatives, investigators, employees, contractors, insurance

12 companies, ADLUX's successors in interest, their agents, their employees, their

13 investigators, their representatives, their insurance companies, and anyone else

14 acting on ADLUX's behalf.

15     32.    "THIS ACTION" shall mean and REFER TO *City of Almaty v. Viktor*

16 *Khrapunov, et al.*, Case No. CV15-02628-FMO-CW and the related and

17 consolidated above-entitled action *City of Almaty v. Viktor Khrapunov, et al.,* Case

18 No. CV14-03650-FMO-CW.

19     33.    "INDIVIDUALS" shall mean and REFER TO any of the individuals

20 listed on **Appendix B** attached hereto.

21     34.    "ENTITIES" shall mean and REFER TO any of the entities or

22 entities with similar names, and/or their RELATED PARTIES listed on **Appendix**

23 **C** attached hereto.

24     35.    "KAZAKHSTAN TRANSACTIONS" shall mean any transaction

25 (including transfer, borrowing, financing, securitization, or hypothecation)

26 involving any real estate, property interest, contract right, money, ASSET,

27 security, investment, ownership interest, option for ownership interest, or other

28 thing of value, occurring in Kazakhstan or derived or relating to ASSETS or things

LATHAM&WATKINS™ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

8

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1   of value from transactions in Kazakhstan, including without limitation any of the

2   transactions involving the entities or land plots listed on **Appendix D** attached

3   hereto.

4        36.   "U.S. TRANSACTIONS" includes any transaction (including

5   transfer, borrowing, financing, securitization, or hypothecation) related in whole or

6   in part, to any ASSET located in the United States, including without limitation

7   ASSETS listed on **Appendix E** attached hereto.

8        37.   "ACCOUNTS" shall mean any type of financial arrangement

9   involving ASSETS, liabilities, or other things of value, including without

10   limitation bank accounts, deposit accounts, checking accounts, money market

11   accounts, investment accounts, certificates of deposit, brokerage accounts, escrow

12   accounts, insurance policies, individual retirement accounts (IRAs), 401(k)

13   accounts, trust accounts, safety deposit boxes, arrangements with institutions

14   holding precious metals, custodial accounts, exchange traded funds, mutual funds,

15   interests in private equity funds, hedge funds, or other investment vehicles, credit

16   cards, stored value cards, online payment system, money transmitters and remitters

17   (including without limitation Western Union and MoneyGram), check cashers,

18   currency exchangers, Informal Value Transfer Systems (or any remittance systems

19   based on trust), and lines of credit, including lines of credit and accounts at any

20   automobile, jewelry, clothing or other retail entity.  For the avoidance of doubt,

21   ACCOUNTS shall mean and include, but not be limited to, the bank ACCOUNTS

22   listed on **Appendix F** attached hereto.

23

24

25

26

27

28

LATHAM&WATKINS^LLP US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

9

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

## **INSTRUCTIONS**

1.  YOU are required to furnish all DOCUMENTS in YOUR possession, custody or control, including those DOCUMENTS that are in the possession, custody or control of YOUR employees, partners, consultants, attorneys, accounts, tax preparers, representatives, agents, or any other person acting or purporting to act as you.

2.  All non-identical copies of every document whose production is sought shall be separately produced.

3.  The following rules of construction shall be applied herein: (1) the words "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the requests inclusive rather than exclusive; (2) the singular includes the plural and vice-versa; and (3) the words "any," "all," "each," and "every" all include any, all, each and every.

4.  If YOU do not produce any DOCUMENT based on attorney-client privilege, work product protection or any other statutory or constitutional privilege or protection, YOU shall provide a privilege log setting forth the specific basis for the claim of privilege or protection and for each DOCUMENT provided:

      a. the subject matter of the DOCUMENT;

      b. the title, heading or caption of the DOCUMENT, if any;

      c. the date appearing on the DOCUMENT or, if no date appears thereon, the date or approximate date on which the DOCUMENT was prepared;

      d. the general nature of the DOCUMENT (e.g., whether it is a letter, memorandum, minutes of meeting, etc.) and the number of pages of which it consists;

      e. the identity of the person who signed the DOCUMENT or, if it was not signed, the person who prepared it;

      f. the identity of each person to whom the DOCUMENT was addressed and the identity of each person to whom a copy thereof was sent; and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

10

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1      g. the identity of each person who has custody of a copy of each such

2  DOCUMENT.

3      5.  If YOU claim privilege or protection to part of a DOCUMENT, YOU

4  shall redact that portion which is privileged or protected and produce the

5  remainder.  When such redactions for privilege or protection are made, YOU shall

6  place a legend similar to "REDACTION – PRIVILEGE" on the copy of the

7  DOCUMENT produced.  All redactions shall also be included on the privilege log

8  described in the preceding numbered paragraph.

9      6.  If these requests cannot be responded to in full, YOU shall respond to

10  the extent possible, specify the reason for YOUR inability to respond to the

11  remainder, and state whatever information or knowledge YOU have RELATED to

12  the portion to which YOU have not responded.

13      7.  Unless otherwise specified, the relevant time period is from June 16,

14  1997, up to and including the date upon which YOU respond, or, if YOU amend

15  YOUR response, the date of YOUR amendment.

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

11

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 57:**

All DOCUMENTS RELATING to any KAZAKHSTAN TRANSACTION that YOU, or any of your family members, including but not limited to VIKTOR, LEILA, ILIYAS, DMITRY, MADINA, MUKHTAR, ELENA, or GENNADY participated in, directly or indirectly, in any way.

**REQUEST FOR PRODUCTION NO. 58:**

All DOCUMENTS RELATING to any U.S. TRANSACTION that YOU, or any of your family members, including but not limited to VIKTOR, LEILA, ILIYAS, DMITRY, MADINA, MUKHTAR, ELENA, or GENNADY participated in, directly or indirectly, in any way.

**REQUEST FOR PRODUCTION NO. 59:**

All DOCUMENTS RELATING to any ASSET in the United States directly or indirectly transferred to or from, borrowed against, leased by, or in any other way associated with YOU and/or any DEFENDANT, INDIVIDUAL, or ENTITY where the proposed or actual transfer price or financing value was equal to or greater than $100,000 USD.

**REQUEST FOR PRODUCTION NO. 60:**

All DOCUMENTS RELATING to any ASSET outside of the United States directly or indirectly transferred to or from, borrowed against by, leased by, or in any other way associated with YOU and/or any DEFENDANT, INDIVIDUAL, or ENTITY where the proposed or actual transfer price or financing value was equal to or greater than $100,000 USD, including but not limited to real property located in Switzerland, Russia, and Kazakhstan.

**REQUEST FOR PRODUCTION NO. 61:**

All DOCUMENTS RELATING TO any ACCOUNTS owned, controlled, associated with, for the benefit of, or administered by (a) YOU, (b) any

EXHIBIT 11

1    DEFENDANT, INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a)
2    or (b), including without limitation:

    1) All DOCUMENTS identifying the ACCOUNT, including the name of
       the institution and the ACCOUNT number or other identifying
       characteristic;

    2) All DOCUMENTS regarding the ownership, control, or operation of the
       ACCOUNT;

    3) All ACCOUNT statements;

    4) All DOCUMENTS or COMMUNICATIONS regarding the transfer of
       any ASSET to or from the ACCOUNT, including without limitation any
       wire transaction; and

    5) All ACCOUNTS anywhere in the world, including without limitation
       Kazakhstan, the United States, the United Kingdom, Switzerland,
       Tanzania, Dubai, and Cyprus.

**REQUEST FOR PRODUCTION NO. 62:**

    All DOCUMENTS or COMMUNICATIONS between YOU and any DEFENDANT, INDIVIDUAL, or ENTITY, or between YOU and any RELATED PARTY of any DEFENDANT, INDIVIDUAL or ENTITY, RELATING to (a) any KAZAKHSTAN TRANSACTION, (b) any U.S. TRANSACTION, (c) any ASSET, or (d) any ACCOUNT or transfer of monies to or from any ACCOUNT, including any COMMUNICATIONS REFERRING TO the intent or purpose behind any transfer to or from any ACCOUNT or the creation of any ACCOUNT.

**REQUEST FOR PRODUCTION NO. 63:**

    All DOCUMENTS containing, reflecting or RELATING TO the current or former ownership, control, beneficiaries, employees, representatives, managers, or agents of any of the ENTITIES or their RELATED PARTIES, including without limitation, lists of shareholders, capitalization tables, directories of officers, directors, employees or shareholders.

LATHAM&WATKINS™ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

13

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

**REQUEST FOR PRODUCTION NO. 64:**

All DOCUMENTS containing, reflecting or RELATING TO the ownership, control, beneficiaries, employees, representatives, managers, or agents of any entity owned, controlled, held for the benefit of, or associated with (a) YOU, (b) any DEFENDANT, INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a) or (b).

