1  BOERSCH SHAPIRO LLP
2  David W. Shapiro (State Bar No. 219265)
   Dshapiro@boerschshapiro.com
3  Martha Boersch (State Bar No. 126569)
4  Mboersch@boerschshapiro.com
   Lara Kollios (State Bar No. 235395)
5  Lkollios@boerschshapiro.com
6  1611 Telegraph Ave., Ste. 806
   Oakland, CA 94612
7  Telephone: (415) 500-6640

8  Attorneys for Defendants

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12
   CITY OF ALMATY,                        Case No. 14-cv-03650-FMO (FFM)
13                                         *Consolidated with case no. 15-cv-02628-*
                    Plaintiff,             *FMO (CW)*
14
          v.
15                                         **DEFENDANTS' UNOPPOSED**
   VIKTOR KHRAPUNOV, et al.,               **REQUEST FOR LEAVE TO FILE**
16                                         **OVERSIZE MEMORANDUM IN**
                    Defendants.            **SUPPORT OF DEFENDANTS'**
17                                         **MOTION TO DISMISS FIRST**
                                           **CONSOLIDATED AMENDED**
18                                         **COMPLAINT FOR FAILURE TO**
                                           **STATE A CLAIM UNDER RULE**
19                                         **12(b)(6)**

20

21

22

23

24

25

26

27

28
                                              REQUEST FOR LEAVE TO
                                           FILE OVERSIZE MEMORANDUM
                                           Case No.: 14-cv-03650-FMO (FFM)

Defendants Madina Ablyazova; Iliyas Khrapunov; Leila Khrapunov; Viktor Khrapunov; Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Crownway Ltd.; Vilder Company S.A.; World Health Networks, Inc.; ThirtyEight Enterprises, LLC; Elvira Kudryashova as Trustee of The Kasan Family Trust; and Dmitry Kudryashov as Trustee of The Kasan Family Trust, through their counsel of record, respectfully request leave to file an oversize memorandum in support of Defendants' Motion to Dismiss First Consolidated Amended Complaint for failure to State a Claim, attached hereto as Exhibit A. Although undersigned counsel has made every effort to comply with the page limit dictated by this Court's standing order, Defendants' memorandum exceeds the 25-page limit by three pages.

This request is made on the basis that Defendants' Motion to Dismiss must fully address each deficiency in the First Consolidated Amended Complaint ("FCAC") or risk waiver of such arguments. Almaty's FCAC is 54 pages (Dkt. No. 198) and consists of 216 Paragraphs. The FCAC alleges five different causes of action including two sprawling RICO claims under 18 U.S.C. § 1962 that are based on three separate federal criminal statutes and allege conduct going back to 1997 in Almaty, Kazakhstan. These claims present complicated legal issues relating to the statute of limitations and extraterritorial application that required a thorough legal analysis and application of Almaty's lengthy allegations.

Moreover, as argued in the Motion to Dismiss, it is Defendants' position that Almaty's claims here are barred by the doctrine of claim splitting due to an almost identical case that Almaty filed in the Southern District of New York, *City of Almaty, et al. v. Ablyazov, et al.*, No. 15-cv-05345 (S.D.N.Y., Oct. 12, 2015). That argument required Defendant's comprehensive analysis and description of those proceedings and relevant holdings.

REQUEST FOR LEAVE TO
FILE OVERSIZE MEMORANDUM
Case No.: 14-cv-03650-FMO (FFM)

Almaty's counsel does not object to Defendants' request to exceed this Court's page limitation by three pages.

For these reasons, Defendants respectfully request this Court grant leave to exceed the page limit for their Motion to Dismiss the First Consolidated Amended Complaint by four pages.  A proposed order and Defendants' proposed Motion to Dismiss First Consolidated Amended Complaint accompany this filing.

Dated:  February 7, 2018

Respectfully submitted,

BOERSCH SHAPIRO LLP

 _/s/Martha Boersch_____
Martha Boersch

Attorneys for Defendants