BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>Plaintiff,<br><br>v.<br><br>VIKTOR KHRAPUNOV, et al.,<br><br>Defendants. | Case No. 14-cv-03650-FMO (FFM)<br>*Consolidated with case no. 15-cv-02628-FMO (CW)*<br><br>**DECLARATION OF LARA KOLLIOS IN SUPPORT OF THE DEFENDANTS' MOTION TO DISMISS FIRST CONSOLIDATED AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**<br><br>Date:  March 22, 2018<br>Time: 10:00 a.m.<br>Ctrm: 6D |

DECLARATION OF LARA KOLLIOS
Case No.: 14-cv-03650-FMO (FFM)

1. I, LARA KOLLIOS, am an attorney licensed to practice law before the courts of the State of California and this Court. I make this declaration in support of Defendants' Motion to Dismiss Consolidated Amended Complaint For Failure To State A Claim Under Rule 12(b)(6). I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the United States' State Department's "Kazakhstan 2016 Human Rights Report," printed from https://www.state.gov/documents/organization/265750.pdf on October 25, 2017.

3. Attached hereto as Exhibit 2 is a true and correct copy of the January 2017 Human Rights Watch Country Summary on Kazakhstan, printed from https://www.hrw.org/sites/default/files/kazakhstan_1.pdf on October 25, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of the October 11, 2017 Declaration No. 638 of the Council of Europe, titled "Kazakhstan: political oppression, injustice and torture must be stopped," printed from http://www.assembly.coe.int/nw/xml/XRef/Xref-XML2HTML-en.asp?fileid=24151&lang=en on October 25, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of the September 27, 2017 article by Tom Burgis titled "*Spies, Lies and the Oligarch: Inside London's Booming Secrets Industry*, accessed through the *Financial Times* online portal at www.ft.com.

6. Attached hereto as Exhibit 5 is a true and correct copy of the January 25, 2018 Declaration No. 652 of the Council of Europe, titled "Kazakhstan has to fully comply with its commitments under the International Covenant on Civil andPolitical Rights," printed from http://assembly.coe.int/nw/xml/XRef/Xref-XML2HTML-en.asp?fileid=24490&lang=en on February 7, 2018.

7. Attached hereto as Exhibit 6 is a true and correct copy of the City of Almaty's, Kazakhstan's, and BTA Bank's Amended Crossclaims, filed in the *City of*

*Almaty, et al. v. Ablyazov, et al.*, No. 15-cv-05345 (S.D.N.Y., Oct. 12, 2015) (Dkt. No. 219).

8. Attached hereto as Exhibit 7 is a true and correct copy of the docket in *City of Almaty, et al. v. Ablyazov, et al.*, No. 15-cv-05345 (S.D.N.Y., Oct. 12, 2015), printed on Februarys 7, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the March 6, 2017, oral argument before the Ninth Circuit in *City of Almaty v. Elvira Khrapunov, et al.*, No. 15-56627.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Peter B. Maggs in Support of the Defendants' Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7 day of February 2018, in Oakland, California.

*/s/ Lara Kollios*
Lara Kollios