# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VIKTOR KHRAPUNOV, et al.,<br><br>　　　　　　　Defendants. | Case No. 14-cv-03650-FMO (FFM)<br>*Consolidated with case no. 15-cv-02628-FMO (CW)*<br><br>**ORDER VACATING FEBRUARY 13, 2018 MOTION HEARING AND DENYING, IN PART, MOTIONS TO COMPEL** |

　　　　On January 23, 2018, plaintiff, City of Almaty, noticed numerous motions to compel discovery for February 13, 2018. At approximately 5:30 p.m. on Friday, February 9, 2018, the parties filed a stipulation to continue the February 12 hearing to either February 14, February 22, or such other date as the Court desired.

　　　　The motions are not presented in a manner that is conducive to analysis and decision. The motions include a 618 page joint stipulation along with exhibits comprising another like number of pages. The parties should have grouped together similar arguments and focused on the relevance of the apparently overly broad requests and definitions. Given the sheer number of discovery requests, the parties should have made use of tables to assist in summarizing the issues presented.

　　　　Nonetheless, the Court has reviewed the documents filed by the parties, vacates the hearing date, and rules as follows:

1. **Depositions.**

It appears that the motion only concerns the depositions of Viktor Khrapunov, Iliyas Khrapunov, Leila Khrapunova, and Madrina Ablyazova. All of these defendants are allegedly residents of Switzerland. (First Consolidated Amended Complaint at §§ 9 and 11.) Ordinarily the deposition of a defendant takes place in the district where the defendant resides. The Court notes that plaintiff selected the instant forum. The Court also notes that at least one other United States Court has denied plaintiff's request that these defendants be deposed in the United States. In any event, the Court finds that plaintiff has failed to demonstrate justification for requiring such defendants to travel to the United States for deposition. Accordingly, the Court DENIES plaintiff's motion to compel the depositions of defendants Viktor Khrapunov, Iliyas Khrapunov, Leila Khrapunova, and Madrina Ablyazova in the United States.

2. **Written Discovery.**

The Court notes that defendants Viktor Khrapunov, Iliyas Khrapunov, Leila Khrapunova, and Madrina Ablyazova have raised a non-frivolous objection to personal jurisdiction in this district. In addition, all defendants have filed a motion to dismiss for lack of subject matter jurisdiction. The Court further notes that plaintiff has propounded an extraordinary amount of discovery on defendants, including interrogatories containing numerous subparts in excess of the limits prescribed in the Federal Rules of Civil Procedure.

Given these circumstances, the motions as to written discovery are DENIED without prejudice to the extent they seek discovery not narrowly focused on the personal jurisdiction issue and, to the extent necessary, the subject matter jurisdiction issue. With respect to discovery related to jurisdiction, counsel for the parties are ordered to meet and confer in person within ten days of the date of this order to attempt to agree on a reasonable amount of jurisdiction discovery. To the extent the parties are unable to agree, they are ordered to submit a joint stipulation limited to ten pages per side setting forth the last and best offer each side submitted to the other and any

argument as to why such proposal is appropriate and should be adopted by the Court. Any such document that exceeds the foregoing page limitations will be rejected and not considered by the Court. The joint stipulation must be filed within ten days of the date of the meeting of counsel. The Court will determine whether to hold oral argument on the joint stipulation and advise the parties accordingly.

    IT IS SO ORDERED.


DATE: February 12, 2018                  /S/ Frederick F. Mumm
                                                    Honorable Frederick F. Mumm
                                                    United States Magistrate Judge