| | |
|---|---|
| 1 | BOERSCH SHAPIRO LLP |
| 2 | Martha Boersch (State Bar No. 126569) |
|   | Mboersch@boerschshapiro.com |
| 3 | Lara Kollios (State Bar No. 235395) |
| 4 | Lkollios@boerschshapiro.com |
|   | 1611 Telegraph Ave., Ste. 806 |
| 5 | Oakland, CA 94612 |
| 6 | Telephone: (415) 500-6640 |
| 7 | Attorneys for Defendants |
| 8 | Madina Ablyazova, Iliyas Khrapunov, Leila Khrapunov, Viktor Khrapunov, Elvira |
| 9 | Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; |
| 10 | RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian |
| 11 | International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; Dmitry |
| 12 | Kudryashov as Trustee of The Kasan Family Trust, Crownway Ltd., Vilder Company |
| 13 | S.A., and World Health Networks, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>Plaintiff,<br><br>v.<br><br>VIKTOR KHRAPUNOV, et al.,<br><br>Defendants. | Case No. 14-cv-03650-FMO(FFMx)<br>*Consolidated with case no. 15-cv-02628-FMO (CW)*<br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Frederick F. Mumm<br><br>**DECLARATION OF LARA KOLLIOS IN SUPPORT OF PARTIES' JOINT SUBMISSION PURSUANT TO COURT ORDER**<br><br>[Joint Submission; Declaration of Jonathan M. Jackson filed concurrently herewith]<br><br>Courtroom: 6D<br>Action Filed: May 13, 2014 |

DECLARATION OF LARA KOLLIOS
Case No.: 14-cv-03650-FMO(FFMx)

# DECLARATION OF LARA KOLLIOS

I, LARA KOLLIOS, hereby declare under penalty of perjury under the laws of the State of California and this Court as follows:

1. I am an attorney licensed to practice law in the State of California. I am counsel to defendants Ilyas Khrapunov, Viktor Khrapunov, Madina Ablyazova, Leila Khapunov, Elvira Khrapunov a/k/a Elvira Kudryashova; Dmitry Kudryashov; RPM USA, LLC; RPM-Maro LLC; Maro Design LLC; Haute Hue LLC; 628 Holdings LLC; Candian International Ltd.; Elvira Kudryashova as Trustee of The Kasan Family Trust; Dmitry Kudryashov as Trustee of The Kasan Family Trust; Crownway, Ltd.; Vilder Company S.A.; ThirtyEight Enterpises LLC; and World Health Networks ("Defendants") in this matter and submit this declaration in support of the Parties' Joint Submission Pursuant to Court Order. I have personal knowledge of the facts set forth herein and, if called to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' revised definitions for the term "U.S. TRANSACTIONS".

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' discovery proposal

4. Attached hereto as Exhibit 3 is a true and correct copy of the email chain containing the parties' meet and confer efforts.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's discovery proposal.

6. Attached hereto as Exhibit 5 is a true and correct copy of a March 5, 2018 email from me to Plaintiff's counsel with defendants' discovery proposal.

7. On February 22, 2018, I participated in a meet and confer teleconference with Jonathan Jackson and Kendall Howes, lawyers for Almaty. The teleconference lasted approximately thirty minutes. During the call, Mr. Jackson stated that Almaty intended to move for reconsideration of the Court's February 13, 2018 Order (Dkt. No. 224), stating that Almaty believed it was inconsistent with the Honorable Fernando M.

Olguin's Pretrial Order. During the call, Ms. Howes began to explain that Almaty believed Defendants should respond to all of Almaty's pending discovery, but with narrowed defined terms. I stated I believed Almaty's position was inconsistent with the Court's order, and asked that Almaty send a written proposal of the discovery it sought from Defendants in light of the Court's order.

8. On February 23, 2018, I confirmed via email that Almaty would send a written proposal of narrowed discovery and repeated Defendants' position that we did "not believe the Court's order to mean that defendants are required to respond to the over 5,000 discovery requests Almaty has served with revised defined terms." Ex. 3.

9. I did not receive Almaty's written proposal until roughly 8:00 pm on Thursday, March 1, 2018. Ex. 3.

Executed this 5 day of March, 2018 at Oakland, California.

*/s/ Lara Kollios*_____
Lara Kollios