LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
 *david.schindler@lw.com*
Jonathan M. Jackson (Bar No. 257554)
 *jonathan.jackson@lw.com*
Kendall M. Howes (Bar No. 294285)
 *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for Plaintiff the City of Almaty*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>            Plaintiff,<br><br>      v.<br><br>VIKTOR KHRAPUNOV, *et al.*,<br><br>            Defendants. | Case No. 14-cv-03650-FMO(FFMx)<br>*Consolidated with Case No. 15-cv-02628-FMO*<br><br>Assigned To: Hon. Fernando M. Olguin<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF CITY OF ALMATY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST CONSOLIDATED AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**<br><br>*Proposed Order; Plaintiff's Opposition to Defendants' Motion to Dismiss First Consolidated Amended Complaint For Failure to State a Claim Under Rule 12(6)(b) Filed Concurrently Herewith*<br><br>Action Filed:   May 13, 2014<br><br>Hearing Date:   April 5, 2018<br>Hearing Time:   10:00 a.m.<br>Courtroom:       6D |

LATHAM&WATKINS LLP  US-DOCS\99503608
ATTORNEYS AT LAW
LOS ANGELES

REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
FIRST CONSOLIDATED AMENDED COMPLAINT

Pursuant to Federal Rule of Evidence 201, Plaintiff the City of Almaty ("Plaintiff") hereby requests that this Court take judicial notice of certain orders and pleadings in other court proceedings and other publically available documents described below. This request, and the documents for which it seeks judicial notice, is submitted in support of Plaintiff's Opposition to Defendants' Motion to Dismiss First Consolidated Amended Complaint for Failure to State a Claim Under Rule 12(b)(6) ("Opposition") filed concurrently herewith.

I.     **DESCRIPTION OF DOCUMENTS**

Plaintiff respectfully requests that this Court take judicial notice of the following documents, which are attached as exhibits hereto:

1. INTERPOL Red Notice for Ilyas (Iliyas) Khrapunov, *available at* https://www.interpol.int/notice/search/wanted/2014-26980, a true and correct copy of which is attached hereto as **Exhibit A**.

2. INTERPOL Red Notice for Viktor Khrapunov, *available at* https://www.interpol.int/notice/search/wanted/2012-10416, a true and correct copy of which is attached hereto as **Exhibit B**.

3. INTERPOL Red Notice for Leila Khrapunova, *available at* https://www.interpol.int/notice/search/wanted/2012-334222, a true and correct copy of which is attached hereto as **Exhibit C**.

4. A judgment dated November 26, 2013, issued by the U.K. Courts in *JSC BTA Bank v. Ablyazov*, 2013 EWHC 3691, a true and correct copy of which is attached hereto as **Exhibit D**.

5. A Memorandum and Order, dated June 24, 2016 (Dkt. No. 175), issued by Judge Nathan, District Judge of the Southern District of New York, in *CF 135 Flat LLC v. Triadou SPV N.A.*, No. 15-cv-5345 (AJN), a true and correct copy of which is attached hereto as **Exhibit E.**

6. A Memorandum and Order of Attachment, dated July 18, 2016 (Dkt.

No. 192), issued by Judge Nathan, District Judge of the Southern District of New York, in *Almaty v. Ablyazov*, No. 15-cv-05345 (AJN), a true and correct copy of which is attached hereto as **Exhibit F**.

7. An order dated March 5, 2018 (Dkt. No. 564), issued by Judge Parker, Magistrate Judge of the Southern District of New York, in *Almaty v. Ablyazov*, No. 15-cv-05345 (AJN) (KHP), a true and correct copy of which is attached hereto as **Exhibit G.**

8. Amended Crossclaims of City of Almaty and BTA Bank (Dkt. No. 219), filed September 7, 2016, in *Almaty v. Ablyazov*, No. 15-cv-05345 (AJN), a true and correct copy of which is attached hereto as **Exhibit H**.

9. A memorandum and order dated June 21, 2016 (Dkt. No. 174), issued by Judge Nathan, District Judge of the Southern District of New York, in *CF 135 Flat LLC v. Triadou SPV N.A.*, No. 15-cv-5345 (AJN), a true and correct copy of which is attached hereto as **Exhibit I**.

## II.   THE DOCUMENTS ARE JUDICIALLY NOTICEABLE

In ruling on a motion to dismiss, courts may consider materials that are judicially noticeable under Rule 201 of the Federal Rules of Evidence. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001). Under Rule 201, a court may take judicial notice of facts that are "not subject to reasonable dispute" because they are "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court must take judicial notice at a party's request when "supplied with the necessary information." Fed. R. Evid. 201(c).

Pursuant to Rule 201, courts routinely take judicial notice of the findings and orders of other courts, as well as pleadings in other court proceedings. *Callan v. New York Cmty. Bank*, 643 F. App'x 666, 666-67 (9th Cir. 2016) (affirming

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\99503608

2

REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST CONSOLIDATED AMENDED COMPLAINT

1  judicial notice of complaint, demurrer and judgment in another case in ruling on a
2  motion to dismiss); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746
3  n.6 (9th Cir. 2006) (courts "may take judicial notice of court filings and other
4  matters of public record"); *Foley v. Syrian Arab Republic*, 249 F. Supp. 3d 186,
5  191 (D.D.C. 2017) (taking judicial notice of factual findings in other proceedings
6  regarding the defendant's support of a terrorist organization).

7      Likewise, foreign judgments are subject to judicial notice. *Gabbanelli*
8  *Accordions & Imports, L.L.C. v. Gabbanelli*, 575 F.3d 693, 696 (7th Cir. 2009)
9  ("An American court can take judicial notice of a foreign judgment[.]");
10 *Lichtenstein v. Cader*, No. 13-2690, 2013 WL 4774717, at *2 (S.D.N.Y. Sept. 6,
11 2013) ("Notably, foreign judgments are matters subject to judicial notice.").

12     Finally, the Court may take judicial notice of an Interpol Red Notice as a
13 matter of public record. "An Interpol Red Notice is the closest instrument to an
14 international arrest warrant in use today. Interpol (the International Criminal
15 Police Organization) circulates notices to member countries listing persons who
16 are wanted for extradition." United States Department of Justice, *U.S. Attorneys'*
17 *Criminal Resource Manual* § 611, https://www.justice.gov/usam/criminal-
18 resource-manual-611-interpol-red-notices (last visited Mar. 8, 2018). Arrest
19 warrants are considered matters of public record and are subject to judicial notice.
20 *Ferguson v. United States*, No. 15-1253, 2016 WL 4793180, at *3 (S.D. Cal. Sept.
21 14, 2016) (taking judicial notice of arrest warrant as a matter of public record);
22 *Klahn v. Alameda Cty. Sheriff's Dep't*, No. 16-833, 2017 WL 565050, at *11 (N.D.
23 Cal. Feb. 13, 2017) (same).

24     For the reasons set forth above, Plaintiff respectfully requests that this Court
25 take judicial notice of the documents described above and attached hereto.

26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\99503608

3

REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
FIRST CONSOLIDATED AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: March 8, 2018 | LATHAM & WATKINS LLP |
| 2 | | By  /s/ Jonathan M. Jackson |
| 3 | | David J. Schindler<br>Jonathan M. Jackson<br>Kendall M. Howes |
| 4 | | |
| 5 | | *Attorneys for Plaintiff the City of Almaty* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\99503608

4

REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
FIRST CONSOLIDATED AMENDED COMPLAINT