LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
Jonathan M. Jackson (Bar No. 257554)
  *jonathan.jackson@lw.com*
Kendall M. Howes (Bar No. 294285)
  *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Plaintiff the City of Almaty*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>                    Plaintiff,<br><br>     v.<br><br>VIKTOR KHRAPUNOV; *et al.*,<br><br>                    Defendants. | Case No. 2:14-cv-03650-FMO(FFMx)<br>*Consolidated with Case No. 15-cv-02628-FMO*<br><br>Judge:  Hon. Fernando M. Olguin<br><br>**DECLARATION OF JONATHAN M. JACKSON IN SUPPORT OF PLAINTIFF CITY OF ALMATY'S REQUEST TO STRIKE AND, IN THE ALTERNATIVE, OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST CONSOLIDATED AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>*Plaintiff's Request to Strike and, in the Alternative, Opposition to Defendants' Motion to Dismiss the First Consolidated Amended Complaint for Lack of Personal Jurisdiction and Exhibits Filed Under Seal Pursuant to Court's Prior Order Filed Concurrently Herewith*<br><br>Action Filed:    May 13, 2014<br><br>Hearing Date:  April 5, 2018<br>Hearing Time:  10:00 a.m.<br>Courtroom:       6D |

# DECLARATION OF JONATHAN M. JACKSON

I, Jonathan M. Jackson, have personal knowledge of the facts set forth herein and, if called to do so, could and would competently testify thereto.

1. I am an attorney licensed to practice law in the State of California. I am an associate at Latham & Watkins LLP and am counsel for plaintiff the City of Almaty ("Plaintiff") in this matter.

2. I submit this declaration in support of Plaintiff City of Almaty's Request to Strike and, in the Alternative, Opposition to Defendants' Motion to Dismiss the First Consolidated Amended Complaint for Lack of Personal Jurisdiction.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document entitled "Deposit Summary" that was produced to my office by Wells Fargo bank in response to a subpoena in this case, *City of Almaty v. Viktor Khrapunov et al.*, No 2:14-cv-03650 FMO-CW (C.D. Cal. 2014) ("Almaty I") (prior to consolidation), on June 16, 2015.

4. Attached hereto as **Exhibit 2** (Bates-numbered RPM00002720-RPM00002721) is a true and correct copy of a document entitled "Acknowledgement" that was produced to my office by RPM-Maro, LLC and RPM-USA, LLC in the Eastern District of New York action, *In re Application of City of Almaty for Order to Take Discovery Pursuant to 28 U.S.C. § 1782,* 16-mc-00623-WFK, on January 4, 2017.

5. Attached hereto as **Exhibit 3** (Bates-numbered GE0000005) is a true and correct copy of a document entitled "Master Final Settlement Statement," dated March 15, 2012, regarding property located at 606 N. Alta Drive, Beverly Hills, CA 90210. This document was produced to my office by Granite Escrow Services in response to a subpoena served in Almaty I.

6. Attached hereto as **Exhibit 4** (Bates-numbered GE0000199) is a true and correct copy of a document entitled "AMENDED ESCROW

INSTRUCTIONS," dated February 8, 2012, regarding property located at 606 N. Alta Drive, Beverly Hills, CA 90210. This document was produced to my office by Granite Escrow Services in response to a subpoena served in Almaty I.

7. Attached hereto as **Exhibit 5** (Bates-numbered GE0000327-28) is a true and correct copy of a document regarding a "wire" in the amount of $163,492.50, dated December 30, 2011, regarding property located at 606 N. Alta Drive, Beverly Hills, CA 90210. This document was produced to my office by Granite Escrow Services in response to a subpoena in Almaty I.

8. Attached hereto as **Exhibit 6** (Bates-numbered GE0000329-30) is a true and correct copy of a document regarding a "wire" in the amount of $5,366,212.53, dated March 15, 2012, regarding property located at 606 N. Alta Drive, Beverly Hills, CA 90210. This document was produced to my office by Granite Escrow Services in response to a subpoena in Almaty I.

9. Attached hereto as **Exhibit 7** (Bates-numbered GE0000707-708) is a true and correct copy of a document regarding a "wire" in the amount of $5,997,956.15, dated January 18, 2013, regarding property located at 628 N. Alta Drive, Beverly Hills, CA 90210. This document was produced to my office by Granite Escrow Services in response to a subpoena in Almaty I.

10. Attached hereto as **Exhibit 8** (Bates-numbered GE0000705-706) is a true and correct copy of a document regarding a "wire" in the amount of $186,000.00, dated November 30, 2012, regarding a property located at 628 N. Alta Drive, Beverly Hills, CA 90210. This document was produced to my office by Granite Escrow Services in response to a subpoena in Almaty I.

11. Attached hereto as **Exhibit 9** (Bates-numbered GE0000580) is a true and correct copy of a document entitled "Closing/Settlement Statement," dated January 22, 2013, regarding property located at 628 N. Alta Drive, Beverly Hills, CA 90210. This document was produced to my office by Granite Escrow Services in response to a subpoena in Almaty I.

12. Attached hereto as **Exhibit 10** (Bates-numbered GE0000295-301) is a true and correct copy of an email chain with the subject line "Fwd: RE: 606 N Alta - STATUS UPDATE," between (among others) Iliyas Khrapunov, Marc Gillieron, Zach Goldsmith and Mark Fishman, containing emails dated between December 23 and 29, 2011. This document was produced to my office by Granite Escrow Services in response to a subpoena in Almaty I.

13. Attached hereto as **Exhibit 11** (Bates-numbered GE0000697) is a true and correct copy of an email with the subject line "628 N. Alta – Buyer contact information," between (among others) Zach Goldsmith and Mark Fishman, dated November 26, 2012. This document was produced to my office by Granite Escrow Services in response to a subpoena in Almaty I.

14. Attached hereto as **Exhibit 12** (Bates-numbered GE0000610) is a true and correct copy of an email chain with the subject line "RE: 606 N. Alta Drive," between (among others) Zach Goldsmith and Mark Fishman, dated January 11, 2013. This document was produced to my office by Granite Escrow Services in response to a subpoena in Almaty I.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Defendant Iliyas Khrapunov's Response to Plaintiff City of Almaty's Second Set of Interrogatories. These responses were served on Almaty on November 17, 2017.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Defendant Madina Ablyazova's Response to Plaintiff City of Almaty's Second Set of Interrogatories. These responses were served on Almaty on November 17, 2017.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Defendant Viktor Khrapunov's Response to Plaintiff City of Almaty's Second Set of Interrogatories. These responses were served on Almaty on November 17, 2017.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Defendant Leila Khrapunov's Response to Plaintiff City of Almaty's Second Set of Interrogatories. These responses were served on Almaty on November 17, 2017.

19. Attached hereto as **Exhibit 17** is a copy of Viktor's personal website, detailing biographical information. It is publically available here at: http://www.viktorkhrapunov.com/en/biography/.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an email exchange initiated by Lara Kollios, counsel for Defendants in this matter, dated February 7, 2018, in which she asked whether Plaintiff had an objection to Defendants filing an oversized brief of 34 pages, to which I responded that we could agree to up to five additional pages, but nothing beyond that.

21. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the deposition of Elvira Kudryashova as the person most knowledgeable for RPM-Maro LLC on May 25, 2017, in the Eastern District of New York action, *In re Application of City of Almaty for Order to Take Discovery Pursuant to 28 U.S.C. § 1782*, 16-mc-00623-WFK.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on March 8, 2018.

By  /s/ Jonathan M. Jackson
　　　Jonathan M. Jackson