LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
 *david.schindler@lw.com*
Jonathan M. Jackson (Bar No. 257554)
 *jonathan.jackson@lw.com*
Kendall M. Howes (Bar No. 294285)
 *kendall.howes@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Plaintiff the City of Almaty*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VIKTOR KHRAPUNOV, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 14-cv-03650-FMO(FFMx)<br>*Consolidated with Case No. 15-cv-02628-FMO*<br><br>Assigned To: Hon. Fernando M. Olguin<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF CITY OF ALMATY'S REQUEST TO STRIKE AND, IN THE ALTERNATIVE, OPPOSITION TO DEFENDANT DANIEL KHRAPUNOV'S MOTION TO DISMISS FIRST CONSOLIDATED AMENDED COMPLAINT**<br><br>*Proposed Order; Plaintiff's Request to Strike and, in the Alternative, Opposition to Defendant Daniel Khrapunov's Motion to Dismiss First Consolidated Amended Complaint Filed Concurrently Herewith*<br><br>Action Filed:　May 13, 2014<br><br>Hearing Date:　May 10, 2018<br>Hearing Time:　10:00 a.m.<br>Courtroom:　　6D |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\100674537

REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S REQUEST TO STRIKE AND, IN THE ALTERNATIVE, OPPOSITION TO DANIEL'S MOTION TO DISMISS FCAC

Pursuant to Federal Rule of Evidence 201, Plaintiff the City of Almaty ("Plaintiff") hereby requests that this Court take judicial notice of two orders in another court proceeding described below. This request, and the documents for which it seeks judicial notice, is submitted in support of Plaintiff's Request to Strike and, in the Alternative, Opposition to Defendant Daniel Khrapunov's Motion to Dismiss First Consolidated Amended Complaint filed concurrently herewith.

## I. DESCRIPTION OF DOCUMENTS

Plaintiff respectfully requests that this Court take judicial notice of the following documents, which are attached as exhibits hereto:

1. A Civil Conference Minute Order, dated November 17, 2016 (Dkt. No. 22), issued by Judge Orenstein, Magistrate Judge of the Eastern District of New York, in *Application of City of Almaty for Order to Take Discovery Pursuant to 28 U.S.C. 1782*, No. 16-mc-00623-WFK-JO, a true and correct copy of which is attached hereto as **Exhibit A.**

2. A Civil Conference Minute Order, dated November 18, 2016 (Dkt. No. 26), issued by Judge Orenstein, Magistrate Judge of the Eastern District of New York, in *Application of City of Almaty for Order to Take Discovery Pursuant to 28 U.S.C. 1782*, No. 16-mc-00623-WFK-JO, a true and correct copy of which is attached hereto as **Exhibit B.**

## II. THE DOCUMENTS ARE JUDICIALLY NOTICEABLE

In ruling on a motion to dismiss, courts may consider materials that are judicially noticeable under Rule 201 of the Federal Rules of Evidence. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001). Under Rule 201, a court may take judicial notice of facts that are "not subject to reasonable dispute" because they are "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court must take judicial notice

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\100674537

1

REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S REQUEST TO STRIKE AND, IN THE ALTERNATIVE, OPPOSITION TO DANIEL'S MOTION TO DISMISS FCAC

1 at a party's request when "supplied with the necessary information." Fed. R. Evid.
2 201(c).

3      Pursuant to Rule 201, courts routinely take judicial notice of the findings and
4 orders of other courts, as well as pleadings in other court proceedings. *Callan v.*
5 *New York Cmty. Bank*, 643 F. App'x 666, 666-67 (9th Cir. 2016) (affirming
6 judicial notice of complaint, demurrer and judgment in another case in ruling on a
7 motion to dismiss); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746
8 n.6 (9th Cir. 2006) (courts "may take judicial notice of court filings and other
9 matters of public record"); *Foley v. Syrian Arab Republic*, 249 F. Supp. 3d 186,
10 191 (D.D.C. 2017) (taking judicial notice of factual findings in other proceedings
11 regarding the defendant's support of a terrorist organization).

12      For the reasons set forth above, Plaintiff respectfully requests that this Court
13 take judicial notice of the documents described above and attached hereto.

14 Dated: April 19, 2018            LATHAM & WATKINS LLP

15                                        By   /s/ Jonathan M. Jackson
16                                              David J. Schindler
                                             Jonathan M. Jackson
17                                              Kendall M. Howes

18                                      *Attorneys for Plaintiff the City of Almaty*

19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP  US-DOCS\100674537
ATTORNEYS AT LAW
LOS ANGELES

2

REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S
REQUEST TO STRIKE AND, IN THE ALTERNATIVE,
OPPOSITION TO DANIEL'S MOTION TO DISMISS FCAC