LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
  david.schindler@lw.com
Jonathan M. Jackson (Bar No. 257554)
  jonathan.jackson@lw.com
Kendall M. Howes (Bar No. 294285)
  kendall.howes@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Plaintiff the City of Almaty*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY,<br><br>        Plaintiff,<br><br>    v.<br><br>VIKTOR KHRAPUNOV, *et al.*,<br><br>        Defendants. | Case No. 14-cv-03650-FMO (FFMx)<br>*Consolidated with Case No. 15-cv-02628-FMO*<br><br>Assigned To: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Frederick F. Mumm<br><br>**PLAINTIFF'S MEMORANDUM RE: NOMINATION OF SPECIAL MASTER**<br><br>*Declaration of Jonathan M. Jackson filed concurrently herewith*<br><br>Action Filed:    May 13, 2014 |

In accordance with this Court's Order dated May 24, 2018, regarding the appointment of a Special Master (Dkt. No. 253) (the "Order"),[1] Plaintiff City of Almaty ("Almaty") hereby submits the following candidates to be considered for the appointment of Special Master to handle the current and future discovery issues between the parties in this matter:[2]

- Honorable Carla M. Woehrle (Ret.)
- Honorable Jay C. Gandhi (Ret.)
- Honorable Patricia L. Collins (Ret.)

Almaty believes that each of its proposed candidates is highly qualified to serve as Special Master in this matter. Each candidate has significant experience handling complex discovery matters in federal court as a Special Master and/or Magistrate Judge. Of particular note, Judge Woehrle served as the Magistrate Judge in this matter before her retirement, and thus is already familiar with the parties, the facts of the case, and the nature of discovery disputes between the parties. Descriptions of the candidates' backgrounds and experience are provided below. Copies of the candidates' resumes are attached as Exhibits A through C to the Declaration of Jonathan M. Jackson (the "Jackson Declaration") filed concurrently herewith.

## I. NOMINATIONS

### A. Honorable Carla Woehrle

Judge Woehrle is an ideal candidate to serve as Special Master in this case. Not only does Judge Woehrle have nearly 20 years of experience as a Magistrate Judge in the Central District of California, but prior to her retirement in 2015, she was the Magistrate Judge assigned to this matter. As a result, Judge Woehrle is

---

[1] Almaty agrees with the Court that a Special Master is warranted here. In addition to the motions to compel identified in the Order, the parties also had scheduled a discovery conference before Magistrate Judge Mumm regarding issues related to the depositions of several defendants. Almaty is eager to have these issues addressed, as well.

[2] Almaty has confirmed the availability of all three candidates.

ATTORNEYS AT LAW
LOS ANGELES

US-DOCS\101548501

1

PLAINTIFF'S MEMORANDUM RE: NOMINATION OF SPECIAL MASTER

already familiar with the various parties and factual allegations involved in this case.

Judge Woehrle has a working understanding of the large number of discovery requests that have been served in this matter and many of the discovery disputes between the parties. For example, each of the following discovery motions were before Judge Woehrle:

- Motion to Compel Production of Documents Responsive to Defendants' First Set of Requests for Production of Documents (Dkt. No. 69)
- Plaintiff City of Almaty's Opposition to Defendants' Motion to Compel Production of Documents Responsive to Defendants' First Set of Requests for Production of Documents (Dkt. No. 83)
- Plaintiff City of Almaty's Motion to Compel Further Responses and Production of Documents Responsive to Plaintiff's Interrogatories (Set One) and Requests for Production of Documents (Set One) by Defendants (Dkt. No. 96)
- Defendants' Motion to Compel Complete and Proper Responses to Defendants' First Set of Interrogatories (Dkt. No. 98)

The parties argued these motions before Judge Woehrle on June 23, 2015. Judge Woehrle then ordered further meet and confer efforts between the parties. Dkt. No. 105. Thereafter, the parties submitted additional joint stipulations regarding the discovery negotiations. Dkt. Nos. 113, 115, and 118. Judge Woehrle set a discovery hearing for September 24, 2015 (Dkt. 121); however, the case was dismissed prior to the date of that hearing.

Due to Judge Woehrle's firsthand experience on this matter, she is highly qualified to serve as Special Master. Further, given her nearly 20 years of experience as a Magistrate Judge, Judge Woehrle has significant experience handling and ruling on discovery matters in federal court. If Judge Woehrle is

selected as Special Master, the parties will benefit from her past experience as the Magistrate Judge assigned to this case. Furthermore, Judge Woehrle is likely to require little guidance from the Court, thus ultimately serving the interest of judicial economy. Judge Woehrle's resume is attached as Exhibit A to the Jackson Declaration.

### B. Honorable Jay C. Gandhi

Judge Gandhi also would be an excellent candidate to serve as Special Master. Judge Gandhi began his career litigating high-stakes, complex matters and became a partner at Paul Hastings LLP. Subsequently, Judge Gandhi served for eight years as a Magistrate Judge for the Central District of California. In that capacity, he obtained significant experience managing and ruling on discovery matters in federal court. Judge Gandhi currently serves as a mediator, arbitrator, special master and case evaluator for JAMS. He has a keen ability to distill complex facts and to facilitate efficient and just resolutions. As a result of Judge Gandhi's time as a litigator, Magistrate Judge, and JAMS neutral, he has the experience and skills necessary to serve as Special Master in this case. Judge Gandhi's resume is attached as Exhibit B to the Jackson Declaration.

### C. Honorable Patricia L. Collins

Judge Collins has the expertise to excel in the role of Special Master. Judge Collins has significant experience serving as a special master/discovery referee in federal cases. She enjoyed a 20-year career in the judiciary, including sixteen years as a California Superior Court Judge. Additionally, Judge Collins served as an Assistant United States Attorney in the Central District of California in the Major Frauds Unit, prosecuting bank and real estate fraud matters, and then as Chief of the Major Crimes Unit. She has experience handling and ruling on discovery matters in federal court, and possesses all of the necessary skills to serve as Special Master in this matter. Judge Collins's resume is attached as Exhibit C to the Jackson Declaration.

## II. CONCLUSION

Judge Woehrle, Judge Gandhi and Judge Collins each have significant experience handling complex discovery matters in federal court and are highly qualified to serve as Special Master in this matter.

Dated: May 31, 2018

LATHAM & WATKINS LLP

By  /s/ Jonathan M. Jackson
David J. Schindler
Jonathan M. Jackson
Kendall M. Howes

*Attorneys for Plaintiff the City of Almaty*