Hon. Rosalyn M. Chapman (Ret.)
JAMS
555 West 5th Street, 32nd Floor
Los Angeles, CA 90013
213-253-9776
mdawson@jamsadr.com
SPECIAL MASTER

**FILED**
CLERK, U.S. DISTRICT COURT

JULY 19 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___vdr_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ALMATY, | ) |
| Plaintiff | ) Case No: 14 CV-03650-FMO(FFMx) |
| v. | ) |
| | ) (JAMS Ref. No: 1220059413) |
| VIKTOR KHRAPUNOV, et al., | ) |
| Defendant(s). | ) |

## INITIAL DISCOVERY ORDER

An initial discovery status conference was held in-person before Special Master Hon. Rosalyn Chapman (Ret.) on July 19, 2018, pursuant to written notice from the Special Master. David Schindler, Kendall M. Howes, and Justine Wallace, attorneys with Latham & Watkins LLP, appeared on behalf of Plaintiff and Martha Boersch and Lara Kollios, attorneys with Boersch Shapiro, appeared on behalf of Defendants.

1. The Special Master and counsel discussed the Order Appointing Special Master (Dkt. No. 259).

2. It is apparent to the parties and the Special Master that fact discovery will not be completed prior to August 13, 2018; thus, it is expected that the parties will jointly request that Judge Olguin extend the discovery cut-off dates for fact and expert discovery.

3. The Special Master requested that the parties select two attorneys from each side to act as discovery counsel, who jointly will be responsible for developing an amended Rule 26(f) discovery plan for fact discovery, as discussed below; promptly meeting and conferring on discovery disputes; preparing a joint protective order, if Dkt. Nos. 102-103 are insufficient; establishing ESI protocols, if Dkt. No. 118 is insufficient; representing the parties in monthly telephonic status conferences with the Special Master; and generally handling discovery matters on an emerging and urgent basis.

Plaintiff has selected Kendall M. Howes, Jonathan M. Jackson and Justine Wallace as its discovery counsel and Defendants have selected Martha Boersch and Lara Kollios as their discovery counsel.

4. The Special Master and counsel have established a regular date and time for monthly telephonic status conferences, commencing August 14, 2018, at 5:00 p.m. (for this call only), using Latham & Watkins' conference number. The Special Master will provide counsel with advance notice of the dates and times of the telephonic conferences.

5. Any requests for additional telephonic conferences with the Special Master should be

directed JAMS Case Manager, Michael Dawson, who will arrange for the conference.

6. The Special Master orders the parties to provide her with their Initial Disclosures and any amendments thereto and with hard copies of the following documents: Docket Nos. 185, 200, 205, 206, 208, 209, 213, 214, 221, 232, 233, 235, 237, 238, 239, 241, 243, 244, 245, 246 and 255. Additionally, the Special Master directs all parties, going forward, to provide her with hard copies of any documents totaling more than 50 pages filed with the Clerk of Court, **whether or not related to discovery**, and any documents the parties request to file under seal or for *in camera* review.

As to any request to file a document(s) under seal or for *in camera* review, the party making the request shall file a notice of lodgment identifying the document(s) by Bates number(s) (or otherwise) and emailing the document(s) to the Special Master *only* and, if the document(s) is more than 50 pages, also mailing the Special Master a hard copy of the document(s). All hard copies should be sent to the Special Master at her address of record with the State Bar of California: Post Office Box 612, Pacific Palisades CA 90272 by United States Postal Service; not UPS or FedEx.

7. Any discovery motion and Joint Stipulation under Local Rule 37 shall be filed electronically on Pacer, without the moving party setting a hearing date. Rather, the Special Master will set the date for a telephonic oral argument after reviewing the papers. In-person oral argument will not be held, as it increases the cost of discovery. Any party to a discovery motion may seek attorney fees under Fed.R.Civ.P. 37 and the Special Master will rule on the request.

INITIAL DISCOVERY ORDER

The Special Master advises the parties that privilege logs should generally be provided at least 30 days after a party has responded to written discovery asserting claims of privilege for documents, unless the parties agree otherwise, and that privilege logs should comply with *Dole v. Milonas*, 889 F.2d 885, 888 n. 3 (9th Cir. 1989). The Special Master expects strict compliance with Local Rule 37 and requires counsel to be familiar with and comply with the Guidelines for Civility and Professionalism.

8. Any Proposed Order submitted to the Special Master shall be in Word format that allows editing by the Special Master.

9. If a party seeks the Special Master's presence at a deposition, the party should consult with Case Manager, Michael Dawson, to assure the Special Master's availability before noticing the deposition.

10. The Federal Rules of Civil Procedure require that the rules governing the procedure in all civil actions "should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed.R.Civ.P. 1. With this goal in mind, counsel for the parties shall meet and confer and, **no later than August 20, 2018,** file an Amended Rule 26(f) Discovery Plan for the Special Master's approval that lays out fact discovery on a monthly basis from the present through the new discovery cut-off date established by Judge Olguin and assures completion of discovery by that date. At a minimum, the Amended Discovery Plan should address privacy issues, how to utilize discovery (if any) from other similar cases between the parties, third party discovery, releases or consents from Defendants for

information from third parties, such as banking and other institutions, the nature and scope of written discovery, the prioritizing of certain discovery, the manner in which compliance with the outstanding Orders of Judge Mumm can be assured, and the like.

11. The Special Master and counsel also discussed Judge Mumm's Orders in Docket Nos. 224 and 242.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Case Manager shall promptly file and serve the Order on the parties and the District Court.

Date: July 19, 2018  
1220059418.1

By: *Rosalyn M. Chapman*  
Hon. Rosalyn Chapman (Ret.)  
Special Master