**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF ALMATY, | Case No. CV 14-3650 FMO (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| VICTOR KHRAPUNOV, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice** as to the RICO claims, and dismissed **without prejudice** as to the remaining state-law claims.

Dated this 27th day of September, 2018.

/s/
Fernando M. Olguin
United States District Judge