

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

October 29, 2018

| | |
|---|---|
| No.: | 18-56451 |
| D.C. Nos.: | 2:14-cv-03650-FMO-FFM, 2:15-cv-02628-FMO-CW |
| Short Title: | City of Almaty v. Viktor Khrapunov, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 29 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF ALMATY, a foreign state,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>VIKTOR KHRAPUNOV, an individual; LEILA KHRAPUNOV, an individual; ILIYAS KHRAPUNOV, an individual; MADINA ABLYAZOVA, AKA Madina Khrapunova, an individual; CROWNWAY, LTD., a Belize corporation; VILDER COMPANY S.A., a Panama corporation; RPM USA, LLC, a New York corporation; WORLD HEALTH NETWORKS, INC., a Delaware corporation, FKA Health Station Networks, Inc.; RPM-MARO, LLC, a New York corporation; DANIEL KHRAPUNOV, an individual; MARO DESIGN LLC, a California corporation; THIRTYEIGHT ENTERPRISES, LLC, a California Corporation; HAUTE HUE LLC, a California corporation; 628 HOLDINGS LLC, a California corporation; CANDIAN INTERNATIONAL LTD., a British Virgin Islands corporation; ELVIRA KHRAPUNOV, as Trustee for The Kasan Family Trust; DMITRI KUDRYASHOV, an individual, and as Trustee for The Kasan Family Trust, | No. 18-56451<br><br>D.C. Nos.<br>2:14-cv-03650-FMO-FFM,<br>2:15-cv-02628-FMO-CW<br><br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

    AKA Dmitry Kudryashov,

        Defendants - Appellees.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., November 5, 2018** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., November 26, 2018** | Transcript shall be ordered. |
| **Wed., December 26, 2018** | Transcript shall be filed by court reporter. |
| **Mon., February 4, 2019** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Tue., March 5, 2019** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: John Brendan Sigel
                Deputy Clerk
                Ninth Circuit Rule 27-7