**REQUEST FOR PRODUCTION NO. 65:**

All DOCUMENTS relating to any legal and/or administrative proceedings involving (a) YOU, (b) any DEFENDANT, INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a) or (b), including without limitation non-privileged information regarding prosecutions, investigations, and/or civil actions in Switzerland, Kazakhstan, or the United States.

**REQUEST FOR PRODUCTION NO. 66:**

All DOCUMENTS identifying, listing, summarizing, or valuing any ASSETS or liabilities held in the name or for the benefit of (a) YOU, (b) any DEFENDANT, INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a) or (b) in the United States, including without limitation any tax documents, financial statements, balance sheets, statements of net worth, sale, purchase or transfer documents, applications for loans or other forms of credit, appraisals, and inventories of art, jewelry, precious metals, real property, personal property, automobiles, or other ASSETS.

**REQUEST FOR PRODUCTION NO. 67:**

All DOCUMENTS identifying, listing, summarizing, or valuing any ASSETS or liabilities held in the name or for the benefit of (a) YOU, (b) any DEFENDANT, INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a) or (b) outside of the United States, including without limitation any tax documents, financial statements, balance sheets, statements of net worth, sale, purchase or transfer documents, applications for loans or other forms of credit, appraisals, and

LATHAM&WATKINS᠊ᴸᴸᴾ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES
14
CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1  inventories of art, jewelry, precious metals, real property, personal property,

2  automobiles, or other ASSETS.

3  **REQUEST FOR PRODUCTION NO. 68:**

4      All DOCUMENTS relating to any contractual relationship or financial

5  interest held in the name or for the benefit of (a) YOU, (b) any DEFENDANT,

6  INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a) or (b), including

7  without limitation interests in contracts, investments, private equity funds, hedge

8  funds, mutual funds, partnerships, companies, corporations, real estate investment

9  trusts, investment vehicles, or limited liability corporations.

10  **REQUEST FOR PRODUCTION NO. 69:**

11      All DOCUMENTS, including but not limited to all e-mails to and from

12  YOUR e-mail accounts at elvirakudryashova@yahoo.com, kira4hue@gmail.com,

13  ek@stylelifedecor.com, Kira7jones@gmail.com, kirakudman@icloud.com,

14  rosarosa@icloud.com, and kirasmith@gmail.com, RELATING to any offer,

15  application, solicitation, or request to acquire, sell, or transfer any ASSET with a

16  proposed or actual transfer price or financing value equal to or greater than

17  $50,000 USD for, on behalf of or RELATING to (a) YOU, (b) any DEFENDANT,

18  INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a) or (b), including

19  without limitation, real estate, automobiles, jewelry, art, or any other ASSET or

20  thing of value, including without limitation offers, contracts, proof of funds,

21  statements of net worth, and verifications of income.

22  **REQUEST FOR PRODUCTION NO. 70:**

23      All DOCUMENTS RELATING TO applications, solicitations, or requests

24  by or on behalf of (a) YOU, (b) any DEFENDANT, INDIVIDUAL, or ENTITY,

25  or (c) any RELATED PARTY of (a) or (b), for any loan, line of credit, borrowing,

26  advance, or any other form of credit, including without limitation loan

27  applications, credit applications, and line of credit applications, as well

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

15

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1 verifications of income, proof of funds, references, or other materials that

2 accompanied such applications, solicitations or requests.

3 **REQUEST FOR PRODUCTION NO. 71:**

4     All DOCUMENTS relating to any corporation, limited liability company,

5 partnership, enterprise, business, or other entity or organization inside the United

6 States in which (a) YOU, (b) any DEFENDANT, INDIVIDUAL, or ENTITY, or

7 (c) any RELATED PARTY of (a) or (b), serve or served as an officer, director,

8 manager, representative, consultant, employee, fiduciary, trustee, beneficiary,

9 attorney, accountant, or agent, including without limitation any corporate

10 DOCUMENTS, tax DOCUMENTS, financial DOCUMENTS, applications for

11 loans or other lines of credit, ACCOUNT statements, and purchase or sale

12 DOCUMENTS.

13 **REQUEST FOR PRODUCTION NO. 72:**

14     All DOCUMENTS relating to any corporation, limited liability company,

15 partnership, enterprise, business, or other entity or organization outside of the

16 United States (including without limitation Kazakhstan, the United Kingdom,

17 Panama, and Switzerland) in which (a) YOU, (b) any DEFENDANT,

18 INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a) or (b), serve or

19 served as an officer, director, manager, representative, consultant, employee,

20 fiduciary, trustee, beneficiary, attorney, accountant, or agent, including without

21 limitation any corporate DOCUMENTS, tax DOCUMENTS, financial

22 DOCUMENTS, applications for loans or other lines of credit, ACCOUNT

23 statements, and purchase or sale DOCUMENTS.

24 **REQUEST FOR PRODUCTION NO. 73:**

25     All DOCUMENTS, including all COMMUNICATIONS, RELATING TO

26 any submissions by, on behalf of, or for the benefit of (a) YOU, (b) any

27 DEFENDANT, INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a)

28 or (b), to any taxation agencies or authorities.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

16

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

**REQUEST FOR PRODUCTION NO. 74:**

All DOCUMENTS, including all COMMUNICATIONS, RELATING TO any submissions by, on behalf of, or for the benefit of (a) YOU, (b) any DEFENDANT, INDIVIDUAL, or ENTITY, or (c) any RELATED PARTY of (a) or (b), to any immigration agencies or authorities.

**REQUEST FOR PRODUCTION NO. 75:**

All DOCUMENTS, including all COMMUNICATIONS, RELATING TO YOUR sources of income, including without limitation tax returns and other tax DOCUMENTS, paychecks and/or paystubs, direct deposits, and employment agreements and/or offer letters.

**REQUEST FOR PRODUCTION NO. 76:**

All DOCUMENTS, including all COMMUNICATIONS, RELATING TO the sources of income for any DEFENDANT, INDIVIDUAL, or ENTITY, or any RELATED PARTY of any DEFENDANT, INDIVIDUAL, or ENTITY, including without limitation tax returns and other tax DOCUMENTS, paychecks and/or paystubs, direct deposits, and employment agreements and/or offer letters.

**REQUEST FOR PRODUCTION NO. 77:**

All DOCUMENTS, including all COMMUNICATIONS, RELATING TO YOUR net worth in the United States, including without limitation any tax documents, financial statements, balance sheets, statements of net worth, applications for loans or other forms of credit, and inventories of art, jewelry, precious metals, real property, personal property, automobiles, or other ASSETS.

**REQUEST FOR PRODUCTION NO. 78:**

All DOCUMENTS, including all COMMUNICATIONS, RELATING TO the net worth of another DEFENDANT or a RELATED PARTY of another DEFENDANT in the United States, including without limitation any tax documents, financial statements, balance sheets, statements of net worth,

LATHAM&WATKINS LLP US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

17

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1 | applications for loans or other forms of credit, and inventories of art, jewelry,

2 | precious metals, real property, personal property, automobiles, or other ASSETS.

3 | **REQUEST FOR PRODUCTION NO. 79:**

4 | All DOCUMENTS, including all COMMUNICATIONS, RELATING TO

5 | YOUR net worth in countries other than the United States, including without

6 | limitation any tax documents, financial statements, balance sheets, statements of

7 | net worth, applications for loans or other forms of credit, and inventories of art,

8 | jewelry, precious metals, real property, personal property, automobiles, or other

9 | ASSETS.

10 | **REQUEST FOR PRODUCTION NO. 80:**

11 | All DOCUMENTS, including all COMMUNICATIONS, RELATING TO

12 | the net worth of another DEFENDANT or a RELATED PARTY of another

13 | DEFENDANT in countries other than the United States, including without

14 | limitation any tax documents, financial statements, balance sheets, statements of

15 | net worth, applications for loans or other forms of credit, and inventories of art,

16 | jewelry, precious metals, real property, personal property, automobiles, or other

17 | ASSETS.

18 | **REQUEST FOR PRODUCTION NO. 81:**

19 | All DOCUMENTS, including without limitation all non-privileged

20 | COMMUNICATIONS, RELATING TO YOUR document collection, review, and

21 | production efforts in response to all Requests for Production in THIS ACTION,

22 | including these Requests for Production.

23 | **REQUEST FOR PRODUCTION NO. 82:**

24 | All DOCUMENTS, including without limitation all non-privileged

25 | COMMUNICATIONS, RELATING TO THIS ACTION.

26

27

28

LATHAM&WATKINS™ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

18

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1    **REQUEST FOR PRODUCTION NO. 83:**

2         All DOCUMENTS, including without limitation ACCOUNT statements and

3    wire transfers to or from your bank ACCOUNTS, RELATING TO the cost of and

4    payment for YOUR attending Ecole Brillamont, Chateau Mont Choisi, and Leysin

5    American School, including but not limited to cost of tuition and living expenses

6    associated therewith.

7

8

9    Dated:  September 12, 2017                     LATHAM & WATKINS LLP

10

11                                                  By   /s/ David J. Schindler
                                                        David J. Schindler
12                                                      Julie R. F. Gerchik
                                                        Kendall M. Howes
13
                                                    Attorneys for Plaintiff the City of
14                                                  Almaty

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS∟∟ᴘ US-DOCS\92660184.7                        CITY OF ALMATY'S THIRD SET OF REQUESTS
ATTORNEYS AT LAW                              19           FOR PRODUCTION OF DOCUMENTS TO
LOS ANGELES                                                DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

## **Appendix A**

1. elvirakudryashova@yahoo.com
2. kira4hue@gmail.com
3. ek@stylelifedecor.com
4. Kira7jones@gmail.com
5. kirakudman@icloud.com
6. kirasmith@gmail.com
7. rosarosa@icloud.com
8. Ikhrapunov@sdg.ch
9. Ik@sdg.ch
10. khrapunov@rambler.ru
11. khrapunov@hotmail.com
12. yodamaster@cryptoheaven.com
13. obiwankonobi@tutanota.com
14. atwoodenforest@gmail.com

LATHAM&WATKINS LLP  US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

20

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

**Appendix B**

1. Viktor Khrapunov;

2. Leila Khrapunova;

3. Iliyas Khrapunov a/k/a Ilyas Khrapunov;

4. Madina Ablyazova a/k/a Madina Khrapunova;

5. Elvira Khrapunova a/k/a Elvira Kudryashova a/k/a Elvira Balmadini;

6. Dmitry Kudryashov a/k/a Dmitri Kudryashov;

7. Daniel Khrapunov;

8. Michelle Smirnov;

9. Marc Gillieron;

10. Arnie Herz a/k/a Arnold Herz;

11. Daniel Ridloff;

12. Felix Sater;

13. Martin Jajan;

14. Michael Woloz;

15. Mark Fishman;

16. Mukhtar Ablyazov and any of his relatives;

17. Abylaykhan U. Karymsakov;

18. Douglas Fierro;

19. Amnon Mizrahi;

20. Nicolas Bourg;

21. Cesare Cerrito;

22. Philippe Glatz;

23. Joseph Chetrit;

24. Ramsey Hanna;

25. Ron Giddings;

26. Alexandre Chateaux;

27. Kevin Meyer;

LATHAM&WATKINS^LLP  US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

21

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

| | |
|---|---|
| 1 | 28. Kira Smith; |
| 2 | 29. Kira Kudman; |
| 3 | 30. Elena Petelina; |
| 4 | 31. Gennady Petelin; |
| 5 | 32. Ainakul A. Sadykbayeva; |
| 6 | 33. Svetlana Chepurnaya; |
| 7 | 34. Sedova Yelena; |
| 8 | 35. Kuandyk M. Biskultanov; |
| 9 | 36. A. E. Saparov; |
| 10 | 37. A. Zayats; |
| 11 | 38. Philippe Meyer; |
| 12 | 39. A. Ye. Zhamalov; |
| 13 | 40. Mukan N. Kulzhabayev; |
| 14 | 41. E. Saunkulov; |
| 15 | 42. L. N. Saprykina; |
| 16 | 43. Gakhar K. Ilyasova; |
| 17 | 44. Yury V. Faleyev; |
| 18 | 45. Karina R. Mukhamedova; |
| 19 | 46. Margarita Z. Nishnianidze; |
| 20 | 47. Asel T. Suleymenova; |
| 21 | 48. M. K. Yandykova; |
| 22 | 49. Marc Bernier; |
| 23 | 50. Andrey Klimov; |
| 24 | 51. G.A. Kaiymsultanov; |
| 25 | 52. B.S. Abisheva; |
| 26 | 53. Aiyar Kadyrovich Ilyasov; |
| 27 | 54. Abylay Karymasakov; |
| 28 | 55. Armen S. Khachatryan; |

LATHAM&WATKINS LLP US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

22

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1    56. Patrick Thiebaud;

2    57. Andrew Grasso;

3    58. Laurent Foucher;

4    59. Patrick Theibaud;

5    60. Ken Williams;

6    61. Lon Von Hurwitz; and

7    62. Eesh Aggarwal.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP   US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

23

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

**Appendix C**

1.  The Kasan Family Trust a/k/a The Kassan Family Trust;

2.  RPM USA, LLC;

3.  RPM-Maro LLC;

4.  Maro Design LLC;

5.  628 Holdings LLC;

6.  Candian International Ltd.;

7.  Haute Hue LLC;

8.  Vilder Company SA;

9.  Any company named Crownway in whole or in part, including without limitation Crownway Ltd. and Crownway LLC;

10. World Health Networks, Inc. f/k/a Health Station Networks Inc.;

11. Mr. Fumigation, Inc.;

12. Maven Technologies, LLC;

13. Any company named Viled in whole or in part, including without limitation Viled Establishment, Viled LLC, Viled LLP, Viled International, and Viled-Almaty LLC;

14. Bellophoron Ltd;

15. Helvetic Capital;

16. Soho 3203 LLC;

17. Soho 3310 LLC;

18. Soho 3311 LLC;

19. RPM HSNI LLC;

20. Techvest SA;

21. Triadou SPV SA;

22. Bayrock Group LLC;

23. Bayrock Group Inc.;

24. Chetrit Group;

LATHAM&WATKINS LLP US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

24

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1    25. 135 West 52nd Street Holder LLC;

2    26. 135 West 52nd Street Mezz LLC;

3    27. 135 West 52nd Street Owner LLC;

4    28. CF 135 West Member LLC;

5    29. Phoenix International USA Inc.;

6    30. Harlem Securities Ltd.;

7    31. Swiss Development Group SA;

8    32. SDG Capital SA;

9    33. Swiss Promotion Group SA;

10   34. Adlux Sarl SA;

11   35. CAA Holding Company;

12   36. DE Real Estate Investments;

13   37. Bespoke World Holding Ltd;

14   38. Ignoramus Limited;

15   39. Chestnut Limited;

16   40. Element One;

17   41. Telford;

18   42. 51 Degrees;

19   43. Niel Group a/k/a Nile Group;

20   44. Niel Telecom a/k/a Nile Telecom;

21   45. Almaty-Demalys Corp.;

22   46. KazRealIncom LLP;

23   47. KarashaPlus LLP;

24   48. Building Service Company;

25   49. Delamore & Owl Group;

26   50. Delamore Trade and Investments;

27   51. Stroytekh;

28   52. Asia Holding Development LLP;

LATHAM&WATKINS LLP US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

25

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

| | |
|---|---|
| 1 | 53. Viktoriya-KMK LLP; |
| 2 | 54. Ademytau-KMK LLP; |
| 3 | 55. Swiss Kazakh Phoenix Holding, LLP f/k/a Phoenix, VL., LLP f/k/a Phenix- |
| 4 | Kh Company LLP; |
| 5 | 56. Queen's Lane SA f/k/a Geneva Jewels SA f/k/a Phoenix International |
| 6 | Holding SA f/k/a Phoenix. VL International SA; |
| 7 | 57. Ayt Holding Corp.; |
| 8 | 58. Chabrier and Associates; |
| 9 | 59. Beron Holdings Inc.; |
| 10 | 60. Creacard SA; |
| 11 | 61. Polman Ltd.; |
| 12 | 62. Kazbay; |
| 13 | 63. Classic Design; |
| 14 | 64. San Vito Investments Corp.; |
| 15 | 65. Sartfield Limited; and |
| 16 | 66. Northern Seas Watergate. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LATHAM&WATKINS<sup>LLP</sup>   US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

26

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

## **Appendix D**

1. Almaty-Demalys Corporation;

2. Altai LLC;

3. KazRealIncom LLP;

4. KarashaPlus LLP;

5. Building Service Company;

6. Stroytekh;

7. Asia Holding Development LLP;

8. Shadid Engineering LLP;

9. Kazkommertsbank;

10. Arman Garage;

11. Bulat Enterprise;

12. Argymak LLP;

13. Ayt Holding Complex;

14. Odell International Ltd.;

15. Imstalkon;

16. Eko Insaat ve Ticaret Ltd.;

17. EMK LLP;

18. Eako Energo Ltd.;

19. Capital Construction Enterprise of the Central Office of the Mayor of Almaty;

20. Delamore & Owl Group;

21. Delamore Trade and Investments;

22. IK Group LLP;

23. Premier Media Group LLP;

24. Ramnous Investments Ltd. dba Kazakhstan Capital a/k/a KazCap;

25. Almaty City Development Agency Corporation Inc.;

26. Viktoriya-KMK LLP;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

27

CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

27. Ademytau-KMK LLP;

28. Swiss Kazakh Phoenix Holding, LLP f/k/a Phoenix, VL., LLP f/k/a Phenix-Kh Company LLP;

29. GeFest LLP;

30. Vostochny Media Express LLP;

31. Eastern Media Express LLP;

32. Kazbay;

33. Kindergarden No. 186, 242A Furmanov Street, Almaty;

34. Land plot and residential premises located at: 177 Gornaya street, Medeu district, Almaty (land cadastral number 20-315-912-121);

35. Land plot and residential premises located at: 179 Gornaya street, Medeu district, Almaty (land cadastral number 20-315-912-113);

36. Land plot and residential premises located at: 181 Gornaya street, Medeu district, Almaty (land cadastral number 20-315-912-114)

37. Land plot located at: 242a Furmanova street, Medeu district, Almaty (land cadastral number 20-315-021-293);

38. Land plot located at: to the west of Mendikulov street, to the north of Khadzhi-Mukan street, Medeu district, Almaty (land cadastral number 20-315-021-292);

39. Office building (former policlinic building of WWV) located at: 63 Tole Bi street, Almaty (land cadastral number 20-311-006-061);

40. Nonresidential premises and land plot located at: 160 Tole Bi street, Almaty (land cadastral number 20-311-011-038);

41. Land plot located at: to the south of Al-Farabi Avenue, to the east of Esentai River, Medeu district, Almaty (land cadastral number 20-315-028-530);

42. Land plot located at: to the south of Al-Farabi Avenue, to the east of Muhammed-Khaidar Dulati Avenue, Almaty (land cadastral number 20-313-021-490);

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

28

CITY OF ALMATY'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

43. Nonresidential premises (former building of municipal state-owned public enterprise "Guest house of Ministry of Foreign Affairs") located at: 165/167 Zheltoksan street, Almaty;

44. Land plot micro district Shanyrak 1, to the north of Ryskulov avenue, to the west of bolshaya Almatinka River (Thermal spring) (land cadastral number 20-312-919-083);

45. Land plot with total area 3.9 hectares located at: 235 Gorniy gigant street (Oak-wood), Almaty (land cadastral number 20-315-912-031);

46. Passenger terminal building of Almaty airport with area 2481.92 sq. m. in the amount of 333 735 805 tenge;

47. Real estate properties located at: 36 Belinskiy street, 76 Ushanov street, 95 Gorkiy street, Ust-Kamenogorsk city, East Kazakhstan Region;

48. Land plot with area 44.2310 hectares located at: to the north of Tashkentskaya street, to the west of micro district Akbulak, Almaty (land cadastral number 20-312-941-009);

49. Land plots located on the territory of micro district "Edelveis" at: to the south of Esentai River, to the west of Zhamakayev street, Agricultural production cooperative Gorniy gigant, Auezov district, Almaty (land cadastral number 20-315-936-080);

50. Land plot (billboards) located at: to the north of Abai avenue, to the east of Tulebayev street, Medeu district, Almaty (land cadastral number 20-315-021-300);

51. Land plot (billboards) located at: to the south of Gogol street, to the west of Abylai-khan avenue, Almaly district, Almaty (land cadastral number 20-311-006-066);

52. Land plot (billboards) located at: 15a to the north of Khodzhanov street, to the west of Al-Farabi avenue (land cadastral number 20-313-011-374);

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

29

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

53. Land plot (billboards) located at: to the north of Gogol street, to the west of Abylai-khan avenue, Zhetysu district, Almaty (land cadastral number 20-314-020-140);

54. Land plot (nonresidential) located at: to the south of Gogol street, to the east of Furmanov street, Medeu district, Almaty (land cadastral number 20-315-029-620);

55. Land plot (nonresidential) located at: to the north of Abai avenue, to the west of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-021-270);

56. Land plot (billboards) located at: to the north of Zhibek zholy avenue, to the east of Abylai-khan avenue, Zhetysu district, Almaty (land cadastral number 20-314-020-141);

57. Land plot (billboards) located at: to the west of Mailin street, to the south of Bekmakhanov street, Turksib district, Almaty (land cadastral number 20-317-039-108);

58. Land plot (nonresidential) located at: to the south of Al-Farabi avenue, to the east of Mendikulov boulevard, Medeu district, Almaty (land cadastral number 20-315-021-269);

59. Land plot (nonresidential) located at: Chimbulak area, Medeu district, Almaty (land cadastral number 20-315-944-033);

60. Land plot (billboards) located at: to the north of Gogol street, to the west of Nauryzbay batyr street, Zhetysu district, Almaty (land cadastral number 20-314-019-061);

61. Land plot (billboards) located at: to the north of Gogol street, to the west of Nauryzbay batyr street, Zhetysu district, Almaty (land cadastral number 20-314-019-060);

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

30

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

62. Land plot (nonresidential) located at: to the south of Al-Farabi avenue, to the west of Furmanov avenue, Medeu district, Almaty (land cadastral number 20-315-029-621);

63. Land plot (nonresidential) located at: to the south of Khadzhi-Mukan street, to the west of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-024-232);

64. Land plot (billboards) located at: to the south of Bogenbay street, to the west of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-012-235);

65. Land plot (billboards) located at: to the south of Gogol street, to the west of Furmanov street, Medeu district, Almaty (land cadastral number 20-315-011-103);

66. Land plot (nonresidential) located at: to the north of Tole Bi street, to the east of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-011-104);

67. Land plot (nonresidential) located at: to the north of Zholdasbekov street, to the west of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-021-296);

68. Land plot (nonresidential) located at: to the south of Al Farabi avenue, to the east of Furmanova street, Medeu district, Almaty (land cadastral number 20-315-021-297);

69. Land plot (billboards) located at: to the east of Dostyk avenue, to the south of Karasai batyr avenue, Medeu district, Almaty (land cadastral number 20-315-012-234);

70. Land plot (billboards) located at: to the south of Zhibek-zholy avenue, to the east of Panfilov street, Zhetysu district, Almaty (land cadastral number 20-314-020-151);

71. Land plot (billboards) located at: to the south of Zhibek-zholy avenue, to the east of Frunze street, Zhetysu district, Almaty (land cadastral number 20-314-020-154);

72. Land plot (billboards) located at: to the west of Abylai-khan avenue, to the south of Rayimbek avenue, Zhetysu district, Almaty (land cadastral number 20-314-014-099);

73. Land plot (billboards) located at: to the east of Furmanov street, to the north of Alimzhanov street, Zhetysu district, Almaty (land cadastral number 20-314-020-155);

74. Land plot (billboards) located at: to the south of Zhibek-zholy avenue, to the east of Abylai-khan avenue, Zhetysu district, Almaty (land cadastral number 20-314-020-152);

75. Land plot (billboards) located at: to the north of Rayimbekov avenue, to the west of Seifullin street, Almaty (land cadastral number 20-314-013-351);

76. Land plot (billboards) located at: to the north of Zhibek-zholy avenue, to the east of Abylai street, Zhetysu district, Almaty (land cadastral number 20-314-020-153);

77. Land plot (billboards) located at: to the east of Dostyk avenue, to the north of Kamenistaya street, Medeu district, Almaty (land cadastral number 20-315-022-205);

78. Land plot (nonresidential) located at: to the north of Satpayev street, to the west of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-021-299);

79. Land plot (nonresidential) located at: to the south of Kurmangazy street, to the west of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-015-345);

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

32

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

80. Land plot (nonresidential) located at: to the north of Tole Bi street, to the west of Tulebayev street, Medeu district, Almaty (land cadastral number 20-315-013-138);

81. Land plot (billboards) located at: to the south of Kabanbai batyr street, to the west of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-015-344);

82. Land plot (nonresidential) located at: to the north of Gogol street, to the west of Dostyk avenue, Medeu district, Almaty (land cadastral number 20-315-011-105);

83. Land plot (nonresidential) located at: to the north of Abai avenue, to the east of Furmanov street, Medeu district, Almaty (land cadastral number 20-315-014-162);

84. Land plot (nonresidential) located at: Abai avenue, to the north-east of Altynsarin avenue, Auezov district, Almaty (land cadastral number 20-312-057-511);

85. Land plot (billboards) located at: 15a to the east of Baitursynov street, to the south of Satpayev street, Bostandyk, Bostandyk district, Almaty (land cadastral number 20-313-004-354);

86. Land plot (billboards) located at: 15a to the west of Furmanov street, to the south of Gandi street, Bostandyk, Bostandyk district, Almaty (land cadastral number 20-313-006-402);

87. Land plot (billboards) located at: 15a to the south of Abai avenue, to the east of Masanchi street, Bostandyk district, Almaty (land cadastral number 20-313-004-353);

88. Land plot (billboards) located at: to the north of Tole Bi street, to the west of Zheltoksan street, Almaly district, Almaty (land cadastral number 20-311-005-124);

89. Land plot (billboards) located at: to the west of Furmanov street, to the south of Gogol street, Almaly district, Almaty (land cadastral number 20-311-006-070);

90. Land plot (billboards) located at: to the north of Kurmangazy street, to the west of Seifullin street, Almaly district, Almaty (land cadastral number 20-311-016-105);

91. Land plot (billboards) located at: to the south of Gogol street, to the west of Seifullin street, Almaly district, Almaty (land cadastral number 20-311-005-125);

92. Land plot (billboards) located at: to the south of Bogenbay street, to the west of Abylay khan avenue, Almaly district, Almaty (land cadastral number 20-311-007-087);

93. Land plot (billboards) located at: to the north of Abai avenue, to the west of Gagarin avenue, Almaly district, Almaty (land cadastral number 20-311-013-266);

94. Land plot (billboards) located at: to the north of Kurmangazy street, to the west of Baitursynov street, Almaly district, Almaty (land cadastral number 20-311-015-239);

95. Land plot (billboards) located at: to the north of Tole Bi street, to the west of Turgut Ozaly street, Almaly district, Almaty (land cadastral number 20-311-021-375);

96. Land plot (billboards) located at: to the south of Kabanbai batyr street, to the east of Abylay khan avenue, Almaly district, Almaty (land cadastral number 20-311-018-150);

97. Land plot (billboards) located at: to the south of Gogol street, to the east of Abylay khan avenue, Almaly district, Almaty (land cadastral number 20-311-006-069);

1    98. Land plot (billboards) located at: to the south of Gogol street, to the west of

2        Panfilov street, Almaly district, Almaty (land cadastral number 20-311-006-

3        071);

4    99. Land plot (billboards) located at: to the south of Kabanbai batyr street, to the

5        west of Abylay khan avenue, Almaly district, Almaty (land cadastral number

6        20-311-018-151);

7    100.     Land plot (billboards) located at: to the south of Bogenbay batyr

8        street, to the west of Furmanov street, Almaly district, Almaty (land

9        cadastral number 20-311-007-086);

10    101.     Land plot (billboards) located at: Almaty-1 railway station square,

11        Turksib district, Almaty (land cadastral number 20-317-031-172);

12    102.     Land plot (billboards) located at: to the west of Suyunbay avenue, to

13        the north of Khmelnickiy street, Turksib district, Almaty (land cadastral

14        number 20-317-044-126);

15    103.     Land plot (billboards) located at: to the west of Rozybakiev street,

16        intersection with Abai avenue, Almaly district, Almaty (land cadastral

17        number 20-311-019-287); and

18    104.     Land plot (billboards) located at: to the south of Gogol street, to the

19        east of Furmanov street, Medeu district, Almaty (cadastral number 20-315-

20        011-094).

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\92660184.7

35

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

## **Appendix E**

1.  606 North Alta Drive, Beverly Hills, California;

2.  628 North Alta Drive, Beverly Hills, California;

3.  11986 Lockridge Drive, Studio City, California;

4.  2 Narbonne Drive, Long Beach, California;

5.  2578 Hutton Drive, Beverly Hills, California;

6.  35 Crimson Rose, Irvine, California;

7.  30 Starlight, Irvine, California;

8.  246 Spring Street 3203, New York, New York;

9.  246 Spring Street 3310, New York, New York;

10. 246 Spring Street 3311, New York, New York;

11. 2013 Rolls Royce sedan;

12. 2013 Bentley sedan;

13. 2013 Mercedes Benz sport utility vehicle;

14. 2011 Cadillac sport utility vehicle;

15. Flatotel, 135 52nd Street, New York, New York;

16. Cabrini Medical Center;

17. The Tri-County Mall;

18. Maven Technologies, LLC;

19. World Health Networks, Inc. f/k/a Health Station Networks Inc.;

20. Any investment, transfer of ASSETS to or from, or other transaction with
    SDG CAPITAL, SPG, ADLUX or their RELATED PARTIES; and

21. Any investment, transfer of ASSETS to or from, or other transaction with
    any DEFENDANT.

LATHAM&WATKINS�LLP  US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

36

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1

## Appendix F

2   1. All ACCOUNTS at Schroder and Co. Bank AG owned or controlled by

3      LEILA, including but not limited to account number

4      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;

5   2. All ACCOUNTS at JSC Eurasian Bank owned or controlled by LEILA,

6      including but not limited to ACCOUNT numbers ▮▮▮▮▮▮▮▮▮▮▮,

7      ▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮,

8      ▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮,

9      ▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮;

10  3. All ACCOUNTS at Wells Fargo Bank owned or controlled by ILIYAS,

11     including but not limited to ACCOUNT numbers ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮;

12  4. All ACCOUNTS at Edmond De Rothschild owned or controlled by

13     ILIYAS, including but not limited to ACCOUNT number

14     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮;

15  5. All ACCOUNTS at Dresdner Bank Ltd. owned or controlled by ILIYAS;

16  6. All ACCOUNTS at Wells Fargo Bank owned or controlled by ELVIRA,

17     including but not limited to ACCOUNT numbers ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮,

18     ▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮;

19  7. All ACCOUNTS at Bank of America owned or controlled by ELVIRA,

20     including but not limited to ACCOUNT numbers ▮▮▮▮▮▮▮ ▮▮▮▮▮

21     ▮▮▮▮;

22  8. All ACCOUNTS at Bank Credit Suisse AG owned or controlled by

23     ELVIRA, including but not limited to ACCOUNT number

24     ▮▮▮▮▮▮▮▮▮▮▮▮▮;

25  9. All ACCOUNTS at Bank Sarasin and Co., Ltd. owned or controlled by

26     ELVIRA, including but not limited to ACCOUNT number

27     ▮▮▮▮▮▮▮▮▮▮▮▮▮;

28

LATHAM&WATKINS LLP US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES
37
CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1    10. All ACCOUNTS at Wells Fargo Bank owned or controlled by ELVIRA,

2        including but not limited to ACCOUNT numbers ▓▓▓▓ ▓▓▓▓,

3        ▓▓▓ , ▓▓▓ ▓▓▓ ▓▓▓ ▓▓▓;

4    11. All ACCOUNTS at Bank Julius Baer and Co., Ltd. owned or controlled by

5        ELVIRA, including but not limited to ACCOUNT numbers

6        ▓▓▓▓▓▓ , ▓▓▓▓▓▓;

7    12. All ACCOUNTS at Bank Cantonal de Geneve owned or controlled by

8        ELVIRA, including but not limited to ACCOUNT number ▓▓▓▓;

9    13. All ACCOUNTS at SperBank owned or controlled by ELVIRA, including

10       but not limited to ACCOUNT number ▓▓▓▓;

11    14. All ACCOUNTS at American Express Bank, Ltd. owned or controlled by

12       ELVIRA;

13    15. All ACCOUNTS at Bank Schroder and Co. AG owned or controlled by

14       ELVIRA;

15    16. All ACCOUNTS at Deutsche Bank AG owned or controlled by ELVIRA;

16    17. All ACCOUNTS at Wells Fargo Bank owned or controlled by DMITRY,

17       including but not limited to ACCOUNT numbers ▓▓▓▓ , ▓▓▓▓,

18       ▓▓▓▓;

19    18. All ACCOUNTS at Bank of America owned or controlled by DMITRY,

20       including but not limited to ACCOUNT numbers ▓▓▓▓ , ▓▓▓

21       ▓▓;

22    19. All ACCOUNTS at Bank Sarasin owned or controlled by DMITRY;

23    20. All ACCOUNTS at Compagnie Privee De Conseils et D'I owned or

24       controlled by CANDIAN;

25    21. All ACCOUNTS at FBME Bank Ltd. owned or controlled by

26       CROWNWAY, including but not limited to ACCOUNT number

27    ▓▓▓▓▓▓,

28

LATHAM&WATKINS↳↳ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

38

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1    22. All ACCOUNTS at Duetsche Bank Tr Company America owned or

2         controlled by CROWNWAY;

3    23. All ACCOUNTS at FBME Bank Ltd. owned or controlled by VILDER,

4         including but not limited to ACCOUNT number ███████████████;

5    24. All ACCOUNTS at Raifeisen Bank International owned or controlled by

6         VILDER;

7    25. All ACCOUNTS at Wells Fargo Bank owned or controlled by HAUTE

8         HUE, including but not limited to ACCOUNT numbers ██████████,

9         ██████████, ██████████, ██████████;

10    26. All ACCOUNTS at Wells Fargo Bank owned or controlled by MARO

11         DESIGN, including but not limited to ACCOUNT numbers ██████████,

12         ██████████, ██████████, ██████████;

13    27. All ACCOUNTS at Manufacturers Bank owned or controlled by Maro

14         Enterprises LLC, including but not limited to ACCOUNT number

15         ██████████;

16    28. All ACCOUNTS at JP Morgan Chase Bank owned or controlled by RPM

17         USA, including but not limited to ACCOUNT number ███████████;

18    29. All ACCOUNTS at Wells Fargo Bank owned or controlled by RPM-

19         MARO, including but not limited to ACCOUNT numbers ██████████,

20         ██████████;

21    30. All ACCOUNTS at JP Morgan Chase Bank owned or controlled by RPM-

22         MARO, including but not limited to ACCOUNT numbers

23         ██████████, ████████████;

24    31. All ACCOUNTS at Wells Fargo Bank owned or controlled by 628

25         HOLDINGS, including but not limited to ACCOUNT numbers ███████████,

26         ██████████;

27

28

LATHAM&WATKINS™ US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1   32. All ACCOUNTS at Comerica Bank owned or controlled by WHN or Health

2        Station Networks, Inc., including but not limited to ACCOUNT number

3        ▮▮▮▮;

4   33. All ACCOUNTS at JP Morgan Chase Bank owned or controlled by WHN or

5        Health Station Networks, Inc., including but not limited to ACCOUNT

6        number ▮▮▮▮▮;

7   34. All ACCOUNTS at Bank of America owned or controlled by WHN or

8        Health Station Networks, Inc., including but not limited to ACCOUNT

9        number ▮▮▮▮;

10  35. All ACCOUNTS at Swiss Post Postfinance owned or controlled by SDG

11       Capital S.A., including but not limited to ACCOUNT number

12       ▮▮▮▮▮;

13  36. All ACCOUNTS at Bank Vontobel AG owned or controlled by SDG

14       Capital S.A., including but not limited to ACCOUNT number

15       ▮▮▮;

16  37. All ACCOUNTS at CPCICHGG owned or controlled by SDG Capital S.A.,

17       including but not limited to ACCOUNT number ▮▮▮▮;

18  38. All ACCOUNTS at Compagnie Privee De Conseils Et D'I owned or

19       controlled by Adlux Sarl, including but not limited to ACCOUNT number

20       ▮▮▮▮▮;

21  39. All ACCOUNTS at CPCICHGG owned or controlled by Adlux Sarl,

22       including but not limited to ACCOUNT number ▮▮▮▮;

23  40. All ACCOUNTS at Wells Fargo Bank owned or controlled by Soho 3203

24       LLC, including but not limited to ACCOUNT numbers ▮▮▮▮,

25       ▮▮▮;

26  41. All ACCOUNTS at Wells Fargo Bank owned or controlled by Soho 3310

27       LLC, including but not limited to ACCOUNT numbers ▮▮▮▮,

28       ▮▮▮;

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1 42. All ACCOUNTS at Wells Fargo Bank owned or controlled by Soho 3311

2  LLC, including but not limited to ACCOUNT numbers ,

3       ; and

4 43. All ACCOUNTS at Manufacturer's Bank owned or controlled by Amnon

5  Mizrahi, including but not limited to ACCOUNT number .

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP  US-DOCS\92660184.7
ATTORNEYS AT LAW
LOS ANGELES

41

CITY OF ALMATY'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 11

1
2
3
4
5
6

LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
  Julie R. F. Gerchik (Bar No. 237764)
  *julie.gerchik@lw.com*
  Kendall M. Howes (Bar No. 294285)
  *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

7  Attorneys for Plaintiff the City of Almaty

8

9                **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  CITY OF ALMATY, a foreign state, | Case No. CV14-3650-FMO-CW |
| 13                 Plaintiff, | **PROOF OF SERVICE OF PLAINTIFF'S DISCOVERY** |
| 14       v. | |
| 15  VIKTOR KHRAPUNOV, an individual; *et al.*, | |
| 16                 Defendants. | Action Filed:  May 13, 2014 Assigned To: Hon. Fernando M. Olguin |
| 17 | |

18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 11

## **PROOF OF SERVICE**

I, Ana Jimenez, am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA  90071-1560.

On **September 12, 2017**, I served the following documents described as:

1.  Notice of Deposition of Defendant Elvira Khrapunova
2.  Notice of Deposition of Defendant Dmitry Kudryashov
3.  Plaintiff City of Almaty's Second Set of Requests for Admissions to Defendant Elvira Khrapunova
4.  Plaintiff City of Almaty's Second Set of Requests for Admissions to Defendant Dmitry Kudryashov
5.  Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Elvira Khrapunova
6.  Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Dmitry Kudryashov
7.  Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust
8.  Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust
9.  Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant RPM USA, LLC
10. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant RPM-Maro LLC
11. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Maro Design LLC
12. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Haute Hue LLC
13. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant 628 Holdings LLC
14. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Candian International Ltd.
15. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Elvira Khrapunova
16. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Dmitry Kudryashov
17. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust
18. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust
19. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant RPM USA, LLC
20. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant RPM-Maro LLC
21. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Maro Design LLC
22. Plaintiff City of Almaty's Third Set of Interrogatories to

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 11

| | |
|---|---|
| 1 | Defendant Haute Hue LLC |
| | 23. Plaintiff City of Almaty's Third Set of Interrogatories to |
| 2 | Defendant 628 Holdings LLC |
| | 24. Plaintiff City of Almaty's Third Set of Interrogatories to |
| 3 | Defendant Candian International Ltd. |

by serving a true copy of the above-described document in the following manner:

**BY OVERNIGHT MAIL DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express.

Mr. Jan Handzlik
Handzlik & Associates, APC
515 S. Flower St. 36th Floor
Los Angeles, California 90071

Attorney for:
Elvira Khrapunova a/k/a Elvira Kudryashova a/k/a Elvira Balmadini
Dmitry Kudryashov a/k/a Dmitri Kudryashov
Elvira Kudryashova as Trustee for the Kasan Family Trust
Dmitry Kudryashov as Trustee for the Kasan Family
RPM USA, LLC
RPM-Maro LLC
Maro Design LLC
Haute Hue LLC
628 Holdings LLC
Candian International Ltd.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 12, 2017**, at Los Angeles, California.

Ana Jimenez

LATHAM&WATKINS US-DOCS\93193137.3
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 11

1  LATHAM & WATKINS LLP
2      David J. Schindler (Bar No. 130490)
          *david.schindler@lw.com*
3      Julie R. F. Gerchik (Bar No. 237764)
          *julie.gerchik@lw.com*
4      Kendall M. Howes (Bar No. 294285)
          *kendall.howes@lw.com*
5   355 South Grand Avenue, Suite 100
   Los Angeles, California 90071-1560
6   Telephone: +1.213.485.1234
   Facsimile: +1.213.891.8763

7  Attorneys for Plaintiff the City of Almaty

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  CITY OF ALMATY, a foreign state,        Case No. CV14-3650-FMO-CW

13                   Plaintiff,             **PROOF OF SERVICE OF**
                                            **PLAINTIFF'S DISCOVERY**
14            v.

15  VIKTOR KHRAPUNOV, an
    individual; *et al.*,
16                                          Action Filed: May 13, 2014
                     Defendants.           Assigned To: Hon. Fernando M. Olguin
17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 11

## **PROOF OF SERVICE**

I, Ana Jimenez, am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA  90071-1560.

On **September 12, 2017**, I served the following documents described as:

1. Notice of Deposition of Defendant Elvira Khrapunova
2. Notice of Deposition of Defendant Dmitry Kudryashov
3. Plaintiff City of Almaty's Second Set of Requests for Admissions to Defendant Elvira Khrapunova
4. Plaintiff City of Almaty's Second Set of Requests for Admissions to Defendant Dmitry Kudryashov
5. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Elvira Khrapunova
6. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Dmitry Kudryashov
7. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust
8. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust
9. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant RPM USA, LLC
10. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant RPM-Maro LLC
11. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Maro Design LLC
12. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Haute Hue LLC
13. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant 628 Holdings LLC
14. Plaintiff City of Almaty's Third Set of Requests for Production of Documents to Defendant Candian International Ltd.
15. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Elvira Khrapunova
16. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Dmitry Kudryashov
17. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Elvira Kudryashova as Trustee for the Kasan Family Trust
18. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Dmitry Kudryashov as Trustee for the Kasan Family Trust
19. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant RPM USA, LLC
20. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant RPM-Maro LLC
21. Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Maro Design LLC
22. Plaintiff City of Almaty's Third Set of Interrogatories to

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 11

1 |       Defendant Haute Hue LLC
2 |   23.  Plaintiff City of Almaty's Third Set of Interrogatories to Defendant 628 Holdings LLC
3 |   24.  Plaintiff City of Almaty's Third Set of Interrogatories to Defendant Candian International Ltd.

4   by serving a true copy of the above-described documents in the following manner:

5                           **BY OVERNIGHT MAIL DELIVERY**

6       I am familiar with the office practice of Latham & Watkins LLP for
7 collecting and processing documents for overnight mail delivery by Federal
Express.  Under that practice, documents are deposited with the Latham & Watkins
8 LLP personnel responsible for depositing documents in a post office, mailbox,
subpost office, substation, mail chute, or other like facility regularly maintained for
9 receipt of overnight mail by Federal Express; such documents are delivered for
10 overnight mail delivery by Federal Express on that same day in the ordinary course
of business, with delivery fees thereon fully prepaid and/or provided for.  I
11 deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or
12 package containing the above-described documents and addressed as set forth
below in accordance with the office practice of Latham & Watkins LLP for
13 collecting and processing documents for overnight mail delivery by Federal
14 Express.

15                         Martha Boersch
16                         Boersch Shapiro LLP
                    1611 Telegraph Ave., Suite 806
17                         Oakland, CA  94612

18                         Attorney for:
                        Viktor Khrapunov
19                         Leila Khrapunova
          Iliyas Khrapunov a/k/a Ilyas Khrapunov
20     Madina Ablyazova a/k/a Madina Khrapunova

21       I declare that I am employed in the office of a member of the Bar of, or
22 permitted to practice before, this Court at whose direction the service was made
and declare under penalty of perjury under the laws of the State of California that
23 the foregoing is true and correct.

24       Executed on **September 12, 2017**, at Los Angeles, California.

25

26                           Ana Jimenez

27

28

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\93740808.1

PROOF OF SERVICE OF
PLAINTIFF'S DISCOVERY

EXHIBIT 11

1
2
3
4
5
6
7

LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
  Manny A. Abascal (Bar No. 171301)
  *manny.abascal@lw.com*
  Julie R. F. Gerchik (Bar No. 237764)
  *Julie.gerchik@lw.com*
  Kristen M. Tuey (Bar No. 252565)
  *kristen.tuey@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

8

Attorneys for Plaintiff the City of Almaty

9

10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  CITY OF ALMATY, a foreign state, | Case No. CV14-3650-FMO-CW |
| 14       Plaintiff, | Assigned To: Hon. Fernando M. Olguin |
| 15    v. | **PLAINTIFF CITY OF ALMATY'S SECOND SET OF INTERROGATORIES TO DEFENDANT ELVIRA KHRAPUNOVA** |
| 16  VIKTOR KHRAPUNOV, an individual; *et al.*, | |
| 17       Defendants. | |
| 18 | Action Filed:  May 13, 2014 |
| 19 | |

20

PROPOUNDING PARTY:     PLAINTIFF CITY OF ALMATY

21

RESPONDING PARTY:      DEFENDANT ELVIRA KHRAPUNOVA

22

SET NUMBER:            TWO

23
24
25
26
27
28

SECOND SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 12

1　　　　Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff City of

2　Almaty hereby requests that Defendant Elvira Khrapunova respond in writing and

3　under oath to the following interrogatories within thirty (30) days, at the law

4　offices of Latham & Watkins LLP, 355 S. Grand Avenue, Los Angeles, California

5　90071-1560.

6　　　　　　　　　　　　　　**DEFINITIONS**

7　　　　1.　　　"REFER TO" or "REFERRING TO" any given subject matter means,

8　without limitation, anything that in whole or in part refers to, alludes to, responds

9　to, is connected with, comments on, is about, regards, discusses, shows, describes,

10　lists, mentions, reflects, analyzes, comprises, constitutes, contains, and/or

11　memorializes that subject matter.

12　　　　2.　　　The terms "PLAINTIFF" and "ALMATY" shall mean and REFER

13　TO the Plaintiff City of Almaty, and all agents, representatives, employees, current

14　elected officials, their agents, their employees, their investigators, their

15　representatives, and anyone else acting on ALMATY's behalf.

16　　　　3.　　　The terms "YOU," "YOUR," or "ELVIRA," as used herein, shall

17　mean and REFER TO Defendant Elvira Khrapunova a/k/a Elvira Kudryashova

18　a/k/a Elvira Balmadini, and any person or entity, past or present, acting on behalf

19　of Elvira Khrapunov a/k/a Elvira Kudryashova a/k/a Elvira Balmadini, including,

20　but not limited to, each of her respective attorneys, agents and/or representatives.

21　　　　4.　　　"PERSON(S)" as used herein shall REFER TO, mean and include

22　any natural person or firm association, organization, partnership, business, trust,

23　corporation, public agency and/or other form of entity.

24　　　　5.　　　"DOCUMENT(S)" as used herein, shall REFER TO, mean and

25　include any tangible thing upon which any expression, communication or

26　representation has been recorded by any means, including but not limited to any

27　and all writings, including the original or a copy of handwriting, typewriting,

28　printing, photostating, photographing, electronic and/or each and every other

EXHIBIT 12

1  means of recording upon any tangible or electronic medium and/or thing as well as

2  any and all forms of communication or representation, including letters, words,

3  pictures, sounds or symbols, or any combination thereof.

4      6.    "RELATE," "RELATED," "RELATES" or "RELATING" to any

5  given subject matter means, without limitation, anything that, in whole or in part,

6  discusses, records, consists of, constitutes, reflects, shows, identifies, describes,

7  analyzes, names, or mentions that subject matter.

8      7.    "IDENTIFY" means:

9          (a)  With respect to natural persons, to list the person's full name (if

10  YOU do not know the person's full name, provide as much of the name and any

11  other identifying characteristics as possible), the person's title or profession,

12  affiliation (if any), and the person's last known address and telephone number.

13          (b)  With respect to entities, to list the entity's full name (if YOU do

14  not know the entity's full name, provide as much of the name and any other

15  identifying information as possible), and the entity's last known business

16  address(es) and telephone number(s).

17          (c)  With respect to accounts, funds, bonds, stocks, or monetary

18  instruments, to list the full name and address of the financial institution at which

19  the account, fund, bond, stock, or monetary instrument is held, the full account

20  number or similar identifying number, and the full name of the account holder(s).

21      (d)  With respect to real property, to list the full address of the property (if

22  YOU do not know the property's full address, provide as much of the address and

23  any other identifying information as possible).

24      8.    "VIKTOR" shall mean and REFER TO Defendant Viktor Khrapunov,

25  and any person or entity, past or present, acting on behalf of Viktor Khrapunov,

26  including, but not limited to, each of his respective attorneys, agents and/or

27  representatives.

28

LATHAM&WATKINSᴸᴸᴾ DC\3821148 2
ATTORNEYS AT LAW
LOS ANGELES

2

SECOND SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 12

9.     "LEILA" shall mean and REFER TO Defendant Leila Khrapunov, and any person or entity, past or present, acting on behalf of Leila Khrapunov, including, but not limited to, each of her respective attorneys, agents and/or representatives.

10.     "ILIYAS" shall mean and REFER TO Defendant Iliyas Khrapunov, and any person or entity, past or present, acting on behalf of Iliyas Khrapunov, including, but not limited to, each of his respective attorneys, agents and/or representatives.

11.     "MADINA" shall mean and REFER TO Defendant Madina Ablyazova a/k/a Madina Khrapunov, and any person or entity, past or present, acting on behalf of Madina Ablyazova a/k/a Madina Khrapunov, including, but not limited to, each of her respective attorneys, agents and/or representatives.

12.     "DMITRI" shall mean and REFER TO Defendant Dmitri Kudryashov, and any person or entity, past or present, acting on behalf of Dmitri Kudryashov, including, but not limited to, each of his respective attorneys, agents and/or representatives.

13.     "KASAN FAMILY TRUST" shall mean and REFER TO the Kasan Family Trust and/or its trustees, including but not limited to ELVIRA and DMITRI, and includes and REFER TO all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, KASAN FAMILY TRUST's and/or its trustees' successors in interest, their agents, their employees, their investigators, their representatives, their insurance companies, and anyone else acting on behalf of KASAN FAMILY TRUST and/or its trustees.

14.     "RPM USA" shall mean and REFER TO Defendant RPM USA, LLC, and includes and REFERS TO all of said entity's subsidiaries, parent/holding companies, agents, representatives, investigators, employees, contractors, insurance companies, RPM USA's successors in interest, their agents, their

LATHAM&WATKINS LLP DC\3821148.2
ATTORNEYS AT LAW
LOS ANGELES

3

SECOND SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 12

1   employees, their investigators, their representatives, their insurance companies,

2   and anyone else acting on RPM USA's behalf.

3        15.   "RPM-MARO" shall mean and REFER TO Defendant RPM-Maro

4   LLC, and includes and REFERS TO all of said entity's subsidiaries, parent/holding

5   companies, agents, representatives, investigators, employees, contractors,

6   insurance companies, RPM MARO's successors in interest, their agents, their

7   employees, their investigators, their representatives, their insurance companies,

8   and anyone else acting on RPM MARO's behalf.

9        16.   "MARO DESIGN" shall mean and REFER TO Defendant Maro

10  Design LLC, and includes and REFERS TO all of said entity's subsidiaries,

11  parent/holding companies, agents, representatives, investigators, employees,

12  contractors, insurance companies, MARO DESIGN's successors in interest, their

13  agents, their employees, their investigators, their representatives, their insurance

14  companies, and anyone else acting on MARO DESIGN's behalf.

15       17.   "628 HOLDINGS" shall mean and REFER TO Defendant 628

16  Holdings LLC, and includes and REFERS TO all of said entity's subsidiaries,

17  parent/holding companies, agents, representatives, investigators, employees,

18  contractors, insurance companies, 628 HOLDINGS' successors in interest, their

19  agents, their employees, their investigators, their representatives, their insurance

20  companies, and anyone else acting on 628 HOLDINGS' behalf.

21       18.   "CANDIAN" shall mean and REFER TO Defendant Candian

22  International Ltd., and includes and REFERS TO all of said entity's subsidiaries,

23  parent/holding companies, agents, representatives, investigators, employees,

24  contractors, insurance companies, CANDIAN's successors in interest, their agents,

25  their employees, their investigators, their representatives, their insurance

26  companies, and anyone else acting on CANDIAN's behalf.

27       19.   "HAUTE HUE" shall mean and refer to Defendant Haute Hue LLC,

28  and includes and refers to all of said entity's subsidiaries, parent/holding

LATHAM&WATKINS LLP DC\3821148.2
ATTORNEYS AT LAW
LOS ANGELES

4

SECOND SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 12

1   companies, agents, representatives, investigators, employees, contractors,

2   insurance companies, HAUTE HUE's successors in interest, their agents, their

3   employees, their investigators, their representatives, their insurance companies,

4   and anyone else acting on HAUTE HUE's behalf.

5        20.    "DEFENDANT" or "DEFENDANTS" shall mean and REFER TO

6   VIKTOR, LEILA, ILIYAS, MADINA, ELVIRA, DMITRI, KASAN FAMILY

7   TRUST, RPM USA, RPM-MARO, MARO DESIGN, HAUTE HUE, 628

8   HOLDINGS, and CANDIAN.

9        21.    "ACCOUNTS" shall mean any type of financial arrangement

10  involving assets, liabilities, or other things of value, including without limitation

11  bank accounts, deposit accounts, checking accounts, money market accounts,

12  investment accounts, certificates of deposit, brokerage accounts, escrow accounts,

13  insurance policies, individual retirement accounts (IRAs), 401(k) accounts, trust

14  accounts, safety deposit boxes, arrangements with institutions holding precious

15  metals, custodial accounts, exchange traded funds, mutual funds, interests in

16  private equity funds, hedge funds, or other investment vehicles, credit cards, stored

17  value cards, online payment system, money transmitters and remitters (including

18  without limitation Western Union and MoneyGram), check cashers, currency

19  exchangers, Informal Value Transfer Systems (or any remittance systems based on

20  trust), and lines of credit, including lines of credit and accounts at any automobile,

21  jewelry, clothing or other retail entity.

22       22.    "RELATED PARTY" or "RELATED PARTIES" shall mean relative,

23  friend, business associate, business partner, agent, attorney, consultant, employee,

24  beneficiary, trustee, administrator, accountant, investment advisor, banker,

25  manager, broker, representative, director, officer, shareholder, or any other person

26  who acts or purports to act on behalf of or for the benefit of YOU or another

27  DEFENDANT.

28

LATHAM&WATKINS LLP DC\3821148.2
ATTORNEYS AT LAW
LOS ANGELES

5

SECOND SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 12

## INTERROGATORIES

**INTERROGATORY NO. 17:**

IDENTIFY all ACCOUNTS, assets, liabilities or things of value held in the name of any DEFENDANT, or any RELATED PARTY of YOU or any DEFENDANT, anywhere in the world and for each state the total value.

**INTERROGATORY NO. 18:**

With respect to Exhibit 1 attached to Defendants' Requests for Admissions to Plaintiff the City of Almaty and referenced in Defendants' Request for Admissions No. 96:

(a)  IDENTIFY from whom YOU received Exhibit 1;

(b)  State to the best of your knowledge how Exhibit 1 was obtained by the PERSON from whom YOU received Exhibit 1;

(c)  State the date on which YOU received Exhibit 1;

(d)  State the manner (i.e., email, hardcopy, etc.) by which YOU received Exhibit 1;

(e)  Describe all other DOCUMENTS you received from the PERSON from whom YOU received Exhibit 1.

**INTERROGATORY NO. 19:**

With respect to Exhibit 2 attached to Defendants' Requests for Admissions to Plaintiff the City of Almaty and referenced in Defendants' Request for Admissions No. 97:

(a)  IDENTIFY from whom YOU received Exhibit 2;

(b)  State to the best of your knowledge how Exhibit 2 was obtained by the PERSON from whom YOU received Exhibit 2;

(c)  State the date on which YOU received Exhibit 2;

(d)  State the manner (i.e., email, hardcopy, etc.) by which YOU received Exhibit 2;

LATHAM&WATKINS LLP DC\3821148.2
ATTORNEYS AT LAW
LOS ANGELES

6

SECOND SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 12

1      (e)  Describe all other DOCUMENTS you received from the PERSON from

2    whom YOU received Exhibit 2.

3    **INTERROGATORY NO. 20:**

4      IDENTIFY and state the occupation and relationship to any DEFENDANT

5    of the following PERSONS:  (a)  Elena Petelina; and (b) Kira Smith.

6    **INTERROGATORY NO. 21:**

7      State all names used, at any time, by YOU.

8    **INTERROGATORY NO. 22:**

9      State all email addresses used by YOU, or anyone communicating on YOUR

10    behalf, from 2007 to present.

11

12    Dated:  June 3, 2015               LATHAM & WATKINS LLP

13

14                            By   /s/ David J. Schindler

15                             David J. Schindler

16                             Manny A. Abascal
                                   Julie R. F. Gerchik
                                   Kristen M. Tuey

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP   DC\3821148 2
ATTORNEYS AT LAW
LOS ANGELES

7

SECOND SET OF INTERROGATORIES
TO DEFENDANT ELVIRA KHRAPUNOVA

EXHIBIT 12

**Attachments:**   KZ - Requests for Admissions (Set One) to Elvira Kudryashova as Trustee of the Kasan Family Trust.pdf
KZ - Requests for Admissions (Set One) to Haute Hue.pdf
KZ - Requests for Admissions (Set One) to Maro Design.pdf
KZ - Requests for Admissions (Set One) to RPM USA.pdf
KZ - Requests for Admissions (Set One) to 628 Holdings.pdf
KZ - Requests for Admissions (Set One) to Candian.pdf
KZ - Requests for Admissions (Set One) to Dmitri Kudryashov as Trustee of the Kasan Family Trust.pdf
KZ - Requests for Admissions (Set One) to RPM-Maro.pdf
KZ - Interrogatories (Set Two) to Candian.pdf
KZ - Interrogatories (Set Two) to 628 Holdings.pdf
KZ - Interrogatories (Set Two) to RPM-Maro.pdf
KZ - Interrogatories (Set Two) to RPM USA.pdf
KZ - Interrogatories (Set Two) to Maro Design.pdf
KZ - Interrogatories (Set Two) to Haute Hue.pdf
KZ - Interrogatories (Set Two) to Dmitri Kudryashov as Trustee of the Kasan Family Trust.pdf
KZ - Interrogatories (Set Two) to Elvira Kudryashova as Trustee of the Kasan Family Trust.pdf
KZ - Interrogatories (Set Two) to Dmitri Kudryashov.pdf
KZ - Interrogatories (Set Two) to Elvira Khrapunova.pdf
KZ - Requests for Admissions (Set One) to Dmitri Kudryashov.pdf
KZ - Requests for Admissions (Set One) to Elvira Khrapunova.pdf

---

**From:** Tuey, Kristen (LA) <Kristen.Tuey@lw.com>
**Sent:** Wednesday, June 3, 2015 8:20 PM
**To:** JL Handzlik
**Cc:** Gerchik, Julie (LA); Schindler, David (LA); Abascal, Manny (LA)
**Subject:** City of Almaty v. Khrapunov et al.

Jan,

Attached please find Plaintiff's Interrogatories (Set Two) and Requests for Admissions (Set One) to Defendants Elvira Khrapunova, Dmitri Kudryashov, Elvira Kudryashova as Trustee of the Kasan Family Trust, Dmitri Kudryashov as Trustee of the Kasan Family Trust, Haute Hue LLC, Maro Design LLC, RPM USA LLC, RPM-Maro LLC, 628 Holdings LLC, and Candian International Ltd.

Thanks,
Kristen

**Kristen M. Tuey**

**LATHAM & WATKINS LLP**
355 South Grand Avenue
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8148
Fax: +1.213.891.8763
Email: kristen.tuey@lw.com
http://www.lw.com

EXHIBIT 12